UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>    Defendants. | Case No. 25-12174<br><br>Judge |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF 15 PAGES *INSTANTER***

    Plaintiffs the State of Illinois and the City of Chicago respectfully move, pursuant to Local Rule 7.1, without opposition from the United States Attorney's Office on behalf of defendants, for leave to file *instanter* a brief in excess of 15 pages in support of their motion for a temporary restraining order and preliminary injunction against the federal defendants. In support, Plaintiffs state as follows:

    1.    On October 4, 2025, defendant Secretary Peter Hegseth, on behalf of the Department of Defense, invoked 10 U.S.C. § 12406 to federalize and deploy up to 300 Illinois National Guard troops to the State of Illinois over the objection of the Governor and in violation of the law.

1

2. On October 5, 2025, defendant Hegseth, on behalf of the Department of Defense, invoked 10 U.S.C. § 12406 to federalize and deploy up to 400 members of the Texas National Guard to the State of Illinois (as well as the State of Oregon) over the objection of the Governor of Illinois and in violation of the law. Plaintiffs received credible information that the physical deployment of Texas National Guard troops to Illinois would occur today, October 6, 2025.

3. Today, October 6, 2025, Plaintiffs filed this action, asking the Court to enjoin Defendants' unlawful federalization and deployment of members of the National Guard of the United States, including the Illinois and Texas National Guards.

4. Also today, October 6, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction, seeking a prompt injunction to prevent the President and other defendants from implementing the unlawful orders, pending a final judgment on the merits.

5. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction involves complex facts and arguments concerning several federal statutes and interrelated Constitutional issues.

6. To fully address the numerous complex issues implicated by Defendants' lawless actions, Plaintiffs request leave to file an oversized brief of 52 pages.

7. Because of the urgent nature of this action, there was no opportunity to seek and await a ruling from the court on the page limitation extension before filing the brief, which is being filed contemporaneously with this motion.

8. This morning, the undersigned contacted the Civil Chief of the U.S. Attorney's Office for the Northern District of Illinois by telephone, informed him of the imminent filing of this action and a motion for temporary restraining order against the federal defendants, and asked for his consent to an extension of the page limitation for the supporting memorandum to 52 pages. He confirmed that the federal defendants will not object to the page limitation extension.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs leave to file *instanter* a Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction that is 52 pages long.

Dated: October 6, 2025

KWAME RAOUL
*Attorney General of Illinois*

By:

 /s/ Sarah J. North
CARA HENDRICKSON
Executive Deputy Attorney General
CHRISTOPHER WELLS
Division Chief, Public Interest Division
SARAH J. NORTH
Deputy Division Chief, Public Interest Division
SARAH HUNGER
Deputy Solicitor General
KATHARINE ROLLER
Complex Litigation Counsel, Public Interest Division
GRETCHEN HELFRICH
Deputy Chief, Special Litigation Bureau
KATHERINE PANNELLA
Senior Assistant Attorney General
SHERIEF GABER
MICHAEL TRESNOWSKI
Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Christopher.Wells@ilag.gov
Sarah.North@ilag.gov
Katharine.Roller@ilag.gov
Gretchen.Helfrich@ilag.gov
Katherine.Pannella@ilag.gov
Sherief.Gaber@ilag.gov
Michael.Tresnowski@ilag.gov

*Counsel for the State of Illinois*

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: /s/ Stephen J. Kane
Stephen J. Kane
Chelsey B. Metcalf
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
stephen.kane@cityofchicago.org
chelsey.metcalf@cityofchicago.org

*Counsel for the City of Chicago*