**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>       Defendants. | Case No. 25-12174<br><br>Judge |

**PLAINTIFFS' MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs the State of Illinois and the City of Chicago, pursuant to Federal Rule of Civil Procedure 65, hereby move for a temporary restraining order and preliminary injunction enjoining the implementation and enforcement of the memorandum from the Secretary of War on October 4, 2025, calling into federal service 300 members of the Illinois National Guard under 10 U.S.C. § 12406, as well as the undated memorandum from the Secretary of War calling into federal service up to 400 members of the Texas National Guard under 10 U.S.C. § 12406.

Plaintiffs seek a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 because each of the requirements for the issuance of a temporary

restraining order and preliminary injunction under Federal Rule of Civil Procedure 65 are met in this case. The grounds for this motion are explained in the accompanying Memorandum in Support of Temporary Restraining Order and Preliminary Injunction, and its supporting declarations and other exhibits.

This morning, October 6, 2025, the undersigned provided a copy of the filed-stamped Complaint, filed today, as well as provided notice of the imminent filing of this motion, by telephone and email to the Civil Chief of U.S. Attorney's Office for the Northern District of Illinois.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum and supporting materials, the Court should grant Plaintiffs' motion for a temporary restraining order and preliminary injunction.

| | |
|---|---|
| Dated this 6th day of October, 2025 | Respectfully submitted, |
| | KWAME RAOUL<br>*Attorney General of Illinois* |
| | By: |
| | /s/   Sarah J. North<br>CARA HENDRICKSON<br>Executive Deputy Attorney General<br>CHRISTOPHER WELLS<br>Division Chief, Public Interest Division<br>SARAH J. NORTH<br>Deputy Chief, Public Interest Division<br>SARAH HUNGER<br>Deputy Solicitor General<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>GRETCHEN HELFRICH<br>Deputy Chief, Special Litigation Burean<br>KATHERINE PANNELLA<br>Senior Assistant Attorney General<br>SHERIEF GABER<br>MICHAEL TRESNOWSKI |

Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Christopher.Wells@ilag.gov
Sarah.North@ilag.gov
Katharine.Roller@ilag.gov
Gretchen.Helfrich@ilag.gov
Katherine.Pannella@ilag.gov
Sherief.Gaber@ilag.gov
Michael.Tresnowski@ilag.gov

*Counsel for the State of Illinois*

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: /s/ Stephen J. Kane
Stephen J. Kane
Chelsey B. Metcalf
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
stephen.kane@cityofchicago.org
chelsey.metcalf@cityofchicago.org

*Counsel for the City of Chicago*