UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>        Defendants. | Case No. 25-12174 |

INDEX OF EXHIBITS
TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

| No. | Document Title |
|---|---|
| 1 | Declaration of Bria Scudder |
| 1-A | Email from Major Gen. Rodney Boyd to Bria Scudder, Deputy Governor, State of Ill. (Sept. 29, 2025) |
| 1-B | DHS, Andrew J. Whitaker Memorandum to Col. Anthony Fuscellaro, "Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security" (Sept. 26, 2025) |
| 1-C | Oct. 4, 2025, 10:23 a.m. S. Nordhaus email to R. Boyd re: "Request for Assistance of ILNG in T32" |
| 1-D | Oct. 4, 2025 Gen. Steven S. Nordhaus Memorandum for the Adjutant Gen., Ill. Nat'l Guard, re: "Request for Illinois National Guard Federal Protection Mission" |

| No. | Document Title |
|---|---|
| 1-E | Email from Major Gen. Rodney Boyd to Bria Scudder, Deputy Governor, State of Ill. (Oct. 4, 2025) |
| 1-F | Email from Anne Caprara, Chief of Staff to Governor Pritzker, to Bria Scudder, Deputy Governor, State of Ill. (Oct. 5, 2025) |
| 1-G | Oct. 4, 2025 Sec'y of Def. Memorandum for the Adjutant Gen., Ill. Nat'l Guard Through: the Governor of Ill., re: "Calling Members of the Illinois National Guard into Federal Service" |
| 1-H | Email from Major Gen. Rodney Boyd to Bria Scudder, Deputy Governor, State of Ill. (Oct. 5, 2025) |
| 1-I | Texas Mobilization Order |
| 2 | Oct. 4, 2025 Sec'y of Def. Memorandum for the Adjutant Gen., Ill. Nat'l Guard Through: the Governor of Ill., re: "Calling Members of the Illinois National Guard into Federal Service" |
| 3 | Texas Mobilization Order |
| 4 | Declaration of Chief Thomas Mills |
| 5 | Declaration of Father Brendan Curran, OP |
| 6 | Declaration of Lieutenant Gen. Jeffrey S. Buchanan (Retired) |
| 7 | August 13, 2025 Letter from Att'y Gen. Bondi to Governor Pritzker |
| 8 | August 13, 2025 Letter from Att'y Gen. Bondi to Mayor Johnson |
| 9 | Declaration of Sherif Gaber |
| 9-A | June 7, 2025 Presidential Memorandum |
| 9-B | DHS, Andrew J. Whitaker Memorandum to Col. Anthony Fuscellaro, "Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security" (Regarding the State of Or.) (Sept. 26, 2025) |
| 9-C | DHS, Andrew J. Whitaker Memorandum to Col. Anthony Fuscellaro, "Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security" (Sept. 26, 2025) |
| 9-D | Memorandum from Gen. Steven S. Nordhaus, Chief, Nat'l Guard Bureau, to The Adjutant Gen., Ill. Nat'l Guard (Oct. 4, 2025) |
| 9-E | Oct. 4, 2025 Sec'y of Def. Memorandum for the Adjutant Gen., Ill. Nat'l Guard Through: the Governor of Ill., re: "Calling Members of the Illinois National Guard into Federal Service" |
| 9-F | Texas Mobilization Order |
| 10 | June 7, 2025 Presidential Memorandum |

| No. | Document Title |
|---|---|
| 11 | DHS, "ICE Launches Operation Midway Blitz in Honor of Katie Abraham to Target Criminal Illegal Aliens Terrorizing Americans in Sanctuary Illinois," Press Release (Sept. 8, 2025) |
| 12 | DHS, "Secretary Noem travels to Chicago as Operation Midway Blitz Reaches More than 1,000 Illegal Aliens Arrested," Press Release (Oct. 3, 2025) |
| 13 | Declaration of Gil Kerlikowske |
| 14 | Declaration of Major Donald Orseno |
| 15 | Declaration of Commander Jaqueline Cepeda |
| 15-A | ISP Broadview Camera Overview |
| 15-B | Screenshot of Footage |
| 15-C | Screenshot of Footage |
| 15-D | Screenshot of Footage |
| 15-E | Screenshot of Footage |
| 16 | Department of Defense Instruction, Defense Support of Civilian Law Enforcement Agencies 3025.21 (Feb. 27, 2023) |
| 17 | Declaration of Jack Lavin |
| 18 | Declaration of Sam Toia |
| 19 | Declaration of Rosalind Harmon |
| 20 | Declaration of Marvin Salao |
| 21 | Declaration of Matthew K. Swearingen |