# EXHIBIT 4

## DECLARATION OF CHIEF THOMAS MILLS

I, Thomas Mills, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am Chief of Police of the Broadview Police Department in the Village of Broadview, Illinois. Broadview Police Department is a department of 31 full-time sworn and civilian members serving in patrol, investigative, and administrative units.

3. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with my staff, or from my review of relevant documents. If called as a witness, I could and would testify competently based on information and belief to the matters set forth below.

4. I have been Chief of the Broadview Police Department since October 2021. Before becoming Chief of the Broadview Police Department, I served for two months as First Deputy for the City of Chicago Office of Emergency Management and Communications. Before that, I served with the Chicago Police Department for 32 years. I began my career with the Chicago Police Department as a patrol officer and, over the course of my career, worked on the federal Drug Enforcement Agency (DEA) task force, as an investigator with the Bureau of Internal Affairs, as a Community Policing Sergeant, as a sergeant on the federal U.S. Marshals Service task force, as a lieutenant and Captain in various roles, and as a Commander in the Bureau of Detectives. At the time of my retirement from the Chicago Police Department, I was Deputy Chief of the Bureau of Counterterrorism.

5. The Village of Broadview is a small suburb of the City of Chicago, with a population of approximately 8,000 people. Broadview is situated approximately 12 miles west of downtown Chicago.

**ICE's Detention Facility at 1930 Beach Street in Broadview**

6. There is a United States Immigration and Customs Enforcement (ICE) Processing Center located within the Village of Broadview, at 1930 Beach Street (which I will refer to as the "ICE facility"). My understanding is that when individuals are arrested by ICE agents in the Chicagoland area, they are transported to the ICE facility in Broadview and processed there before being transported elsewhere for longer-term detention.

7. I recently learned that, in addition to the Beach Street facility, ICE leases 50-75 parking spots from a private landowner in a parking lot on the opposite side of Beach Street. These parking spots are used to store ICE vehicles and other equipment.

8. Following President Trump's inauguration in January 2025, activity at the ICE facility in Broadview has increased. This has included increased presence of federal personnel and increased use of the facility for processing detainees.

9. Since at least May 2025, I have been aware that small groups of protestors have conducted demonstrations outside of the ICE facility at 1930 Beach Street. Initially, this took the form of small groups that would assemble on Friday and Sunday mornings to pray outside of the facility. My understanding is that some religiously-affiliated protestors have been holding Friday or Sunday vigils of that nature for many months and possibly years outside of the 1930 Beach Street facility.

**Meeting with ICE Officials on September 2, 2025**

10. On September 2, 2025, at the Broadview Police Department, I, along with three other BPD employees, met with ICE Chicago Field Office Director Russell Hott and Assistant Field Director Jimmy Bahena at their request. In that meeting, Director Hott informed us that, beginning the next day, a large number of federal agents, including approximately 250-300 agents

from United States Customs and Border Patrol (CBP), would begin arriving in Illinois to assist with a ramped-up immigration enforcement campaign in the Chicagoland area. Director Hott stated their goal was to make large numbers of immigration-related arrests and stated that the ICE facility in Broadview would be the primary processing location for the operation. Director Hott stated that the facility would operate seven days per week for approximately 45 continuous days.

11. Director Hott also informed us that they expected numerous protests, including potential property damage and assaults against law enforcement personnel. They also expected there to be impacts on traffic and businesses in the immediate vicinity. Director Hott stated that Sam Bell, a supervisor with the Federal Protective Service (FPS), had jurisdiction over the provision of security for the ICE facility in Broadview.

12. At the September 2 meeting, we informed Director Hott that the Broadview Police and Fire Departments would continue to respond to all calls for service from ICE but would not assist with ICE's civil immigration enforcement activities.

13. At the same meeting, we inquired whether ICE had medical personnel at the Beach Street facility to provide medical attention to detainees when needed. They informed us that ICE does not have medical personnel working at the Beach Street facility.

14. As a result, ICE contacts the Village of Broadview to request paramedics when someone in its custody is injured or has a medical issue requiring attention. In those instances, the Broadview Fire Department transports the individual to the hospital, if needed, but federal personnel are required to respond to the hospital to continue to hold the person in custody. Broadview Police Department will not guard or detain individuals who are in federal custody based on civil immigration-related violations.

15. I am aware of the Broadview Fire Department transporting ICE detainees to the hospital on three or four occasions within the last two to three weeks, because ICE is not itself equipped to provide a medical transport when needed.

**Friday Protests at the ICE Facility in Broadview during "Operation Midway Blitz"**

16. Throughout the month of September, as immigration enforcement in the Chicago region has ramped up in what ICE has called "Operation Midway Blitz," the number of protestors gathering outside of the ICE facility in Broadview has increased.

17. In early- to mid-September, at some of the Friday protests, some demonstrators would attempt to stand or sit down in the driveway that ICE vehicles use to access the facility at 1930 Beach Street. When this happened, ICE agents would physically remove the individuals from the driveway, and ICE vehicles would ultimately be able to enter and exit the facility as needed.

18. Since on or around Friday, September 12, there have been protestors outside the ICE facility in Broadview almost around the clock, although not in large numbers. The crowd is typically fewer than 50 people.

19. Friday is the day of the week on which the group of people protesting outside the ICE facility is largest. On Fridays, elected officials sometimes join the crowd outside the facility. There are also often individuals from the news media present. But, even at its largest, the size of the crowd had not exceeded 200, including elected officials and their staff, legal observers, and members of the media prior to Friday, October 3.

20. On Friday, September 12, between 80 and 100 protestors assembled in the morning to demonstrate outside of the ICE facility on Beach Street. Initially, the crowd was singing and chanting. Some of them had small musical instruments. The crowd that morning included several

older individuals and individuals using wheelchairs and canes. Broadview Police officers were also on the scene.

21. At around 10:00 a.m. that morning, 20-30 federal agents parked their vehicles in the parking lot on the opposite side of Beach Street and began to walk across the street toward the ICE facility. The agents were dressed in camouflage tactical gear and had masks covering their faces. September 12 was the first day that I recall seeing federal agents on scene dressed in that manner. It was a very noticeable shift in my mind.

22. As agents approached the ICE facility that day, September 12, the tone of the crowd of protestors changed. The crowd grew louder and began to press closer to the building. Broadview Police officers positioned ourselves on the public way, between the 1930 Beach Street building and the crowd, attempting to keep the crowd on the public way and off of ICE's property. When the federal agents went into the building, the crowd calmed down, and Broadview Police officers relocated to the outer perimeter of the crowd.

23. Throughout that day, the crowd of protestors loudly chanted, and some individuals stood in the driveway to the building as ICE vehicles attempted to enter and exit the premises, transporting detainees. ICE assembled their own Special Weapons and Tactics (SWAT) team or Special Reaction Team (SRT) to respond to the protestors. ICE agents intermittently grabbed people, physically moving them out of the driveway leading into the parking lot of the ICE facility.

24. At some point, ICE agents gave a dispersal order over a loudspeaker, ordering the crowd to disperse and threatening to deploy chemical agents if protestors did not leave. Approximately 20 to 30 minutes later, ICE began to deploy tear gas and pepper spray at the crowd.

25. Individual protesters arrived and left throughout the day. By around 3:00 p.m. that afternoon, the crowd began to thin.

26. After the protest on September 12, I instructed my command staff to relocate our department's mobile video surveillance camera. We positioned the camera across the street from the ICE facility, in a private business' parking lot, pointing toward the front of 1930 Beach Street. The camera has been continuously recording from that location since September 13.

27. In addition, Illinois State Police ("ISP") have put up surveillance cameras to monitor activity in the area. One camera is positioned at the 25th Avenue exit from Interstate 290, to monitor vehicle traffic. The other one is located in a parking lot across the street from the Beach Street ICE facility, facing the front of 1930 Beach Street.

**Friday, September 19 Protest**

28. On Friday, September 19, protestors again assembled outside of the ICE facility in Broadview. That day, several elected officials, including Lieutenant Governor Julianna Stratton were on scene. ICE agents again deployed pepper spray and tear gas at various points to disperse the crowd.

29. On September 19, when ICE agents deployed chemical agents, the crowd of protestors ran toward Broadview Police officers on the scene, verbally expressing anger at Broadview Police for the chemical agents. People from the crowd were coughing and their eyes were red. As individuals covered in chemicals interacted with police officers, officers themselves became contaminated by the chemical agents and began to experience their effects. Some officers were not able to see. As a result, Deputy Chief Brandy Johnson instructed officers to relocate away from the area where the teargas had been deployed.

30. Since on or around Friday, September 19, ICE's use of chemical agents near its processing facility in Broadview has recurred regularly. On that day and at various times since then, some ICE agents have stood on top of the 1930 Beach Street building in tactical gear and

shot balls of pepper spray at protesters from above. ICE agents also deploy tear gas canisters on the ground.

31. The use of chemical agents by federal agents at the ICE facility in Broadview has often been arbitrary and indiscriminate. At times it is used when the crowd is as small as ten people. The deployment of chemical agents is dangerous to the health of both demonstrators and first responders on the scene. In addition, when ICE agents deploy chemical agents, it causes the crowd of protesters to disperse, sometimes running into the road, which is dangerous both for them and for motorists. Broadview police officers have had to attempt to position themselves in a way that directs the crowd to disperse in a safe manner. Over the course of my career in law enforcement, the way in which federal agents have indiscriminately used chemical agents in Broadview is unlike anything I have seen before.

32. On September 20, ICE officials informed Broadview Police Department that tires on 15 ICE vehicles had been slashed. However, ICE officials would provide only general information to police department staff. Agents would not give us specific information regarding the vehicles' make, model, Vehicle Identification Numbers (VINs), or the specific damage done to each vehicle. Broadview Police Department documented the incident as we would any other instance of property damage within the village, but the report was generic due to the lack of specific information that was provided.

### The Federal Government Constructed a Fence on Broadview's Property

33. In the early morning hours of September 23, ICE or others working for the federal government erected a fence on the Village of Broadview's public way, adjacent to the 1930 Beach Street facility. The fence cuts across Beach Street, physically separating the southernmost portion of the street from the rest of the thoroughfare. The fence blocks vehicles from using the road as a

throughway, including those belonging to the Broadview Fire Department. In the event of a fire or other emergency at a business on Beach Street, the fire department would be unable to access those businesses to provide emergency services. The Broadview Fire Department sent a letter to Director Hott on September 23, demanding that ICE remove the fence from Broadview's public way.

34. After the erection of the fence, due to protestors' inability to approach the front of the Beach Street facility, protestors have begun to demonstrate outside of 2000 South 25th Avenue, which abuts the parking lot on the opposite side of Beach Street where ICE leases space and that ICE agents use to access their vehicles. Thus, the crowd has recently been bifurcated, with a relatively larger group assembling on 25th Avenue and a smaller contingent remaining outside the fence on Beach Street.

### Friday, September 26 Protest

35. On Friday, September 26, a larger group of between 100 and 150 protesters assembled outside 2000 25th Street in Broadview. The crowd of people was spilling onto the public road. In addition, the larger group of protesters elicited a strong response from ICE. ICE agents deployed more tear gas and more pepper spray at protestors and jostled people as they physically moved individuals.

36. There was also a smaller crowd of people outside the ICE facility at 1930 Beach Street. When ICE agents deployed chemical agents near the facility at 1930 Beach Street, it forced the crowd there to run north on Beach Street away from the building and then east, towards the other crowd on 25th Avenue.

37. That day, Broadview Police Department put out a traffic-related call to the Illinois Law Enforcement Alarm System (ILEAS), which is Illinois' law enforcement mutual aid network. Six cars from other law enforcement agencies, including Illinois State Police (ISP), Maywood

Police Department, Westchester Police Department, and La Grange Police Department responded. To ensure everyone's safety, we closed 25th Avenue between Lexington Street and Roosevelt Road from approximately nine o'clock in the morning until approximately noon. Later that evening, we put out a second traffic-related ILEAS call and again closed 25th Avenue between Lexington Street and Roosevelt Road from approximately 8:30 p.m. until approximately 10:30 p.m.

### Saturday, September 27 Protest

38. On Saturday, September 27, at around 7:00 a.m. in the morning, Gregory Bovino of the United States Customs and Border Patrol and several federal agents drove into the Broadview Police Department's parking lot in three Chevrolet Tahoes. Broadview Police Sergeant McIlvenny met them in the parking lot and asked them to leave. Bovino and his fellow agents stated that they wanted to provide information to the police department. They stated to Sergeant McIlvenny that we should prepare for their planned increased use of chemical agents and planned increased ICE activity in the Village of Broadview. One of the federal agents threatened that it was "going to be a shitshow." The federal agents then left.

39. On Saturday, September 27, however, there was a small crowd of quiet protestors with minimal ICE traffic coming in and out of the Beach Street facility. Broadview Police Department kept a close eye on demonstrations and was able to manage the scene on our own. There was no need for us to request assistance from ISP or other agencies.

40. During the protests on the evening of September 27, at some point, federal officials formed a line outside the 1930 Beach Street facility and marched north on Beach Street, pushing the crowd up the street and forcing them to relocate to Lexington Avenue. That evening, federal officials dismantled a tent with water and snacks that protesters had erected on Beach Street. I am

also aware that federal agents deployed teargas, pepper spray, and fired pepper balls at protestors that evening.

41. Early in the morning on Sunday, September 28, I learned on the 5:00 a.m. morning news that 11 people had been arrested outside the ICE facility. I was surprised to learn about the arrests; there had been no calls to the police department for service overnight.

### Requests for Investigative Support

42. On September 29, I contacted Director Hott to request a point of contact for three criminal matters the police department is investigating that allegedly involved federal agents. Those incidents include two hit-and-run incidents allegedly involving vehicles striking pedestrians and one criminal damage to property incident involving a news media reporter. Director Hott responded on September 29, indicating the agency would cooperate and stating that Assistant Field Director Ray Hernandez oversees the ICE facility in Broadview and should be able to assist with any local needs. However, Director Hott did not provide contact information for Mr. Hernandez.

43. In the same email, Director Hott stated that ICE vehicles had been keyed and sugar had been put in vehicles' fuel tanks. The email from Director Hott on September 29 was the first time I learned of any damage to ICE vehicles other than the slashing of tires that had been reported to us weeks earlier. We have followed up with Director Hott for additional information.

44. Throughout the protests in September and before, the ICE facility has continued to operate. I am not aware of any occasion on which an ICE vehicle was actually prevented from entering or exiting the 1930 Beach Street ICE facility due to activity by protestors.

45. In addition, Broadview Police Department has responded to every call for service we have received from ICE during this period.

**Establishment of Unified Command with the ISP and Other Local Police Agencies**

46.     After the protests during the weekend of September 26 through September 28, I met with state and local police leaders the following week on Wednesday, October 1, to discuss a plan to safely police the anticipated protests at the ICE facility on the upcoming Friday, October 4. I had previously been in touch with the ISP on multiple occasions about the protests outside the ICE facility, and the ISP was very supportive with resources and guidance.

47.     As a result of the October 1 meeting with the ISP, which also included the Cook County Sheriff's Office, the Broadview Police Department joined a joint unified command ("Unified Command") consisting of our department, the ISP, the Cook County Sheriff's Office, the Cook County Department of Emergency Management and Regional Security, and the Illinois Emergency Management Agencdy ("IEMA").

48.     The establishment of the Unified Command was publicly announced on October 2, 2025 in a press release, which I have attached to this declaration as Exhibit A. As described in the October 2 press release, the purpose of the Unified Command is "to coordinate public safety measures in Broadview around the facity being used by U.S. Immigration and Customs Enforcement (ICE)." In the October 2 press release, the Unified Command described our mission and plan as follows:

> The Unified Command is setting up designated areas where people can safely exercise their rights, which will support the safety of the public, and ensure vehicular traffic can safely access the roads in the area. The goal of the Unified Command is to protect the health and safety of all individuals, including nearby Broadview residents and businesses, and enable the peaceful expression of First Amendment rights. The agencies involved in this operation will neither assist nor obstruct enforcement of federal immigration statutes in compliance with state and federal law.
>
> Uniformed officers will be on site to help direct people to the designated areas. In addition to protecting the safety and rights of people peacefully expressing their views, these measures will also ensure that third parties that need access to the facility – including attorneys and legal representatives, people bringing medicine to detainees, and representatives from foreign consulates – will maintain clear points of access to the facility.

**Friday, October 3 Protest**

49. On October 3, as we at the Unified Command expected, there was a protest outside the ICE facility in Broadview. Beginning early in the morning, throughout the day, and late into the evening, there were large numbers of state and local law enforcement present and assisting the mission of the Unified Command. The number of protestors present changed some throughout the day. My sense was that the peak of the protest—the moment when the largest number of protestors were present—was in the morning. At its peak, the number of protestors present was approximately 200 people, including media and some elected officials. In terms of state and local police officers, my best estimate is that we had approximately 100 officers assisting the Unified Command on scene at the protests on October 3.

50. As we forecased in our October 2 press release, the Unified Command established "designated protest areas" around the ICE facility. The image below from the October 2 press release shows the areas that were initially designated as protest areas:



51. The designated protest areas shown in green were chosen to ensure that protestors remained off of the roadway as much as possible—for their own safety, for the safety of state and local law enforcement, and for the safety of federal agents. My understanding was that the vehicles

Page **12** of 15

being used by ICE and other federal agencies, including the Border Patrol, required access to the public streets to get in and out of the ICE facility, which is property owned and operated by the federal government. My understanding was that like any property owner in Broadview, the federal government can use the public street to access its own property with its own vehicles.

52. On the morning of October 3, ISP troopers deployed along the designated protest areas to ensure separation between protestors and any vehicle traffic that might come through. There were some indiviudal protestors who initially tried to remain in the public street, which was outside of the designated protest areas.

53. Over the course of the day, vehicles carrying federal agents came in and out of the ICE facility using the public street. Some protestors attempted to press in close to the federal agents' vehicles, but the state and local police operating under the Unified Command were largely able to maintain the integrity of the designated protest areas.

54. At one point, I saw Kristi Noem, the Secretary of the Department of Homeland Security, in the parking lot of the ICE facility. I recognized her because I have seen her in the news. I did not appreciate Secretary Noem's presence. When she rode out of the ICE facility by vehicle, it made our job at the Unified Command harder because the protestors to become angry and vocal. As Secretary Noem was leaving, her vehicle, an SUV, was accompanied by a large armored tactical vehicle and several heavily armed federal agents. Secretary Noem's vehicle proceeded a few blocks away to a parking lot where ICE vehicles were parked. She got out of her vehicle along with Agent Bovino in an area with protestors on both sides—within approximately 25 feet of her. The crowd reacted with angry shouts. In my personal opinion, her presence and actions seemed to be intended to provoke the crowd. I did not see any legitimate law enforcement purpose for what she was doing.

55. Around the time Secretary Noem was leaving the ICE facility, there were some protestors who resisted officers' attempts to maintain the designated protest areas. In the times where protestors attempted to move through the line being maintained by state and local police, state and local police had to make a few temporary detentions and, in some cases, arrests. My understanding is that state and local police arrested around five people at the protests in Broadview on October 3.

56. Over the course of the day, the state and local police operating under the Unified Command adjusted the location of the designated protest areas to do our best ensure that no one was harmed, either by vehicular traffic or through some other cause, like an altercation.

57. Overall, I believe the Unified Command accomplished its mission of maintaining public safety and protecting protestors' First Amendment rights on October 3. At no point did I witness state or local police officers deploying any chemical agents, such as teargas, pepper balls, or pepper spray against protestors. For the first sime in several Fridays in Broadview, I also did not witness any federal agents using chemical munitions. Because of the professionalism of the state and local enforcement who assisted the Unified Command, protestors were able to exercise their First Amendment rights without being subjected to the type of reckless use of chemical agents I had witnessed on the previous three Fridays in Broadview.

58. The Unified Command is capable of handling the ongoing protests in Broadview. Based on my experience over the course of my 35 years in law enforcement, the situation in Broadview is currently under control. I do not believe that the National Guard is necessary. If anything, I believe their presence in Broadview would do more harm than good by potentially escalating the situation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of October, 2025.

*[signature]*

Chief Thomas Mills
Broadview Police Department
Village of Broadview, Illinois