# EXHIBIT 8



August 13, 2025

Brandon Johnson
Mayor of Chicago, Illinois
c/o Mary Richardson-Lowry, Corporation Counsel
121 N. LaSalle Street
Chicago, IL 60602

Dear Mayor Johnson,

      The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

      For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

      Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

      As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities