# EXHIBIT 9

## **DECLARATION**

I, Sherief Gaber, declare under penalty of perjury, and under 28 U.S. Code § 1746, as follows:

1.      I am an Assistant Attorney General in the Office of the Attorney General of the State of Illinois. The Attorney General is counsel to Plaintiffs Governor J.B. Pritzker and the State of Illinois. I make this declaration in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction.

2.      I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3.      I have reviewed a number of social media posts made by Donald J. Trump (who uses the uses the username @realDonaldTrump on both x.com, formerly Twitter, as well as Mr. Trump's own social media platform, Truth Social) , as well as other accounts, as detailed below; for each post described or quoted I have also included a screenshot of how the post visually appears on the respective website.

4.      I have additionally reviewed other televised statements and remarks by Donald J. Trump and others, the content of which I have reproduced here along with a link to video or a transcript of the statement or remarks as appropriate.

5.      On February 20, 2013 @realdonaldtrump posted on twitter.com saying "Chicago is a great city"



Available at https://x.com/realdonaldtrump/status/304271696163127297

6.      On June 5, 2013, @realdonaldtrump posted to twitter.com saying "Sadly, the overwhelming amount of violent crime in our major cities is committed by blacks and hispanics-a tough subject-must be discussed."



available at: https://x.com/realdonaldtrump/status/342190428675796992.

7.      Seven minutes later, @realdonaldtrump posted a second tweet saying "When it comes to violent crime, and if we are going to solve the problem, we must stop being so politically correct-must       tell       it       like       it       is!"       available       at: https://x.com/realdonaldtrump/status/342192281136287744.

8.    On 22 April, 2017 – @realdonaldtrump posted on twitter.com to retweet a Fox and Friends segment titled "Chicago approves new plan to hide illegal immigrants from the feds, plus give them access to city services" Available at https://twitter.com/realdonaldtrump/status/855802920956243969

9.    On August 20, 2013, Donald Trump tweet saying "Chicago is a shooting disaster-they should immediately go to STOP AND FRISK. They have no choice, hundreds of lives would be saved!"



Available at: https://x.com/realdonaldtrump/status/369799276458962944 - N.B.

10.    On August 29, 2013, Trump retweeted someone saying "agreed, we need our troops on the streets of Chicago, not Syria."



Available at: https://x.com/realdonaldtrump/status/373212718096211968

11.     On November 22, 2013, Donald Trump posted two tweets about the virally-reported phenomenon of the "knockout game" advocating for vigilantism "remember the late, great Charles Bronson" and "we have to be slightly more vicious (and violent) than the assaulter- and crime would end FAST!" Available at: https://x.com/realdonaldtrump/status/404228837195919360 and https://x.com/realdonaldtrump/status/403741384051789824

12.     On July 30, 2014, Donald Trump tweet saying "Obama should work on a ceasefire in Chicago as well as Gaza."



Available at: https://x.com/realdonaldtrump/status/494567114867740673

13.     On June 22, 2015, Donald Trump said in an interview with Hugh Hewitt:

 "Interestingly, if you look at Chicago, they have about the strongest gun control laws in the nation. And they are riddled with problems, riddled with problems. And you look at New York tremendous gun control laws, very, very hard to get a gun, almost without exception, it's rampant. So you know, it's like, you can't legislate against this."…

"The gang violence, which is a part of this, is unbelievable. So it's a big problem. But one of the ways you have to start, and if you look at what's going on in Chicago, it's like a bloodbath, and it's only in certain areas of Chicago, and nobody talks about it. They don't say that. They just talk about Chicago. I mean, it's only in certain areas of Chicago. It's in certain areas of New York and lots of other places."

available at: https://rollcall.com/factbase/trump/transcript/donald-trump-interview-hugh-hewitt-june-22-2015/#44

14.     On July 12, 2016, Donald Trump tweet "Crime is out of control, and rapidly getting worse. Look what is going on in Chicago and our inner cities. Not good!"



Available at: https://x.com/realdonaldtrump/status/752834632907943936

15.     On August, 28, 2015, Donald Trump in an interview with Mikha Brezynski and Joe Scarborough said "Chicago sort of a tale of two of cities. But in certain areas of Chicago, there's tremendous gun violence." Available at https://rollcall.com/factbase/trump/transcript/donald-trump-interview-morning-joe-august-28-2015/#33

16.     A number of campaign rallies beginning in August of 2016 referenced shootings that year in Chicago. Two examples are available at:

https://rollcall.com/factbase/trump/transcript/donald-trump-speech-cleveland-oh-july-21-2016/#15 (July 21, 2016 Cleveland Ohio) https://rollcall.com/factbase/trump/transcript/donald-trump-speech-jackson-ms-august-24-2016/#109 (August, 24, 2016 Jackson MS)

17.     On August 25, 2016, speaking with Anderson Cooper about Black Americans, Trump said "They're shot on their streets. Look at Chicago." Available at:

https://rollcall.com/factbase/trump/transcript/donald-trump-interview-andersoon-cooper-august-25-2016/#84

18.     On October 3, 2016, Trump said "You look at different places our country -- St. Louis, Ferguson, Baltimore, Chicago. In Chicago, thousands of shootings" (These three cities

were a common refrain in 2016) Available at:

https://rollcall.com/factbase/trump/transcript/donald-trump-speech-pueblo-co-october-3-2016/#85

19.     On October 5, 2016, Trump said "we''re also going to fix our inner cities. And help our Latino- American citizens and our African-American citizens. we are going to help. It's time. Forty-five percent of African-American youth live in poverty. 58 percent of African-American youth don't have jobs. More than 3,000 people have been shot in the city of Chicago, Obama's hometown, since the beginning of the year. That's since January. Not a long time. Homicides are up nearly 50 percent in Washington, D.C., and more than 60 percent in Baltimore." Transcript available at: https://rollcall.com/factbase/trump/transcript/donald-trump-speech-henderson-nv-october-5-2016/#168 This line, pairing African American poverty with Chicago shootings, would be repeated in several other speeches.

20.     On November 7, 2016, then candidate Trump said  – "They're getting worse and worse. The crime is unbelievable. You can't walk to the store and get a loaf of bread. Often, you get shot. Chicago, thousands and thousands of shootings since January 1st. You read it. The murder rate in the United States is the highest it's been in 45 years. The dishonest media doesn't tell you that stuff because they want you to like Obama. They want you to think Obama is doing a good job, and he's not -- and he's not -- and he's not. So you live in the inner cities, you're African-American, you're Hispanic. The schools are no good. There are no jobs, and it's totally unsafe. And I say, "I will fix it." What the hell do you have to lose? I'm going to fix it."

Transcript available at: https://rollcall.com/factbase/trump/transcript/donald-trump-speech-raleigh-nc-november-7-2016/#49

21.     January 25, 2017, tweet saying: "If Chicago doesn't fix the horrible "carnage"

going on, 228 shootings in 2017 with 42 killings (up 24% from 2016), I will send in the Feds!"

Available at: https://x.com/realdonaldtrump/status/824080766288228352

22.     January 25, 2017, Trump made remarks concerning this tweet in an interview with

David Muir, saying:

> It's carnage. You know, in my [inauguration] speech, I got tremendous -- from certain
> people, the word carnage. It is carnage. It's horrible carnage. This is -- Afghanistan is not
> like what's happening in Chicago. People are being shot left and right. Thousands of
> people over a period -- over a short period of time. This year, which has just started, is
> worse than last year, which was a catastrophe. They're not doing the job. Now, if they
> want help, I would love to help them. I will send in what we have to send in. Maybe
> they're not going to have to be so politically correct. Maybe they're being overly political
> correct? Maybe there's something going on? But you can't have those killings going on in
> Chicago. Chicago is like a warzone. Chicago is worse than some of the people that you
> report, in some of the places that you report about every night, in the Middle East."

Available at: https://rollcall.com/factbase/trump/transcript/donald-trump-interview-washington-

dc-january-25-2017/#94

23.     On October 11, 2017, Trump said "I don't know what they are doing in Chicago to

have this many shootings and this many killings and all of the different things that are going on.

This is not like it's the United States of America. And pure and simple, that's bad management.

That s bad politics." Transcript available at: https://rollcall.com/factbase/trump/transcript/donald-

trump-interview-sean-hannity-october-11-2017/#145

24.     On June 22, 2019, Donald Trump's press remarks: "Well, some cities are going to

fight [immigration enforcement]. But, if you notice, they're generally high-crime cities. If you

look at Chicago, they're fighting it. And if you look at other cities, they're fighting it." Available

at: https://rollcall.com/factbase/trump/transcript/donald-trump-press-gaggle-marine-one-

departure-june-22-2019/#15

25.     On October 28, 2019 Trump made a number of remarks before in the International Association of Police Chiefs (IACP) in Chicago, saying: "Chicago is, unfortunately, the **worst** sanctuary city in America. Chicago protects criminals at a level few could even imagine. Last year, in Cook County alone, ICE asked local law enforcement people to, "Please, pretty please, we beg you, we'll do anything necessary to stop crime… Afghanistan is a safe place by comparison." Available at: https://rollcall.com/factbase/trump/transcript/donald-trump-speech-international-police-chiefs-chicago-october-28-2019/#21

26.     On June 11, 2020 Donald Trump said: "Every child should be able to grow up in a safe community, free from violence and fear. They've taken a lot of the police protection away in Chicago, and they have great, great police in Chicago. I know Chicago very well, but they're not allowed to do what they can do better than anybody. They could do the job very easily." Transcript available at: https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-roundtable-economic-recovery-dallas-june-11-2020/#24

27.     In a June 22, 2020 interview Donald Trump said: "Well, let me tell you, you have George Floyd… but you also had 14 people killed this weekend in Chicago…So you got to balance them out. You're going to say, wait a minute, we need law and order. And it's run -- They're all of these problems, Seattle, Portland, Chicago, uh, you could go to Oakland, you could go to Baltimore. What do they have in common? They're run by liberal Democrats, just like Joe Biden." Available at: https://rollcall.com/factbase/trump/transcript/donald-trump-interview-david-brody-cbn-news-june-22-2020/#61

28.     In July 13, 2020 remarks on "Positive Impact of Law Enforcement" Donald Trump said: "But they're the ones whose city is burning. I mean, can you imagine if the country was run like Chicago and like New York and like some of these other Democrat, super radical-left cities

are run? You wouldn't have a country for very long, and the economy would crash." Available at:

https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-roundtable-law-enforcement-positive-impact-july-13-2020/#250

29.     At a July 18, 2020 Tele-Rally, Donald Trump said: "We're proud of our country. We're proud of our heritage….we're very proud of our heritage and Joe Biden and the radical-left wing mobs that you see all over in some of the cities where -- you look at Chicago and you look at even now when you just saw what's going on and in Oregon. You take a look at what's happening there and you take a look at what's happening in so many different places that are run by Liberal Democrats and it's not a good situation, not a good situation at all." Available at:

https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-tele-rally-arizona-july-18-2020/#6

30.     In August 2020, Donald Trump said in an interview with WBRE in Wilkes-Barre: "The problem areas that you're talking about, in every case they're Democrat run, weak run areas, whether it's Portland or Chicago or New York. And those are areas, Republican areas don't have any problem. If they don't straighten it out, I'll straighten it out. But we need law and order. But if they don't straighten it out, we're going to straighten it out ourselves." Available at

https://rollcall.com/factbase/trump/transcript/donald-trump-interview-andy-mehalshich-wbre-wilkes-barre-august-20-2020/#7

31.     In a September 20, 2020 interview with Dan Bongino, Donald Trump said: "And you're talking about Chicago, run by a Democrat mayor, radical left, has no clue, no clue whatsoever. And we could stop that, but they don't want our help. I mean, the greatest would be Portland. I could stop that in a half-hour. That's easy. They're anarchists. They're together. They're spoiled kids, for the most part." https://rollcall.com/factbase/trump/transcript/donald-trump-

[interview-dan-bongino-show-september-20-2020/#171](interview-dan-bongino-show-september-20-2020/#171) (many more such comments this same week, including his endorsement by the CPD union)

32.  Donald Trump said the following on October 18, 2020 at a campaign speech in Carson City, Nevada: "We'd love to go in to do something big with Chicago. That's actually a bigger problem. That's actually a bigger problem, hard." Available at [https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-rally-carson-city-nevada-october-18-2020/#138](https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-rally-carson-city-nevada-october-18-2020/#138)

33.  On July 26, 2022, during a speech at America First Policy Institute Summit Donald Trump said: "The next president needs to send the National Guard to the most dangerous neighborhoods in Chicago until safety can be successfully restored, which can happen very, very quickly. Fifth, we have to take back our streets and public spaces from the homeless, the drug addicted, and the dangerously deranged." Available at:

[https://rollcall.com/factbase/trump/transcript/donald-trump-speech-america-first-policy-institute-summit-washington-dc-july-26-2022/#63](https://rollcall.com/factbase/trump/transcript/donald-trump-speech-america-first-policy-institute-summit-washington-dc-july-26-2022/#63)

34.  On August 6, 2022, during a CPAC convention speech Donald Trump said: "In places where there is a true breakdown of the rule of law, such as the most dangerous neighborhoods in Chicago, the next president should use every power at his disposal to restore order. And if necessary, that includes sending in the National Guard or the troops. Every American of every background deserves to live in safety and in peace, every American. One of the things that we were saddled with and one of the hardest decisions I had to make when I looked at some of these cities that were run by Democrats going so bad so fast, I wanted to send in the guard." [https://rollcall.com/factbase/trump/transcript/donald-trump-speech-cpac-convention-dallas-texas-august-6-2022/#108](https://rollcall.com/factbase/trump/transcript/donald-trump-speech-cpac-convention-dallas-texas-august-6-2022/#108)

35.     On August 20, 2024, during a campaign event in Howell, Michigan Donald Trump said: "I mean, you have cities. I will say this. The top 25, almost all are run by Democrats, and they have very similar policies. It's just insane. But you can't walk across the street to get a loaf of bread. You get shot. You get mugged. You get raped. You get whatever it may be. And you've seen it, and I've seen it. And it's time for a change." Available at

https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-event-howell-michigan-august-20-2024/

36.     On February 18, 2025 @readDonaldTrump posted on Truth Social a link to an op-ed titled "Prosecute sanctuary officials who defy Trump's deportation orders" https://truthsocial.com/@realDonaldTrump/posts/114027402473865583

37.     On April 10, 2025, @readDonaldTrump posted on Truth Social "No more Sanctuary Cities! They protect the Criminals, not the Victims. They are disgracing our Country, and are being mocked all over the World. Working on papers to withhold all Federal Funding for any City or State that allows these Death Traps to exist!!!"



https://truthsocial.com/@realDonaldTrump/posts/114313927527638500

38.     On August 11, 2025, @readDonaldTrump posted on Truth Social: "2024 Murder Rate per 100K and The murder rate in Washington today is higher than that of Bogota, Columbia…"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115011111086512782

39.     On August 12, 2025, @readDonaldTrump posted on Truth Social: "MAKE D.C. SAFE AGAIN"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115017783727602240

40.     On August 20, 2025, @readDonaldTrump posted on Truth Social: "D.C. gave Fake Crime numbers in order to create a false illusion of safety. This is a very bad and dangerous thing to do, and they are under serious investigation for so doing! Until 4 days ago, Washington, D.C., was the most unsafe "city" in the United States, and perhaps the World. Now, in just a short period of time, it is perhaps the safest, and getting better every single hour! People are flocking to D.C. again, and soon, the beautification will begin!"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115049974697549520

41.     On August 20, 2025, @readDonaldTrump posted on Truth Social: "Just like our Southern Border is now 100% Secure, Washington, D.C., is SAFE AGAIN, and we have just begun the process of revival!"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115064867714909057

42.　　On August 22, 2025, @readDonaldTrump posted on Truth Social: "Washington, D.C. is SAFE AGAIN! The crowds are coming back, the spirit is high, and our D.C. National Guard and Police are doing a fantastic job. They are out in force, and are NOT PLAYING GAMES!!! As bad as it sounds to say, there were no murders this week for the first time in memory. Mayor Muriel Bowser must immediately stop giving false and highly inaccurate crime figures, or bad things will happen, including a complete and total Federal takeover of the City! Washington D.C. will soon be great again!!!"



**Truth Details**
3719 replies

Donald J. Trump
@realDonaldTrump

Washington, D.C. is SAFE AGAIN! The crowds are coming back, the spirit is high, and our D.C. National Guard and Police are doing a fantastic job. They are out in force, and are NOT PLAYING GAMES!!! As bad as it sounds to say, there were no murders this week for the first time in memory. Mayor Muriel Bowser must immediately stop giving false and highly inaccurate crime figures, or bad things will happen, including a complete and total Federal takeover of the City! Washington D.C. will soon be great again!!!

**10.4k** ReTruths  **49k** Likes                    Aug 22, 2025, 12:57 AM

Available at: https://truthsocial.com/@realDonaldTrump/posts/115070876988527695

43.    At an August 22, 2025 FIFA media event Trump remarked that "the National Guard has done such an incredible job working with the police." He also said "Chicago's a mess. You have an incompetent mayor, grossly incompetent and we'll straighten that one out probably next. That'll be our next one after this and it won't even be tough. And the people in Chicago, Mr. Vice President, are screaming for us to come…So I think Chicago will be our next and then we'll help with, uh, New York." Available at: https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-national-guard-new-york-chicago-august-22-2025/

44.    On August 25, 2025, Trump gave remarks in the Oval Office during which he said "We go in, we will solve Chicago within one week, maybe less. But within one week we will have no crime in Chicago just like we have no crime in DC." https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-executive-order-crime-august-25-2025/#223

45.    On August 26, 2025, @readDonaldTrump posted on Truth Social: "The incompetent Mayor of Chicago just stated that, in DC, where crime has been brought down to almost nothing, there have been no murders in 9 days, something which hasn't happened in years, and people are safe again, only nine people have been arrested. That is wrong, hundreds of criminals have been held, captured, and arrested, and their guns have been taken away. DC IS SAFE AND BOOMING!!!"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115089457027851323

46.     On August 26, 2025, @readDonaldTrump posted on Truth Social: "A really DEADLY weekend in Chicago. 6 DEAD, 27 HURT IN CRIME SPREES ALLOVER THE CITY. Panic stricken Governor Pritzker says that crime is under control, when in fact it is just the opposite. He is an incompetent Governor who should call me for HELP. Mayor Johnson is no better. Make Chicago Great Again!"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115098161051613732

47.     On August 27, 2025, @readDonaldTrump posted on Truth Social: "CRIME NUMBERS ARE WAY DOWN IN DC! AMAZING PROGRESS BEING MADE! Thank you for your attention to this matter. President DJT."



Available at: https://truthsocial.com/@realDonaldTrump/posts/115098861391135351

48.     On August 28, 2025, @readDonaldTrump posted on Truth Social: "Carjacking in DC is down 87%. ALL other categories of crime are likewise down massively since I got involved. DC will soon be a CRIME FREE ZONE, in only 14 days, far faster than scheduled. Thank you for your attention to this matter!"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115109848555666148

49.     On August 28, 2025, @readDonaldTrump posted on Truth Social: "Governor Pritzker had 6 murders in Chicago this weekend. 20 people were shot. But he doesn't want to ask me for help. Can this be possible? The people are desperate for me to STOP THE CRIME, something the Democrats aren't capable of doing. STAY TUNED!!! President DJT."



Available at: https://truthsocial.com/@realDonaldTrump/posts/115106855887002067

50.    On August 30, 2025 @realDonaldTrump posted an image on Truth Social consisting of an image of himself standing before the earth with the caption "THE WORLD WILL SOON UNDERSTAND NOTHING CAN STOP WHAT IS COMING"



Available at https://truthsocial.com/@realDonaldTrump/posts/115119962578158249

51.    On August 30, 2025, @readDonaldTrump posted an image on Truth Social with caption "CRIME DOWN" and highlighted text from a prior post saying "DC will soon be a CRIME FREE ZONE…"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115118846474669640

52.     On August 30, 2025 @realDonaldTrump posted on Truth Social:" Six people were killed, and 24 people were shot, in Chicago last weekend, and JB Pritzker, the weak and pathetic Governor of Illinois, just said that he doesn't need help in preventing CRIME. He is CRAZY!!! He better straighten it out, FAST, or we're coming! MAGA. President DJT"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115120036321239638

53. On August 31, 2025, @readDonaldTrump posted on Truth Social: "DC IS NOW A CRIME FREE ZONE, IN JUST 12 DAYS!!! President DJT"



Available at https://truthsocial.com/@realDonaldTrump/posts/115125330212310166

54. On August 31, 2025, @readDonaldTrump posted on Truth Social: "CRIME IS TOTALLY OUT OF CONTROL IN CHICAGO, 6 DEAD, 24 BADLY WOUNDED, LAST WEEK ALONE!!!"



Available at https://truthsocial.com/@realDonaldTrump/posts/115126449469247578

55.     On August 31, 2025 @realdonaldtrump posted an image on Truth Social from the Daily Caller with the caption "Residents in one of DC's Roughest Wards Say Trump's Crime Crackdown Needed."



Available at https://truthsocial.com/@realDonaldTrump/posts/115125332179414593

56.     On September 1, 2025, @readDonaldTrump posted on Truth Social: "Wow! Mayor Muriel Bowser of D.C. has become very popular because she worked with me and my great people in bringing CRIME down to virtually NOTHING in D.C. Her statements and actions were positive, instead of others like Pritzker, Wes Moore, Newscum, and the 5% approval rated Mayor of

Chicago, who spend all of their time trying to justify violent Crime, instead of working with us to completely ELIMINATE it, which we have done in Washington, D.C., NOW A CRIME FREE ZONE. Wouldn't it be nice to say that about Chicago, Los Angeles, New York, and even the Crime Drenched City of Baltimore??? It can happen, and it can happen FAST! Work with us!!! Mayor Bowser's ratings have gone up, in a short period of time, 25%, and the people of D.C. are thanking her for stopping crime wherever she goes. It's not a miracle, it's hard work, courage, and being SMART. The top Law Enforcement Officer in L.A. said, during the riots, and when I sent the troops in early, that they couldn't have done it without us. They were completely overwhelmed! If we hadn't gone in early, on top of the Palisades plus fires, L.A. would have lost the Olympics. Congratulations to Mayor Muriel Bowser, but don't go Woke on us. D.C. is a GIANT VICTORY that never has to end!!!"



**Donald J. Trump** ✓ ➕
@realDonaldTrump

Wow! Mayor Muriel Bowser of D.C. has become very popular because she worked with me and my great people in bringing CRIME down to virtually NOTHING in D.C. Her statements and actions were positive, instead of others like Pritzker, Wes Moore, Newscum, and the 5% approval rated Mayor of Chicago, who spend all of their time trying to justify violent Crime, instead of working with us to completely ELIMINATE it, which we have done in Washington, D.C., NOW A CRIME FREE ZONE. Wouldn't it be nice to say that about Chicago, Los Angeles, New York, and even the Crime Drenched City of Baltimore??? It can happen, and it can happen FAST! Work with us!!! Mayor Bowser's ratings have gone up, in a short period of time, 25%, and the people of D.C. are thanking her for stopping crime wherever she goes. It's not a miracle, it's hard work, courage, and being SMART. The top Law Enforcement Officer in L.A. said, during the riots, and when I sent the troops in early, that they couldn't have done it without us. They were completely overwhelmed! If we hadn't gone in early, on top of the Palisades plus fires, L.A. would have lost the Olympics. Congratulations to Mayor Muriel Bowser, but don't go Woke on us. D.C. is a GIANT VICTORY that never has to end!!!

2.95k ReTruths    12.3k Likes                    Sep 01, 2025, 6:41 AM

Available at https://truthsocial.com/@realDonaldTrump/posts/115128853265372429

57.     On September 2, 2025 Trump gave remarks in the Oval Office on the occasion of the relocation of the Space Force headquarters saying of Chicago "There's no place in the world, including you can go to Afghanistan. You can go to places that you would think of, they don't even come close to this." When pressed with the follow up question, "Have you made your mind up on Chicago though?," Trump answered "Chicago is a hellhole right now… Well, we're going in -- I didn't     say     when,     we're     going     in."     Available     at

https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-space-force-relocation-alabama-september-2-2025/#97

58.     On September 2, 2025 @realDonaldTrump posted on Truth Social: "CHICAGO IS THE MURDER CAPITAL OF THE WORLD!"



available at https://truthsocial.com/@realDonaldTrump/posts/115134772860379495

59.     On September 2, 2025 @realDonaldTrump posted on Truth Social: "At least 54 people were shot in Chicago over the weekend, 8 people were killed. The last two weekends were similar. Chicago is the worst and most dangerous city in the World, by far. Pritzker needs help badly, he just doesn't know it yet. I will solve the crime problem fast, just like I did in DC. Chicago will be safe again, and soon. MAKE AMERICA GREAT AGAIN!"



Available at https://truthsocial.com/@realDonaldTrump/posts/113177477133823920

60.     On September 3, 2025 an email was sent from the Trump National Committee JFC (a political action committee aligned with Mr. Trump's political operation), bearing Donald J. Trump's signature at the bottom. The email subject read "We're going to Chicago!" and described Mr. Trump's desire to "LIBERATE CHICAGO"

## ★ ★ ★ ★ ★ MEMO FROM TRUMP

**BREAKING NEWS**

## CHICAGO WILL BE LIBERATED.

Chris,

**WE'RE GOING INTO CHICAGO.**

I'm not saying when, but we're going in!

When 20 people are killed over two and a half weeks and 75 people are shot, I HAVE NO CHOICE.

I turned our Great Capital into a SAFE ZONE. There's virtually no crime. **NOW I WANT TO LIBERATE CHICAGO!**

The Radical Left Governors and Mayors of crime ridden cities don't want to stop the radical crime. I wish they'd just give me a call. I'd gain respect for them.

Now hear me: <mark>WE'RE GOING TO DO IT ANYWAY.</mark>

This isn't a political thing; We have the right to do it because I HAVE AN OBLIGATION TO KEEP AMERICA SAFE!

**Please join the MAGA Blitz and say: LIBERATE CHICAGO - SAVE AMERICA - STAND WITH TRUMP! >**

### $15 TO JOIN MAGA BLITZ

### I STAND WITH TRUMP

Thank you for your support!





Available at: https://politicalemails.org/messages/1937403

61.    On September 6, 2025, @realDonaldTrump posted on Truth Social: "I love the smell of deportations in the morning… Chicago about to find out why it's called the Department of WAR."



Available at: https://truthsocial.com/@realDonaldTrump/posts/115158096026629509

62.    On September 8, 2025 the official account of the Department of Homeland Security posted on X.com: "Operation Midway Blitz: DHS is targeting the worst of the worst criminal illegal aliens who flocked to Chicago and Illinois because of @GovPritzker 's sanctuary city

policies. President Trump and @Sec_Noem will not allow these dangerous individuals to terrorize Illinois citizens any longer."



Available at https://x.com/DHSgov/status/1965118215056474140

     63.    On September 8, 2025 the official account of the Department of Homeland Security posted on X.com: "DHS is launching Operation Midway Blitz in honor of Katie Abraham who was killed in a drunk driving hit-and-run car wreck caused by criminal illegal alien Julio Cucul-Bol in Illinois. This ICE operation will target the criminal illegal aliens who flocked to Chicago and Illinois because they knew Governor Pritzker and his sanctuary policies would protect them and allow them to roam free on American streets. President Trump and Secretary Noem stand with the victims of illegal alien crime while Governor Pritzker stands with criminal illegal aliens."



**Homeland Security** ✔
@DHSgov

DHS is launching Operation Midway Blitz in honor of Katie Abraham who was killed in a drunk driving hit-and-run car wreck caused by criminal illegal alien Julio Cucul-Bol in Illinois.

This ICE operation will target the criminal illegal aliens who flocked to Chicago and Illinois because they knew Governor Pritzker and his sanctuary policies would protect them and allow them to roam free on American streets.

President Trump and Secretary Noem stand with the victims of illegal alien crime while Governor Pritzker stands with criminal illegal aliens.

Available at https://x.com/DHSgov/status/1965082306177122404

64.      On September 15, 2025 the President made remarks in the oval office on occasion of signing an executive order deploying federalized National Guard troops to Memphis, TN. He spoke extemporaneously about Chicago at that time, making several statements concerning his schemes on the city:

> "[The Memphis] task force will be a replica of our extraordinarily successful efforts here [in DC]…we're sending in the big force now. Uh we also sent them into Chicago on a sort of a moderate basis and we brought down crime a little bit in Chicago, but we're now going to bring it down very big. We're going to be doing Chicago probably next. I was with a great business man, a man who is involved in all cities through his business and I say, who do you think should be next, after Memphis? And he said, sir, you've got to save Chicago. We're gonna wait a little while but said you've gotta save Chicago you can't let it go….
>
> We have to save Chicago. I know all about Chicago, I have a great, beautiful building I'm so proud of it but you get less proud when you see all the crime…
>
> [the FBI] went in…about four months ago, they've been working on keeping crime down. They have brought the numbers down a little bit. But those are easy numbers. You know, the first 20, 25% are the easy numbers. That's where it gets they you have to bring in the big forces, right? Which is what we always intended to do. "

Available at https://www.youtube.com/watch?v=E_LtxihxBAc

65.     On September 18, 2025 the official account for Secretary Noem posted a video, set to a cover version of Nirvana's "Smells Like Teen Spirit" depicting scenes of Chicago at Night, including a shot of the Trump Tower as well as scenes of federal agents in tactical gear blasting a door off its hinges and executing a raid. Noem captioned the post "We won't back down." Agent Bovino would repost the video with his own caption, saying "The Green Team has your back, Chicago. Criminal Illegal aliens are on notice as Operation Midway Blitz heats up. There is no safe sanctuary anywhere in the Windy City - self deport immediately" Available at https://x.com/CMDROpAtLargeCA/status/1968730847168643176

66.     On September 30, 2025 at remarks before assembled United States military officers at Quantico, Virginia, the President said, "You know, the Democrats run most of the cities that are in bad shape . . . [T]he ones that are run by the radical left Democrats, what they've done to San Francisco, Chicago, New York, Los Angeles, they're very unsafe places and we're going to straighten them out one by one. And this is going to be a major part for some of the people in this room. That's a war too. It's a war from within. Controlling the physical territory of our border is essential to national security." He continued, "I want to salute every service member who has helped us carry out this critical mission. It's really a very important mission. And I told Pete [Hegseth], we should use some of these dangerous cities as training grounds for our military[,] National Guard, but military, because we're going into Chicago very soon." Available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-department-of-defense-leaders-quantico-september-30-2025/.

67.     On October 5, 2025 the official account of the White House Rapid Response posted video of the President addressing reporters in front of Marine One. The President spoke about crime in Chicago and said of the city "they need help." He then alleged that he had "solved the

crime" in Washington D.C. and said "we're going to do that in Chicago."

https://x.com/RapidResponse47/status/1974862114801258619

68.     Attached here as Exhibit A is a June 7, 2025 Presidential Memorandum titled "Department of Defense Security for the Protection of Department of Homeland Security Functions

69.     Attached here as Exhibit B is a Department of Homeland Security Memorandum dated September 26, 2025 bearing the subject "Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon).

70.     Attached here as Exhibit C is a Department of Homeland Security Memorandum dated September 26, 2025 bearing the subject "Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois).

71.     Attached here as Exhibit D is a memorandum from the National Guard Bureau for the Adjutant General of the Illinois national Guard titled "Request for Illinois National Guard Federal Protection Mission." The memorandum bears a signature dated October 4, 2025.

72.     Attached here as Exhibit E is an October 4, 2025 memorandum from the Secretary of War for the Adjutant General, Illinois National Guard bearing the subject "Calling Members of the Illinois National Guard into Federal Service".

73.     Attached here as Exhibit F is an undated memorandum form the Secretary of War for the Adjutant General, Texas National Guard bearing the subject "Calling the Members of the Texas National Guard into Federal Services".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2025

Sherief Gaber

GABER DECLARATION

EXHIBIT 9-A



*The* WHITE HOUSE

**PRESIDENTIAL ACTIONS**

Department of Defense Security for the Protection of Department of Homeland Security Functions

Presidential Memoranda

June 7, 2025

MEMORANDUM FOR THE SECRETARY OF DEFENSE
       THE ATTORNEY GENERAL
       THE SECRETARY OF HOMELAND SECURITY

SUBJECT:    Department of Defense Security for the Protection of Department of Homeland Security Functions

Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws. In addition, violent protests threaten the security of and significant damage to Federal immigration detention facilities and other Federal property. To the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion against the authority of the Government of the United States.

In light of these incidents and credible threats of continued violence, by the authority vested in me as President by the Constitution and the laws of the United States of America, I hereby call into Federal service members and units of the National Guard under 10 U.S.C. 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of

Federal law and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations.  Further, I direct and delegate actions as necessary for the Secretary of Defense to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority.  The members and units of the National Guard called into Federal service shall be at least 2,000 National Guard personnel and the duration of duty shall be for 60 days or at the discretion of the Secretary of Defense.  In addition, the Secretary of Defense may employ any other members of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

DONALD J. TRUMP




GET THE FACTS →



NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS



Subscribe to The White House newsletter

Your email                                    SIGN UP

Text POTUS to 45470 to receive updates



THE WHITE HOUSE

1600 Pennsylvania Ave NW

Washington, DC 20500

WH.GOV

Copyright

Privacy

GABER DECLARATION

EXHIBIT 9-B



*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

September 26, 2025

MEMORANDUM FOR:  COL Anthony Fuscellaro
Executive Secretary
U.S. Department of Defense

FROM:  Andrew J. Whitaker
Executive Secretary
U.S. Department of Homeland Security

SUBJECT:  **Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)**

---

### Overview
The Department of Homeland Security (DHS) requests immediate and sustained assistance from the Department of War (DoW) in order to safeguard federal personnel, facilities, and operations in the State of Oregon. Federal facilities, including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS), have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions. These groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent of past Executive Orders: (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

### DHS Overarching Goal
DHS seeks DoW support to ensure the continued protection of federal facilities in Oregon that are experiencing sustained unrest, thereby reinforcing the safety of federal personnel, safeguarding public property, and enabling uninterrupted execution of federal law enforcement missions.

**Subject: Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)**
Page 2

## Specific Topics for Request

DHS requests deployment element of approximately 200 DoW personnel, trained and equipped for mission security in complex urban environments. These personnel would integrate with federal law enforcement operations, serving in direct support of federal facility protection, access control, and crowd control measures.

## End of Mission

DHS requests that DoW-authorized support capabilities remain in place through the cessation of unrest and unlawful protests in Oregon.

## Funding

DHS requests DoW provide support on a reimbursable basis.

# GABER DECLARATION

# EXHIBIT 9-C



*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

September 26, 2025

MEMORANDUM FOR:    COL Anthony Fuscellaro
Executive Secretary
U.S. Department of Defense

FROM:    Andrew J. Whitaker
Executive Secretary
U.S. Department of Homeland Security

SUBJECT:    **Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois)**

## Overview

The Department of Homeland Security (DHS) requests immediate and sustained assistance from the Department of War (DoW) in order to safeguard federal personnel, facilities, and operations in the State of Illinois. Federal facilities, including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS), have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions. These groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent of past Executive Orders: (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

## DHS Overarching Goal

DHS seeks DoW support to ensure the continued protection of federal facilities in Illinois that are experiencing sustained unrest, thereby reinforcing the safety of federal personnel, safeguarding public property, and enabling uninterrupted execution of federal law enforcement missions.



**Subject: Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois)**
Page 2

### Specific Topics for Request

DHS requests deployment element of approximately 100 DoW personnel, trained and equipped for mission security in complex urban environments. These personnel would integrate with federal law enforcement operations, serving in direct support of federal facility protection, access control, and crowd control measures.

### End of Mission

DHS requests that DoW-authorized support capabilities remain in place through the cessation of unrest and unlawful protests in Illinois.

### Funding

DHS requests DoW provide support on a reimbursable basis.

GABER DECLARATION

EXHIBIT 9-D

MEMORANDUM FOR THE ADJUTANT GENERAL, ILLINOIS NATIONAL GUARD

SUBJECT: Request for Illinois National Guard Federal Protection Mission

1.  I am writing to inform you that the President has directed the mobilization of at least 300 members of the Illinois National Guard (ILNG) to protect federal personnel, functions, and property in Illinois.  However, the Secretary of War has been authorized to first provide additional federal funding for 300 members of the ILNG under Title 32 United States Code, Section 502(f), and request that that they perform this mission in a non-federalized status under your command and control.

2.  Due to the circumstances and immediate nature of this requirement, if ILNG forces are not mobilized under Title 32 in the next 2 hours, the Secretary of War will direct the mobilization of as many members of the ILNG as he may deem necessary under Title 10 United States Code.

3.  The Department of War greatly appreciates your collaboration on this emergent situation. If your Governor agrees to a Title 32 mobilization of the ILNG, we will work with the Department of Homeland Security and other federal officials to coordinate mission details with you.  To be clear, we believe time is of the essence and failure to mobilize sufficient forces quickly to address the situation may risk lives and property damage.  I respectfully request that you inform me immediately if your Governor is unable or unwilling to mobilize the ILNG under Title 32 to perform the necessary protective functions.


STEVEN S. NORDHAUS
General, USAF
Chief, National Guard Bureau

GABER DECLARATION

EXHIBIT 9-E



OCT - 4 2025

MEMORANDUM FOR THE ADJUTANT GENERAL, ILLINOIS NATIONAL GUARD
THROUGH: THE GOVERNOR OF ILLINOIS

SUBJECT: Calling Members of the Illinois National Guard into Federal Service

On October 4, 2025, the President of the United States called forth at least 300 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to protect U.S. Immigration and Customs Enforcement, Federal Protective Service, and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where violent demonstrations against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

This memorandum further implements the President's direction. Up to 300 members of the Illinois National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with you, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness

GABER DECLARATION

EXHIBIT 9-F



MEMORANDUM FOR THE ADJUTANT GENERAL, TEXAS NATIONAL GUARD
THROUGH: THE GOVERNOR OF TEXAS

SUBJECT: Calling Members of the Texas National Guard into Federal Service

On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where violent demonstrations against these functions are occurring or are likely to occur based on current threat assessments and planned operations. On October 4, 2025, the President determined that violent incidents, as well as the credible threat of continued violence, are impeding the execution of the laws of the United States in Illinois, Oregon, and other locations throughout the United States.

The President has authorized me to coordinate with you on the mobilization of up to 400 members of the Texas National Guard under section 12406 of title 10, U.S. Code. The orders will be effective immediately for an initial period of 60 days, and be subject to extension, to perform federal protection missions where needed, including in the cities of Portland and Chicago. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with you, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness