# EXHIBIT 11

**NOTICE** | Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.




U.S. Department of Homeland Security

# ICE Launches Operation Midway Blitz in Honor of Katie Abraham to Target Criminal Illegal Aliens Terrorizing Americans in Sanctuary Illinois

**Release Date:** September 8, 2025

*Thanks to Governor Pritzker's sanctuary policies, TdA gang members, rapists, kidnappers, and drug traffickers are being released onto Chicago's streets*

CHICAGO – Today, the Department of Homeland Security announced Operation Midway Blitz in honor of [Katie Abraham](https://www.youtube.com/watch?v=xqwTezzPDx0) who was killed in a drunk driving hit-and-run car wreck caused by criminal illegal alien Julio Cucul-Bol in Illinois. This ICE operation will target the criminal illegal aliens who flocked to Chicago and Illinois because they knew Governor Pritzker and his sanctuary policies would protect them and allow them to roam free on American streets.



"DHS is launching Operation Midway Blitz in honor of Katie Abraham who was killed in Illinois by a criminal illegal alien who should have never been in our country. This operation will target the worst of the worst criminal illegal aliens in Chicago," said **Assistant Secretary Tricia McLaughlin**. "For years, Governor Pritzker and his fellow sanctuary politicians released Tren de Aragua gang members, rapists, kidnappers, and drug traffickers on Chicago's streets—putting American lives at risk and making Chicago a magnet for criminals. President Trump and Secretary Noem have a clear message: no city is a safe haven for criminal illegal aliens. If you come to our country illegally and break our laws, we will hunt you down, arrest you, deport you, and you will never return."

Below are just a handful of the worst of the worst criminal illegal aliens—including gang members, drug traffickers, kidnappers, and rapists—who were **RELEASED** back on to Illinois streets because of Governor Pritzker's sanctuary policies. These criminal illegal aliens remain at large.



**Gabriel J Valle Galvez**, a 47-year-old criminal illegal alien from Mexico, with convictions for **battery, aggravated assault, DUI, trespassing, criminal damage to property, public indecency, violation of order of protection, and multiple assaults.** Valle Galvez has been identified as a **Latin King gang member**. ICE lodged arrest detainers twelve separate times. Each time Cook County Jail did not honor the detainer and released him.



**Javier Carmelo Casillas Gomez**, a 46-year-old criminal illegal alien from Mexico, with convictions for **procuring prostitution, domestic violence/assault, drug possession, and an active warrant for drug manufacturing**. ICE lodged an arrest detainer, with Cook County Jail.



**Victor Manuel Gomez-Atilano**, a 45-year-old criminal illegal alien from Mexico, with prior deportations and convictions for **aggravated unlawful use of a weapon**. ICE lodged an arrest detainer with the Illinois Department of Corrections. He was released despite the ICE arrest detainer.



**Ricardo Salas Muro**, a 41-year-old criminal illegal alien from Mexico with convictions for **burglary and drug possession**. He was released multiple times despite ICE detainers lodged by ICE Chicago.



**Dany Daniel Hernandez Colina**, a 27-year-old criminal illegal alien from Venezuela and **Tren de Aragua gang member** with repeat arrests **for burglary and shoplifting**. An immigration judge issued an order of removal for Colina in 2024, but he was released after Cook County Jail failed to honor the ICE detainer.



**Carlos Johendy Gonzales Montero**, a 36-year-old criminal illegal alien from Venezuela and **Tren de Aragua gang member** with charges for **reckless conduct, aggravated assault with a weapon, and armed violence.** This gang member was released after Cook County Jail ignored ICE detainers.



**Oscar Remirez Vences,** a 30-year-old criminal illegal alien from Mexico and **member of the Two Six gang** with convictions for **aggravated unlawful use of a weapon and domestic battery**. Cook County Jail did not honor the ICE detainer and released him.



**Frankismar Oliveira-Infante**, a 39-year-old criminal illegal alien from Venezuela with convictions for **aggravated unlawful use of a weapon and aggravated assault**. He's considered **armed and dangerous** after Cook County Jail failed to honor detainer.



**Rutilo Uriostegui Mojica**, a 28-year-old criminal illegal alien from Mexico, with convictions for **illegal reentry, drug possession, and multiple DUIs** was released despite an ICE detainer.



**Pedro Enrique Colmenares Gonzalez**, a 34-year-old criminal illegal alien from Venezuela and **Tren De Aragua gangmember** with a past criminal history of **aggravated unlawful use of a weapon, sexual assault, domestic battery, and kidnapping.** He was released multiple times despite ICE lodging a detainer.



**Abdul Raza Al Kaby**, a 60-year-old criminal illegal alien from Iraq, with convictions for **felonious assault, assault with a deadly weapon, and murder/intent to kill**. Al Kaby had an order for removal by an immigration judge in 1997 but was repeatedly released from Illinois jails despite ICE detainers.

## Topics

LAW ENFORCEMENT (/TOPICS/LAW-ENFORCEMENT)   IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)   ALIEN (/KEYWORDS/ALIEN)   CRIME (/KEYWORDS/CRIME)   ILLEGAL (/KEYWORDS/ILLEGAL)   IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)   LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)   TREN DE ARAGUA (/KEYWORDS/TREN-DE-ARAGUA)   VICTIMS OF CRIME (/KEYWORDS/VICTIMS-CRIME)   WORST OF THE WORST (/KEYWORDS/WORST-WORST)

Last Updated: 09/25/2025