# EXHIBIT 12

 **NOTICE** Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.

 Homeland Security

U.S. Department of Homeland Security

# Secretary Noem Travels to Chicago as Operation Midway Blitz Reaches More Than 1,000 Illegal Aliens Arrested

Release Date: October 3, 2025

*The worst of the worst arrested include pedophiles, child abusers, kidnappers, gang members, and armed robbers*

WASHINGTON – The Department of Homeland Security (DHS) today announced U.S. Immigration and Customs Enforcement (ICE) and U.S. Border Patrol officers have arrested more than 1,000 illegal aliens—including the worst of the worst **pedophiles, child abusers, kidnappers, gang members, and armed robbers.**

On September 8, the Department of Homeland Security started Operation Midway Blitz in honor of Katie Abraham who was killed in a drunk driving hit-and-run car wreck caused by criminal illegal alien Julio Cucul-Bol in Illinois. The operation targets criminal illegal aliens who flocked to Chicago and Illinois seeking protection under the sanctuary policies of Governor Pritzker.

"During Operation Midway Blitz, our brave DHS law enforcement has made more than 1,000 arrests across Illinois including of pedophiles, child abusers, kidnappers, gang members, and armed robbers. Our patriotic law enforcement officers are making these arrests despite working without pay because of the Democrats' shutdown. President Trump and Secretary Noem will not allow continued violence or repeat offenders to terrorize our neighborhoods and victimize our children," said **Assistant Secretary Tricia McLaughlin**. "Operation Midway Blitz is making Illinois safe again."

Recent worst of the worst criminal illegal alien arrested in Operation Midway Blitz include:



- Rafael Alberto Tolentino Martinez, a criminal illegal alien from Mexico with convictions for **aggravated domestic battery of a 3-year-old.**



- Pedro Avendano Andres, a criminal illegal alien from Mexico, with previous arrests for **domestic battery, causing a circumstance that would endanger a child,** and **aggravated battery.**



- Aziz Kamal, a deportable lawful permanent resident with charges for **rape in the second degree, indecent liberties, assault in the second degree,** and **an arrest for sex offender registration violation.**



- Marco Geronimo Ocampo, a criminal illegal alien from Mexico, previously arrested for **domestic battery, armed robbery, possession of drug paraphernalia, damage to property, criminal sexual assault, and kidnapping,** and a conviction for **criminal sexual abuse by force**.



- Mohamed Fagel, a criminal illegal alien from Mauritania, with prior arrests for **disorderly conduct, public intoxication, resisting law enforcement, battery against a public official** and **robbery.**



- Erick Rios, a criminal illegal alien and **confirmed MS-13 gang member** with prior arrests for **consumption of liquor by a minor, violating a bail bond, criminal damage to property, mob action, a conviction for DUI,** and **a final order of removal.**



- Leonardo Jose Paredes Varela, a criminal illegal alien with **multiple arrests for domestic battery, assault, shoplifting and theft,** and **shoplifting.**



- Jesus Rafael Gonzalez-Teran, a criminal illegal alien arrested for **battery, assault, possession of a controlled substance,** and **dangerous drugs.**



- Ludwing Jeanpier Parra-Perez, a criminal illegal alien and a **confirmed member of the Tren de Aragua gang.**



- Isaac Josue Rodriguez Arguelles, a criminal illegal alien with previous charges for **assault with a weapon.**

###

**Keywords**

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION AND CUSTOMS ENFORCEMENT ICE)

Last Updated: 10/03/2025