# EXHIBIT 15

## DECLARATION OF COMMANDER JACQUELINE CEPEDA

I, Jacqueline Cepeda, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of Illinois. I am over the age of 18. This declaration is based on my review of video recordings taken by police observation device cameras, and my training and experience. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been employed by the Illinois State Police since 2010. Currently, I serve as the Illinois State Police Strategic Operations Command-Support Services Command Captain.

3. At the request of the Broadview Police Department, the Illinois State Police installed police observation device cameras mounted on poles near the ICE facility located on Beach Street in Broadview, Illinois (the "Broadview Facility"). One pole-mounted police observation device is located in a parking lot where Beach Street dead ends into Harvard Street (the "Harvard Street POD"). The Harvard Street POD includes a four-way camera (also called a "quad camera") and a pan, tilt, and zoom camera (or "PTZ camera"). Another pole-mounted police observation device is located in a parking lot on the east side of Beach Street near the fence that ICE has erected across Beach Street (the "Beach Street POD"). The Beach Street POD also includes a quad camera and a PTZ camera. The approximate locations of the PODs are noted on the Google Maps image attached as Exhibit 1.[1]

---

[1] The Beach Street POD is demarcated with a red pin labelled "Trailer 1" on Exhibit 1. The Harvard Street POD is a red pin labeled "Trailer 2."

1

4.  I have reviewed video recordings taken by the Harvard Street POD which occurred on Saturday, September 27, 2025, between 5:30 pm CDT to 10:30 pm CDT. At the request of the Illinois Attorney General's Office, I have reviewed specific incidents listed in Paragraph 8 below from the video recording of Beach Street facing north, towards the Broadview Facility. A screenshot of this north-facing video recording is attached as Exhibit 2.

5.  The video recording shows that there is a metal fence running in the north-south direction where Harvard Street dead ends into Beach Street. The metal fence has a gate that opens and closes. Per the video recordings, federal law enforcement agents manned the gate on the evening of September 27, 2025. The specific incidents reviewed showed vehicles driving west on Harvard Street were stopped by federal law enforcement agents before being allowed to pass through the metal gate.

6.  The videos show that, to the east of the metal gate, there is a parking lot and the end of Harvard Street. Per the videos reviewed, no protestors are shown in the video recordings taken by the Harvard Street POD which occurred on Saturday, September 27, 2025, between 5:30 pm CDT to 10:30 pm CDT.

7.  The Broadview Facility building cannot be seen in Exhibit 2 or in the video recordings for the cameras showing Exhibit 2 as it is off to the left out of view of the camera. In the video, you can see the fencing in the upper left quadrant-the fencing is north (on Beach Street) of the Broadview facility, which cannot be seen in the video. The floodlight on top of the building can only be seen from the Beach Street Pod not the Harvard Pod. To the north of the Broadview Facility, running across Beach Street, there is a tall metal fence with a gate that opens and closes. Vehicles must pass through this second fence in order to enter or exit the Broadview Facility.

2

8.  The video recordings reviewed show that, between 5:30 pm and 10:30 pm on September 27, 2025, numerous vehicles entered and exited the Broadview Facility by driving south on Beach Street and then turning and exiting to the east on Harvard Street. The video reviewed does not show any protestors on Harvard Street or on the south end of Beach Street. Video for the below timeframes was reviewed and showed vehicles entered and exited, as follows:

    a.  at 5:31 pm, two vans exited the Broadview Facility;

    b.  at 5:40 pm, an SUV entered the Broadview Facility;

    c.  at 5:56 pm, an SUV exited the Broadview Facility;

    d.  at 6:29 pm, a van and an SUV exited the Broadview Facility;

    e.  at 6:47 pm, an SUV entered the Broadview Facility;

    f.  at 8:36 pm, a large vehicle exited the Broadview Facility; and

    g.  at 10:28 pm, a pickup truck exited the Broadview Facility.

9.  At the request of the Illinois Attorney General's Office, I have also reviewed video recordings taken by the Beach Street POD which occurred on Saturday, September 27, 2025, between 5:30 pm CDT to 10:30 pm CDT. In particular, I have reviewed video recordings of Beach Street facing west, northwest, and southwest. Screenshots of these video recordings are attached as Exhibits 3, 4, and 5.

10. The video recordings from the Beach Street POD show that there is a large metal fence installed across Beach Street, to the north of the Broadview Facility. The videos show protestors in front of the fence. Prior to about 8:30 pm, several vehicles entered and exited the Broadview Facility as follows: (please note- times below are when the fence crossing into or out of the facility occurred)

    a.  at 5:31 pm, two vans exited the Broadview Facility;

    b.  at 5:40 pm, an SUV entered the Broadview Facility;

    c.  at 5:56pm, an SUV exited the Broadview Facility;

    d.  at 6:29 pm, a van and SUV exited the Broadview Facility;

    e.  at 6:47 pm, an SUV entered the Broadview Facility;

    f.  at 7:04 pm, a pickup truck exited the Broadview Facility; At 7:03 pm, the Beach Street recording facing west shows federal agents begin walking north towards the fence, while still on the south side of the fence. The crowd on the north side of the fence then begins to move away from the fence. At 7:04 pm, the fence opens up and federal agents walk out of the Broadview facility and walk amongst the crowd on Beach Street. The Beach Street recordings facing west and northwest, show a confrontation between agents and members of the crowd. The Beach Street recording facing northwest shows a cloud of visible smoke near the ground following the confrontation; and

    g.  at 7:13 pm, a pickup truck entered the Broadview Facility.

11. The video recording from the Beach Street POD shows protestors in front of the metal gate which prohibits access to the Broadview Facility.

12. At about 8:35 pm, several law enforcement agents walked out of the gate leading to the Broadview Facility. The agents were wearing masks, fatigues, helmets, and some carried unidentified weapons resembling pepper ball launchers or long guns, though the exact type cannot be definitively confirmed via the video. They walked towards the protestors, heading north on Beach Street.

13. It appears that, shortly thereafter, some protestors and federal law enforcement agents became involved in an altercation on the east side of the Beach Street fence.

14. Shortly after 8:36 pm some sort of chemical agent was discharged and can be seen traveling northbound into the protestors. Moments later, some sort of chemical agent was also observed traveling southbound on Beach Street. White smoke can

4

then be seen traveling along Beach Street as the protestors begun dispersing . At about 8:37 pm, a large military vehicle, sometimes called a "Bearcat," exited the Broadview Facility. At 10:30 pm, a pickup truck exited the facility and its occupants collected materials that had been left by protestors.

15. It appears that around five protestors were handcuffed and taken into the Broadview Facility between around 8:36 pm and 8:42 pm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 5, 2025, in Cook County, Illinois

*Captain Jacqueline Cepeda #6203*
Declaration of Commander Jacqueline Cepeda

CEPEDA

DECLARATION

EXHIBIT 14-A



Beach

Trailer 1

Fence

ICE

25th

Harvard

Trailer 2

Fence

Google

CEPEDA

DECLARATION

EXHIBIT 14-B



CEPEDA

DECLARATION

EXHIBIT 14-C



CEPEDA

DECLARATION

EXHIBIT 14-D



Case: 1:25-cv-12174 Document #: 13-16 Filed: 10/06/25 Page 14 of 16 PageID #:459

CEPEDA

DECLARATION

EXHIBIT 14-E

