# EXHIBIT 17

# DECLARATION OF JACK LAVIN

I, Jack Lavin, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath. I have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the President and Chief Executive Officer of the Chicagoland Chamber of Commerce.

3. The Chicagoland Chamber of Commerce is a business association in the Chicago area that represents the interests of the regional business community, spanning every major industry and ranging from multinational corporations to small businesses. Our organization advocates for policies that strengthen and expand our region's economy and workforce, and works to ensure Chicagoland remains a premier global business destination, so that companies of all sizes can grow and thrive.

4. Chicago is the economic powerhouse of Illinois and of the entire Midwestern United States. A strong Chicago economy benefits the entire State of Illinois and surrounding states; conversely, anything that harms Chicago businesses harms the Illinois economy overall.

5. In particular, the Chicago economy benefits from strong tourism, restaurant, entertainment, and nightlife sectors. When Chicagoans feel safe and confident enjoying a night out, and visitors from elsewhere in the United States and the world see Chicago as an attractive destination, the Chicago economy thrives; conversely, when Chicagoans stay home and visitors stay away, sales drop and the economy suffers.

1

6. On June 7, 2025, President Trump deployed the National Guard in Los Angeles, California. According to our counterpart in Los Angeles, the Los Angeles Area Chamber of Commerce, that deployment was extremely damaging to the business community: businesses experienced increased staffing shortages (on top of existing pre-deployment shortages), incurred additional costs, and suffered from a sharp decrease in consumer activity.

7. In terms of size and of the diversity of the business sectors represented, Chicago and Los Angeles are similar. Thus, if military troops are deployed in Chicago to support immigration enforcement actions or perform other law enforcement activities, the Chicago economy would likely suffer similar harms.

8. On August 11, 2025, President Trump deployed military troops in Washington, DC. There, too, business owners have reported decreased foot traffic, decreased sales, and increased staffing shortages. These harms have been particularly acute in the restaurant and tourism sectors: for example, restaurant reservations have decreased.

9. Although the economy of the Washington, DC, metropolitan area is smaller in size than our Chicago economy, the two cities' economies are similar in terms of reliance on tourism, restaurants, and similar industries. Thus, if military troops are deployed in Chicago to support immigration enforcement actions or perform other law enforcement activities, the Chicago economy would likely suffer similar harms.

10. In particular, the visible presence of armed military troops in the downtown area, in retail corridors, or in residential neighborhoods will depress consumer activity, causing significant harm to business in a wide variety of sectors, particularly in the key tourism, entertainment, nightlife, and restaurant sectors. When consumers are anxious about going out in public, local customers stay home and travelers from elsewhere choose other destinations, leading

to decreased sales and other serious damage to those important industries and to the Chicago economy as a whole. More broadly, a sudden deployment of this type will cause disruption to workers and consumers across the Chicago economy, and thus to the businesses that employ and serve them.

11. Chicago has made progress in improving public safety thanks to current state and local leadership and collaboration between business leaders, local law enforcement, violence prevention organizations, and community and faith groups. The best path forward to continue this progress is partnership and collaboration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of October, 2025, in Chicago, Illinois.

_____
Jack Lavin