# EXHIBIT 18

**DECLARATION OF SAM TOIA**

I, Sam Toia, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath. I have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the President and Chief Executive Officer of the Illinois Restaurant Association.

3. The Illinois Restaurant Association is a non-profit organization dedicated to promoting, protecting, educating and improving the restaurant industry in Illinois. We work to provide restaurant operators and suppliers in Illinois with valuable business services, networking opportunities, cost-saving programs, and vital advocacy.

4. The food service industry in Illinois is the second-largest private sector employer in the state. Thus, historically, when consumers dine out less often, or stop entirely, it has had a powerful negative impact on the Illinois economy as a whole.

5. Our organization regularly communicates with counterpart organizations in other states, including California and the District of Columbia, particularly with respect to issues arising in their cities that may affect our members.

6. On June 7, 2025, President Trump deployed the National Guard in Los Angeles, California. According to news reporting and conversations I've had with contacts in the restaurant industry in California, that deployment caused significant harm to area restaurants, in the form of decreased foot traffic and an overall significant drop in business.

1

7. Similarly, restaurant owners in Washington, DC, have reported decreased foot traffic, fewer reservations, significantly lower sales, and increased staffing shortages following the August 11, 2025, deployment of National Guard troops in that city.

8. If military troops are deployed in Chicagoland and the surrounding area to support immigration enforcement or perform other law enforcement activities, the food service industry here would likely suffer similar harms to those seen in Los Angeles and Washington, which could include staffing shortages, decreased foot traffic and reservations, and lower revenues.

9. In particular, the visible presence of armed military troops in the downtown area, in retail corridors, or in residential neighborhoods will likely depress consumer activity, causing significant harm to area restaurants. As our organization witnessed in 2020 and 2021, during the COVID-19 pandemic, when consumers are anxious about going out in public, they cut back on dining out. Although some consumers may choose to order takeout or delivery instead, that still results in lost revenue for restaurants, because dine-in checks are larger, and restaurants keep 100% of the sale, rather than paying a cut to a delivery service. Moreover, as we learned during the pandemic, not every restaurant or other food service business can make up lost in-location orders through takeout or delivery, since some items do not travel well or are impractical to package for delivery.

10. Either way, the end result will likely be lower sales for Chicagoland-area restaurants. Our members' experience during the COVID-19 pandemic shows that those decreased sales will likely cause some restaurants to close, and others to lay off staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of October, 2025, in Chicago, Illinois.

*Sam Toia* (signature)

Sam Toia

3