# EXHIBIT 19

## DECLARATION OF ROSALIND HARMON

I, Rosalind Harmon, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Sales Tax Processing Division Manager for the Illinois Department of Revenue ("Department"). The Department administers Illinois tax laws, collects tax revenues, and supplies tax information to lawmakers, other state agencies, and the public.

3. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with Department staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently based on information and belief to the matters set forth below.

4. The State of Illinois imposes, and the Department collects, various taxes, including sales and excise taxes. The Department receives information regarding the amount and type of such taxes remitted on a monthly basis in the form of tax returns.

5. Original and amended returns are received via paper batches, via electronic briefs filed directly from vendors, and via the Department's online filing system, "MyTax Illinois." Returns are then checked by the Sales Tax Processing Division for errors, in accordance with applicable statutes. Once returns have been checked by either the Department's Tax System or manually by an agent, the data is housed electronically in the Tax System and retained in accordance with Department retention schedules.

6. According to the data stored in the Department's Tax System, during the period from January 1, 2023, to June 30, 2025,[1] the average monthly amount the State of Illinois collected

---

[1] The numbers reported herein for some reporting periods are subject to change, as taxpayers may correct previously-filed original figures by filing an amended return.

1

and retained from businesses within the City of Chicago[2] for the below-listed taxes was:

| Tax Type | Average Monthly Chicago Tax |
|---|---|
| ST-1, Sales and Use Tax and E911 Surcharge | $ 126,555,309.37 |
| ART-1, Automobile Renting Occupation and Use Tax | $ 2,127,843.27 |
| RHM-1, Hotel Operators' Occupation Tax | $ 15,228,698.69 |
| CD-1, Cannabis Dispensary Tax (Adult Use Sales and Excise Tax) | $ 3,255,510.16 |

7. According to the data stored in the Department's Tax System, during the period from January 1, 2023, to June 30, 2025, the average monthly amount the State of Illinois collected from businesses within Cook County but *outside* the City of Chicago for the below-listed taxes was:

| Tax Type | Average Monthly Cook County Tax (excluding Chicago) |
|---|---|
| ST-1, Sales and Use Tax and E911 Surcharge | $ 156,499,222.35 |
| ART-1, Automobile Renting Occupation and Use Tax | $ 860,499.17 |
| RHM-1, Hotel Operators' Occupation Tax | $ 4,212,388.25 |
| CD-1, Cannabis Dispensary Tax (Adult Use Sales and Excise Tax) | $ 4,363,954.75 |

8. According to the data stored in the Department's Tax System, during the period from January 1, 2023 to June 30, 2025, the average monthly amount the State of Illinois collected from businesses within the City of Chicago *and* the rest of Cook County, combined, for the below-listed taxes was:

| Tax Type | Average Monthly Total Tax |
|---|---|
| ST-1, Sales and Use Tax and E911 Surcharge | $ 283,054,531.72 |
| ART-1, Automobile Renting Occupation and Use Tax | $ 2,988,342.43 |
| RHM-1, Hotel Operators' Occupation Tax | $ 19,441,086.94 |
| CD-1, Cannabis Dispensary Tax (Adult Use Sales and Excise Tax) | $ 7,619,464.91 |

---

[2] Parts of the City of Chicago lie outside the boundaries of Cook County; the figures in this declaration are limited to the parts of Chicago that are within Cook County.

9. The average monthly total of all the above-listed taxes for this geographic area during this time period—in other words, the sum of the numbers in Paragraph 8—was $313,103,426.

10. These figures include the Department's administrative fees and discounts. Each reporting period covers the full month and is identified by the last day of the month. If taxpayers had multiple locations in Chicago and/or Cook County, all site data was summarized from the Multiple Site Schedules that accompany the taxpayers' returns.

11. These figures include only the amounts retained by the State of Illinois from the above-listed taxes; the Department also collects and distributes tax revenue on behalf of other entities such as counties and municipalities, but those amounts have been excluded from the figures in this declaration.

12. Each of the above taxes is calculated as a percentage of a retailer's gross receipts for the particular item sold or rented. Thus, as a general matter, when businesses sell more of the items taxed (e.g., hotel rooms), the State of Illinois collects more money from that particular tax.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October, 2025, in Springfield, Illinois.

*Rosalind Harmon*
Rosalind Harmon

3