# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity, et al.<br><br>*Defendants*. | No. 25- |

## DECLARATION OF MARVIN SALAO

I, Marvin Salao, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am over the age of 18 and understand the obligations of an oath.

2. This declaration is based on my own personal knowledge and experience, and if I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

3. I am the Deputy Comptroller for the General Accounting Division in the City of Chicago's Department of Finance. I have held this position since March 2023.

4. I lead the General Accounting Division, which is responsible for, among other things, the preparation, audit, and issuance of the City of Chicago's Annual Comprehensive Financial Report (ACFR). Our group has received the Certificate of Achievement for Excellence in Financial Reporting Program (COA) from the Government Finance Officers Association for 31 years. We have received this recognition because we go beyond the minimum requirements of generally accepted accounting principles to prepare annual comprehensive financial reports, and because we

1

consistently have clean audits (ACFRs are presented fairly and have no material misstatements, so that the ACFRs can be reliably used for pertinent analysis and decision-making).

5. From February 2022 to March 2023, I worked as an Assistant Comptroller for the same division. In that role, I helped to implement the City of Chicago's new external financial reporting system. I also assisted in completing the annual external audit.

6. Prior to joining the City I worked as an accountant, conducting audits and financial analysis in the private sector, for approximately ten years.

7. I received a Bachelor of Science in Accounting from the University of Santo Tomas in Manila, Philippines in 2011.

8. I am a certified public accountant. I am also a Certified Information Systems Auditor, a credential issued by Information Systems Audit and Control Association (ISACA). Finally, I am a Certified Internal Auditor, as recognized by the Institute of Internal Auditors.

### I. Creation of Annual Comprehensive Financial Reports

9. My division creates annual comprehensive financial statements for the City by inputting raw data from our financial management and purchasing system into computer programs that sort and summarize the data. Those programs help us create the Annual Comprehensive Financial Reports, which show the revenue, expenditures or expenses, liabilities, assets, and resulting net positions or fund balances of the City of Chicago in a given year.

10. The Annual Comprehensive Financial Reports are audited by our independent auditor.

11. I assisted in the preparation of the City's most recent ACFR, the 2024 Annual Comprehensive Financial Report. Attached as Exhibit A is a fair and accurate copy of the 2024 Annual Comprehensive Financial Report.

## II. Local Tax Revenue

12. Schedule A-1 of the ACFR lays out the original budget, final budget, the actual amounts, and the variance (meaning the difference between the budget and actual) for local tax revenue in Chicago. The money from these and other local taxes go to the City's general operating fund, the General Fund. The General Fund is the City's primary operating fund, which accounts for and reports all financial resources not accounted for and reported in another fund. The City uses the General Fund to pay, among other City operating expenditures, public safety functions, which include salaries and employee benefits for police and fire operations. The City also depends on the General Fund to pay for streets and sanitation, vendor contracts, and other general government essential services.

13. Chicago levies a local Amusement Tax on the sale of tickets to various entertainment performances and activities in Chicago. Under the Amusement Tax, owners, managers, operators of amusements or places where amusements are conducted, and ticket resellers must collect a 9% tax from patrons for witnessing or participating in amusements in Chicago.

14. In 2024, Chicago collected over $269 million from the Amusement Tax. *See* Ex. A at 136.

15. The City also levies a Hotel Accommodations Tax for the rental or leasing of any hotel accommodation in the City of Chicago. Hotel operators in Chicago must collect 4.5% of the gross rental or leasing charge, and rental operators for vacation rentals and shared housing units must collect 10.5% of the gross rental or leasing charge.

16. In 2024, Chicago collected over $148 million from the Hotel Accommodations tax. See Ex. A at 136.

3

17. In addition, Chicago imposes a tax upon persons engaged in the business of selling certain tangible personal property at retail in the City of Chicago, pursuant to the Home Rule Municipal Retailer's Occupation Tax Act, at the rate of 1.25% of the gross receipts.

18. In 2024, Chicago collected over $103 million from these taxes. See Ex. A at 137, "Home Rule Retailers' Occupation Tax."

19. Together, the revenue from the Home Rule Retailers' Occupation Tax, Amusement Tax, and Hotel Tax was $521,931,000, which comprised nearly a quarter (22.75%) of the local tax revenue that Chicago collected in 2024. On top of providing nearly one fourth of local tax revenue for Chicago's operating fund, these taxes are elastic. As a result, they are the most sensitive to economic activity in Chicago, or the lack thereof.

20. If the General Fund does not have enough funds for the City to pay the City's ongoing operating expenditures, the City would need to access funds from prior year surpluses.

21. While using prior year accumulated surpluses might budgetarily show a balanced budget for current year, the U.S. Generally Accepted Accounting Principles (GAAP) income statement will show a "loss" resembling such use of prior surpluses, hence resulting in an accounting deficit. The reduction in fund balances could be an indicator of financial distress due to risks from unstable revenues, uncontrollable expenses, or a combination of both. Risks include not being able to meet operating and/or contractual obligations and not being able to provide essential services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Executed on:

Chicago, Illinois