EXHIBIT 21

## DECLARATION OF MATTHEW K. SWEARINGEN

I, Matthew K. Swearingen, declare under penalty of perjury that the following is true and correct:

1.  I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I am the General Counsel of the Illinois Department of Military Affairs (IDMA). I have served in that role since November 2021. As General Counsel of IDMA, I provide legal support to the executive staff that oversees the Illinois National Guard (ILNG).

3.  I previously served in the ILNG for over twenty years in military occupational specialties as an infantryman, all-source intelligence analyst, and judge advocate general, with capstone assignments as a platoon sergeant, senior intelligence sergeant, and brigade judge advocate. I have completed deployments for missions or training to Germany, Bulgaria, Iraq, and Egypt.

4.  The ILNG comprises the Air and Army National Guard (ILANG & ILARNG), which are part of the organized military of the State of Illinois. ILANG and ILARNG are federally recognized units and are components of the United States military reserve forces. As such, the ILNG has both a federal and a state mission.

5.  At the federal level, the ILNG provides trained units and qualified personnel for active duty in the armed forces of the United States during times of war, national emergency, or when national security requires. At the state level, the ILNG serves as a capable force for the Governor that can provide statewide assistance during

natural or man-made disasters, large-scale civil disturbances, and other emergencies, as necessary.

6. The ILNG is part of the IDMA, a state agency that works under the executive authority of the Governor of Illinois and performs numerous functions to assist the ILNG, including planning and organizing deployments and training.

7. Upon enlisting in the ILNG, members attend Basic Combat Training, which focuses on building up members' physical fitness, teaching combat skills, and instilling core values, including discipline and teamwork. After Basic Combat Training, members attend Advanced Individual Training, which is focused on members' specific assigned jobs within the ILNG, also known as Military Occupational Specialties (MOS). Trainings continue throughout members' enlistment.

8. There are three duty status categories in the ILNG: State Active Duty, Title 10, or Title 32 status. In general, these statuses determine whether an operation is funded by the State of Illinois or the United States and whether the ILNG is under the command and control of the Governor or of the President, in their respective capacities as Commander-in-Chief.

9. In State Active Duty, the ILNG is fully paid for by the State of Illinois, and federal funds are not obligated for any personnel or units. Servicemembers in State Active Duty serve under the command and control of the Governor of Illinois.

10. ILNG members may also serve in a Title 32 status. Under Title 32, the federal government may request the Governor to provide the ILNG's assistance for federal missions. In this hybrid status, ILNG is under the command and control of the Governor, but the mission or training periods are paid for with federal funds. As an example, the ILNG was in a Title 32 status during COVID-19 testing and vaccination efforts in 2020 and 2021.

11. When the ILNG is operating in either a State Active Duty or Title 32 status, the Governor of Illinois is its Commander-in-Chief (*see* 20 ILCS 1805/9).

12. Alternatively, the ILNG may be called into federal service under Title 10 of the United States Code. When the ILNG is called into federal service under Title 10, it becomes a component of the regular active-duty Army and federal National Guard. In Title 10 status, the ILNG is paid for by the federal government and is under the command and control of the President.

13. Although Title 10 deployment of the ILNG typically entails being deployed in a foreign country as part of a U.S. military mission, members have been in Title 10 status domestically. This most commonly occurs while members are stationed at a military base within the United States, or while in transit to or from foreign military missions or to backfill for active-duty troops deployed overseas.

14. There are approximately 12,775 members of the ILNG. Of that number, there are approximately 1,137 members that are currently deployed under Title 10 of the United States Code. Another approximately 1,700 members of the ILNG either have not completed their initial entry training or have a medical issue that might prevent them from being deployed or utilized for a state-side mission.

15. From 2019 through 2025, a total of 5,072 service members were activated for State Active Duty. Additionally, 2,899 members were placed in Title 32 status for COVID-19 testing- and vaccination-related operations. From 2019-2025, approximately 6,700 ILNG members were mobilized or placed on Title 10 Federal Active Duty orders. (These numbers count multiple deployments of the same servicemember separately; as such, the number of unique servicemembers deployed is somewhat lower than the above.)

16. Most ILNG members serve as reserve forces, meaning that their role in the ILNG is part-time, and they are generally employed in civilian jobs separate from their work

as servicemembers. Members of the reserve forces commit a minimum of one weekend per month and two weeks per year to the ILNG, much of which is devoted to training and maintaining unit readiness.

17. Since September 11, 2001, ILNG members have been required to adjust to an increased operations tempo that includes longer training periods in more advanced specialties.

18. For example, ILNG members recently completed an annual cybersecurity exercise called Cyber Shield that trained members on how to respond to a cyber-attack. The ILNG Chemical, Biological, Radiological, Nuclear, and Explosive Enhanced Response Force Package (CERF-P) team recently completed an annual certification on responding to man-made and natural disasters, with training that included site search, rescue, mass decontamination, medical triage, and fatality recovery.

19. This training prepares ILNG members to intervene in emergent situations to protect and serve the people of the State of Illinois, something they do regularly.

20. For example, in 2019 and 2020, 748 members of the ILNG were called into State Active Duty by the Governor to respond to flooding. ILNG members activated during this State Active-Duty mission assisted with filling sandbags and monitoring dams and levees.

21. In another example, in 2020, 584 members of the ILNG were called into State Active Duty by the Governor to support Illinois' response to the COVID-19 pandemic. ILNG members on this State Active-Duty mission managed and operated COVID-19 testing sites across the state.

22. In another example, in 2022, 132 members of the ILNG were called into State Active Duty by the Governor to respond to dangerous winter storms. ILNG members activated during this mission assisted in locating stranded motorists.

23. The ILNG also regularly responds to other types of threats to the people of Illinois. For example, in 2020 and 2022, members of the ILNG helped secure Illinois elections against cyber threats. ILNG members activated during this State Active-Duty mission assisted with monitoring the Illinois State Board of Elections' network infrastructure, to protect it from cyber-attacks and intrusions.

24. In addition, the Governor has called members of the ILNG into State Active-Duty to assist with security arrangements for large-scale events by, for example, providing logistical support to local and state law enforcement.

25. For example, in 2024, the Governor called members of the ILNG into State Active-Duty to assist with security arrangements for the Democratic National Convention, which was expected to draw 50,000 visitors to the City of Chicago. Servicemembers began preparing for this mission months ahead of the opening of the event on August 19, 2024, and coordinated extensively in advance with various government agencies, including the U.S. Secret Service, Chicago Police Department, Illinois State Police, and Illinois Emergency Management Agency.

26. The data provided in this declaration was previously compiled pursuant to requests for reports from the Governor as Commander-in-Chief of the ILNG in accordance with 20 ILCS 1805/22(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 29, 2025, at Springfield, Illinois.

Declaration of Matthew K. Swearingen

5 of 5