# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: *State of Illinois and City of Chicago v. Trump et al.*

Case Number: 25-cv-12174

An appearance is hereby filed by the undersigned as attorney for:
**City of Chicago**

Attorney name (type or print): **Chelsey B. Metcalf**

Firm: **City of Chicago Law Department**

Street address: **121 N. LaSalle, Suite 600**

City/State/Zip: **60602**

Bar ID Number: **6337233**
(See item 3 in instructions)

Telephone Number: **(312) 744-9484**

Email Address: **Chelsey.metcalf@cityofchicago.org**

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **October 6, 2025**

Attorney signature: S/ *Chelsey B. Metcalf*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023