**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

State of Illinois, et al.
        Plaintiff,

v.                Case No.: 1:25−cv−12174
               Honorable April M. Perry

Donald J. Trump, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 6, 2025:

  MINUTE entry before the Honorable April M. Perry: Status hearing held 10/6/2025. Defendants are given until 10/8/2025 at 11:59 p.m. to file any written response to Plaintiffs' motion for a temporary restraining order and preliminary injunction [3]. The Court expects that the written response will include evidence about: (1) when National Guard troops will arrive in Illinois; (2) what municipalities within Illinois troops will be sent to; and (3) what the scope of the troops' activities will be once here. Oral argument will be held 10/9/2025 at 11:00 a.m. in person in Courtroom 1725. To the extent there are additional factual developments between now and 10/9/2025 at 11:00 a.m., the parties may supplement their filings with additional evidence, or request that Thursday's oral argument be converted to an evidentiary hearing. Plaintiffs' motion for leave to file excess pages [2] is granted. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.