UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>       Defendants. | Case No. 25-12174 |

## **CERTIFICATE OF SERVICE**

SHERIEF GABER, an attorney admitted to practice before the District Court for the Northern District of the State of Illinois, certifies as follows:

    1.    I am an assistant attorney general in the office of Kwame Raoul, Attorney General for the State of Illinois. I am over 18 years of age and not a party to this action. I make this certification based on personal knowledge, discussions with colleagues, as well as a review of records available to my office.

    2.    On October 6, 2025, our office served copies of the summons and complaint in this action as required under F.R.C.P 4(i) via certified mail on the following person(s) at the following addresses:

    a. Donald J. Trump, in his official capacity as President of the United States, 1600 Pennsylvania Ave NW, Washington, D.C. 20500,

    b. Pamela Bondi, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530,

    c. Department of Homeland Security, 2707 Martin Luther King Jr. Ave. SE, Washington D.C. 20528,

    d. Kristi Noem, Office of the Executive Secretary, MS 0525, Department of Homeland Security, 2707 Martin Luther King Jr. Ave. SE, Washington, DC 20528

    e. Department of Defense, 1400 Defense Pentagon, Washington, DC 20301

    f. Peter B. Hegseth, Secretary, Department of Defense, 1400 Defense Pentagon, Washington, DC 20301

    g. United States Army, Office of the Secretary of the Army, 101 Army Pentagon, Washington, DC 20310

    h. Daniel P. Driscoll, Secretary, United States Army, Office of the Secretary of the Army, 101 Army Pentagon, Washington, DC 20310

    i. United States Attorney Andrew S. Boutros, Dirksen Federal Bldg., 219 S. Dearborn St., Chicago, IL 60604

3. Additionally, on October 6, 2025 I hand delivered a copy of the summons and complaint to the office of United States Attorney Andrew S. Boutros, Dirksen Federal Bldg., 219 S. Dearborn St., Chicago, IL 60604.

I certify under penalty of perjury that the foregoing is true and correct as of October 6, 2025.

                                                                                          /s/ Sherief Gaber
                                                                         Sherief Gaber, Assistant Attorney General