

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date:  Case Number:

Case Title:  Judge:

**DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW**

    Document entered in error.

    Document withdrawn or removed per court order [       ] of Judge

    Incorrect Document linked.

    Other:

    Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/
    Deputy Clerk

Rev. 11/29/2016