# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

State of Illinois, et al.

Plaintiff,

v.

                                        Case No.: 1:25−cv−12174

                                        Honorable April M. Perry

Donald J. Trump, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

       MINUTE entry before the Honorable April M. Perry: For the attorneys' planning purposes, Thursday's oral argument will proceed as follows: (1) Plaintiffs will be permitted 10 minutes for an opening argument, after which Defendants will be permitted 10 minutes for an opening argument; (2) the Court will ask the parties questions regarding the evidence and the law; (3) based upon the Court's questions and presentations by the opposing party, each side will be permitted to make a 15−minute closing argument. Plaintiffs may reserve up to 5 minutes of their closing argument time for rebuttal. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.