United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: State of Illinois, et al. VS. Donald J. Trump, et al. | Plantiff(s) Defendant(s) |
| Case Number: 1:25cv12174 | Judge: April M. Perry |

I, Barbara Horne-Petersdorf hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

State of California and Governor Newsom in his Official Capacity as Governor by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| United States District Court, Northern District of California | 07/01/2025 |
| United States Court of Appeals for the Ninth Circuit | 07/15/2025 |
| United States District Court, Central District of California | 07/06/2021 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | | |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ☐ | No ☑ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No ☑ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ☐ | No ☑ |
| **denied admission to the bar of any court?** | Yes ☐ | No ☑ |
| **held in contempt of court?** | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

10/06/2025                                              S/ Barbara Horne-Petersdorf

Date                                                    Electronic Signature of Applicant

| Applicant's Name | Last Name: Horne-Petersdorf | First Name: Barbara | Middle Name/Initial: S. |
|---|---|---|---|
| Applicant's Law Firm | Office of the Attorney General of California | | |
| Applicant's Address | Street Address: 300 S. Spring Street | | Room/Suite Number: 9th Floor |
| | City: Los Angeles | State: CA | ZIP Code: 90013 | Work Phone Number and Email: 213-269-6667 |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00  The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

## CERTIFICATE OF SERVICE

Case Name: **_State of Illinois, et al. v. Trump, et al._**   Case No.   **1 :25cv12174**

I hereby certify that on October 7, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed on October 7, 2025, at San Francisco, California.

M. Mendiola
Declarant

Signature

SF2025303707
44822875.docx