**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: State of Illinois v. Trump    Case Number: 25-cv-12174

An appearance is hereby filed by the undersigned as attorney for:
DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT

Attorney name (type or print): John Stephen Tagert

Firm: U.S. Department of Justice, Civil Division, Federal Programs Branch

Street address: 1100 L Street N.W.

City/State/Zip: Washington, DC 20005

Bar ID Number: 99641 (VA Bar)    Telephone Number: 202-305-5486
(See item 3 in instructions)

Email Address: stephen.tagert@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10-7-2025

Attorney signature: S/ J. Stephen Tagert /s/
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023