**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN (CA Bar No. 222993)
THOMAS S. PATTERSON (CA Bar No. 202890)
Senior Assistant Attorneys General
ANYA M. BINSACCA (CA Bar No. 189613)
MARISSA MALOUFF (CA Bar No. 316046)
JAMES E. STANLEY (CA Bar No. 316288)
Supervising Deputy Attorney General
JESSE BASBAUM (CA Bar No. 273333)
JANE REILLEY (CA Bar No. 314766)
MEGHAN STRONG (CA Bar No. 324503)
BARBARA HORNE-PETERSDORF* (CA Bar No. 327738)
Deputy Attorneys General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6667
  E-mail: Barbara.HornePetersdorf@doj.ca.gov
*Attorneys for State of California and Gavin Newsom, in his Official Capacity as Governor of the State of California*

\* Application for Pro Hac Vice Pending

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **STATE OF ILLINOIS,** *et al.*,<br><br>                                  Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP,** *et al.*,<br><br>                                  Defendants. | Case No. **1:25-cv-12174**<br><br>**UNOPPOSED MOTION BY THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

The State of California and Governor Newsom seek leave to file the attached *Amici Curiae* Brief in support of Plaintiffs' Motion for Temporary Restraining Order (ECF No. 13). The State of California and Governor Newsom respectfully request that the Court grant this Motion and consider the accompanying *Amici Curiae* Brief in advance of the hearing on Plaintiffs' Motion for Temporary Restraining Order scheduled for Thursday, October 9, 2025, at 11:00 a.m. This Motion is based on the accompanying memorandum of points and authorities. Counsel for the State of California and Governor Newsom conferred with counsel for all parties and no party opposes this Motion.

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

### I. INTRODUCTION

The input of California and Governor Newsom through an *Amici Curiae* Brief will benefit the Court because they will demonstrate, through lived experience, how federalizing and deploying National Guard troops over a governor's objection irreparably harms a State.

### II. LEGAL STANDARD

"[T]he criterion for deciding whether to permit the filing of an amicus brief . . . [are] whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs." *Voices for Choices v. Ill. Bell. Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003). Leave to file an amicus brief is likely to be granted where "the amicus 'has a unique perspective or specific information that can assist the court beyond what the parties can provide.'" *Id.* (quoting *Nat'l Org. for Women, Inc. v. Scheidler*, 223 F.3d 615, 616-17 (7th Cir. 2000)); *see also Chamberlain Grp., Inc. v. Interlogix, Inc.*, 2004 WL 1197258, at *1 (N.D. Ill. May 28, 2004) (same).

### III. CALIFORNIA AND GOVERNOR NEWSOM'S INTERESTS AND UNIQUE PERSPECTIVE AS *AMICI CURIAE*

As the first State to be subjected to the President's federalization and deployment of National Guard troops without the consent of its Governor, California has a unique perspective of the harm caused by the influx of National Guard troops into its communities. The deployment in California continues today, and so does the harm that California has endured to its sovereign interests and police powers, the physical and economic well-being of its residents, and the morale of its National Guard troops and their families. California's experience will illustrate how the deployment of federalized troops in Illinois will harm the State and City of Chicago should their Motion for Temporary Restraining Order not be granted.

California and Governor Newsom have significant interests in ending the harm caused by the President's unlawful deployments and presence of troops to California's sovereignty, police powers, communities (through escalated tensions and chilled economies), and to the morale of National Guard troops and their families. California and Governor Newsom respectfully submit that their proposed *Amici Curiae* Brief will assist the Court in its consideration of Plaintiffs' Motion for Temporary Restraining Order.

### IV. CONCLUSION

For these reasons, the State of California and Governor Newsom respectfully request that the Court grant it leave to file the *Amici Curiae* Brief that accompanies this Motion.

///

///

///

///

///

October 6, 2025                                        Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General

*/s/ Barbara Horne-Petersdorf*
BARBARA HORNE-PETERSDORF
Deputy Attorney General
   300 S. Spring Street
   Los Angeles, CA 90013
   Telephone: (213) 269-6667
   E-mail: Barbara.HornePetersdorf@doj.ca.gov

4

MOTION BY THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM FOR LEAVE TO FILE *AMICI CURIAE* BRIEF ISO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
(Case No. 1:25-cv-12174)

# CERTIFICATE OF SERVICE

Case Name: **_State of Illinois, et al. v. Trump, et al._**   Case No.   **1:25cv12174**

I hereby certify that on October 7, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **UNOPPOSED MOTION BY THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

2. **BRIEF FOR THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed on October 7, 2025, at San Francisco, California.

M. Mendiola
Declarant

_M. Mendiola_
Signature

SF2025303707
44822875.docx