IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign State; and the CITY OF CHICAGO, an Illinois municipal corporation, | |
| Plaintiffs, | Case No. 25-cv-12174 |
| v. | Hon. April M. Perry |
| DONALD TRUMP, et al.; in his official capacity as President of the United States, et al., | |

**UNCONTESTED MOTION OF COOK COUNTY FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AS *AMICUS CURIAE***

NOW COMES Cook County, as *amicus curiae,* and respectfully submits its Motion for Leave to File its Brief in Support of Plaintiffs' Motion for Preliminary Injunction. The County's proffered brief is attached here as Exhibit A. In support thereof, Cook County states as follows:

I. *Interest of Amicus*

1. Cook County is the most populous county in Illinois and the second most populous county in the United States. Spanning urban, suburban, and rural areas, it is home to over 5 million diverse residents and an economic and cultural hub of the Midwest.

2. Cook County government is entrusted with the health, safety, and welfare of its residents and visitors and is dedicated to maintaining a community where the people of the County can live and work freely and peacefully.

3. The elected officials of Cook County, including the State's Attorney, the Sheriff, the County Board and the Office of the Chief Judge operate the Cook County consolidated court system - the second largest in the country - in partnership with the Office of the Public Defender.

4. Cook County government also administers John H. Stroger Hospital and CountyCare, a Medicaid program, as well as the Cook County Department of Public Health.

5. The Trump administration is deploying National Guard troops to Chicago to protect federal agents and property, and to combat crime. Plaintiffs seek to permanently enjoin Defendants from federalizing and deploying the National Guard and to vacate any order effectuating the mobilization of the National Guard in Illinois.

6. Cook County's interest in protecting the safety and livelihood of its residents, the protection of its law enforcement, and ensuring the seamless operation of its court system will be substantially affected by the outcome of this litigation. The County seeks leave to file this *amicus* brief[1] to bring these concerns to the Court's attention.

II. If Permitted, the Cook County Brief Will Assist the Court

7. "[W]hether to allow the participation of an amicus curiae is firmly within the discretion of the district court." *Aliano v. Quaker Oats Co.*, No. 16 C 3087, 2017 U.S. Dist. LEXIS 1158, at *15 (N.D. Ill. Jan. 4, 2017) (Pallmeyer, J.) (quoting *Adams v. City of Chi.*, No. 94 C 5727, 1995 U.S. Dist. LEXIS 11649, at *2 (N.D. Ill. Aug. 11, 1995).

8. A Court should accept an amicus brief when the submission "will assist the judge[] by presenting ideas, arguments, theories, insights, facts, or data that are not found in the briefs of the parties." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (Scudder, J., in chambers) (citing *Practitioner's Handbook for Appeals to the United States Court of Appeals for the Seventh Circuit*, XXII.B "Amicus Briefs" (2020 ed.)). A friend of the Court can help by, for example, "[p]roviding practical perspectives on the consequences of potential outcomes." *Id.* at 763.

---

[1] Exhibit 1, Proposed Amicus Curiae Brief of Cook County, Illinois.

9. Cook County offers a unique perspective not only on the likely impact on its residents' actual and perceived safety, economic and social well-being, but also on the operation of the County's court system on behalf of victims, criminal defendants, and civil litigants. These interests are not fully represented by Plaintiffs and are relevant to the disposition of this case.

10. Counsel for Cook County reached out to counsel for Plaintiffs and Defendants, who do not object to the filing of this motion.

WHEREFORE, Cook County respectfully requests that this Court enter an order granting it leave to file a brief as an amicus curiae.

October 7, 2025

EILEEN O'NEILL BURKE
*Cook County State's Attorney*
*Counsel for Amicus Curiae Cook County*

By: *s/ Jessica M. Scheller*

PRATHIMA YEDDANAPUDI
Chief; Advice, Business & Complex Litigation Division
LYLE K. HENRETTY
Chief; Special Litigation Division
JONATHON BYRER
MEGAN HONINGFORD
SILVIA MERCADO MASTERS
EDWARD M. BRENER
JESSICA L. WASSERMAN
Assistant State's Attorneys

JESSICA M. SCHELLER
Assistant State's Attorney
Deputy Chief, Civil Actions Bureau
500 W. Richard J. Daley Center Place
Chicago, IL 60602
(312) 603-6934
Jessica.Scheller@cookcountysao.org