Case: 1:25-cv-12174 Document #: 44-3 Filed: 10/07/25 Page 1 of 5 PageID #:649

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and CITY OF CHICAGO, ) ) Plaintiffs, ) ) v. ) ) DONALD J. TRUMP, President of the United ) States; KRISTI NOEM, Secretary of Homeland ) Security; PETER HEGSETH, Secretary of ) Defense; DANIEL DRISCOLL, Secretary of the ) United States Army; THE UNITED STATES ) DEPARTMENT OF HOMELAND SECURITY; ) THE UNITED STATES DEPARTMENT OF ) DEFENSE; and THE UNITED STATES ARMY, ) ) Defendants. ) | No. 25-cv-12174 Hon. April M. Perry Judge Presiding |

DECLARATION OF ASSISTANT STATE'S ATTORNEY
JOSE VILLARREAL PURSUANT TO 28 U.S.C. § 1746

I, Jose Villarrael, under penalty of perjury, declare and testify as follows:

1. I am currently employed as an Assistant State's Attorney for the Cook County State's Attorney's Office.

2. I have been employed by the State's Attorney's Office for 24 years.

3. The Cook County State's Attorney is the chief criminal prosecutor for Cook County, Illinois.

4. The State's Attorney's office has locations at criminal courthouses across the City of Chicago and Suburban Cook County.

5. My current assignment is Supervisor of the State's Attorney's Office for the 4th Municipal District of the Cook County Circuit Court, located in Maywood, Illinois.

6. My duties include supervising the Assistant State's Attorneys assigned to the 4th District in Maywood, as well as supervising the Assistant State's Attorneys assigned to the Cook County Domestic Violence courthouse located at 555 W. Harrison St. in Chicago.

7. I have personal knowledge of the facts attested to in my declaration.

8. Successful criminal prosecutions often require the cooperation and trust of victims and witnesses.

9. Aggressive immigration enforcement by Homeland Security agents in and around Cook County courthouses undermines that trust and cooperation by instilling fear of arrest and deportation in the victims and witnesses of violent crime.

10. The activities of the Department of Homeland Security in and around the 4th Municipal District courthouse, the Domestic Violence courthouse, and the main Cook County Criminal Courthouse located at 2650 S. California in Chicago has materially harmed the State's Attorney's office's efforts to protect the victims of crime and uphold the law through criminal prosecution.

11. For instance, I am familiar with a murder prosecution in which a witness has expressed to my ASAs that she is afraid to come to court and testify for fear that she could be arrested by Homeland Security agents. In this case, the fearful witness is the wife of the murder victim.

12. Their fear of arrest makes it more likely that her husband's murderers will go free and justice will be denied.

13. I am also familiar with an aggravated criminal sexual assault prosecution involving two minor child victims. In that case, my ASAs have rescheduled a meeting with the victims'

mother three times. She has expressed that she cannot bring her minor children to court because she fears arrest by Homeland Security agents.

14. In a separate aggravated criminal sexual assault prosecution involving a minor victim, the victim's mother has declined to bring the minor victim to court for an offer meeting requested by the defendant because she fears arrest by Homeland Security agents.

15. If the victims of these sexual crimes do not give testimony because they fear immigration enforcement action, the predators who victimized them may walk free.

16. I am also familiar with the prosecution of a Reckless Discharge of a Firearm at a night club, in which the mother of the victim, a deceased female minor, has refused to come to court because of the presence of Homeland Security agents outside the courthouse.

17. I am also aware of multiple domestic violence prosecutions in which the victims hesitate to cooperate with ASAs because they fear aggressive immigration enforcement by Homeland Security agents in and around courthouses in Cook County.

18. I have personal knowledge of at least five victims of domestic violence who became uncooperative during the prosecutions of their abusers.

19. In one case, the victim declined to cooperate after she became concerned that the defendant, her spouse, would be deported. She was fearful that the defendant and their children would be separated. Because the victim would not testify, our office was forced to *nolle prosequi* that case.

20. In another case, a victim was afraid to attend her own criminal trial due to the presence of Homeland Security agents outside the Domestic Violence courthouse. That victim requested to be escorted to court by investigators employed by my office.

21. In a third case, the defendant requested a continuance because he was afraid to plead guilty because of possible deportation consequences.

22. The State's Attorney's Office has also seen an increase in a request for U-Visas, which are visas available to the victims of certain crimes and meet other conditions, before those non-citizen victims will cooperate with prosecutors.

23. In my experience as an Assistant State's Attorney, non-citizen victims of crime more freely cooperated with prosecutions by my office before the recent surge in immigration enforcement by the Department of Homeland Security.

24. As a result of the fear of arrest and deportation Homeland Security is causing through its activities outside Cook County courthouses, fewer victims and witnesses are openly cooperating with the State's Attorney's Office to prosecute crime.

25. As a result, I fear that my ASAs will be forced to *nolle prosequi* cases which should result in a criminal conviction.

26. Any one of these prosecutions may fail, and the offender may get away with his crime, if the State's Attorney's office is unable to secure the testimony of these victims and witnesses who are fearful of cooperating because it may expose them or their loved ones to immigration action by the Department of Homeland Security.

27. The presence of Homeland Security agents outside of Cook County courthouses is making it harder for my office to do justice and prosecute crime. When the State's Attorney cannot effectively prosecute, the people of Cook County are less safe.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2025 in Maywood, Illinois.

Dated: October 7, 2025

/s Jose Villarrael
Jose Villarrael
Assistant State`s Attorney