UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and CITY OF CHICAGO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, President of the United )<br>States; KRISTI NOEM, Secretary of Homeland )<br>Security; PETER HEGSETH, Secretary of )<br>Defense; DANIEL DRISCOLL, Secretary of the )<br>United States Army; THE UNITED STATES )<br>DEPARTMENT OF HOMELAND SECURITY; )<br>THE UNITED STATES DEPARTMENT OF )<br>DEFENSE; and THE UNITED STATES ARMY, )<br>)<br>Defendants. ) | No. 25-cv-12174<br>Hon. April M. Perry<br>Judge Presiding |

**DECLARATION OF COOK COUNTY PUBLIC DEFENDER SHARONE R.MITCHELL, JR <u>PURSUANT TO 28 U.S.C. § 1746</u>**

I, Sharone R. Mitchell, Jr., declare as follows:

1. I serve as the Cook County Public Defender and manage the employees and work of the Law Office of the Cook County Public Defender ("Law Office").

2. The Law Office is one of the largest unified public defender offices in the nation with more than 500 attorneys and over 700 employees overall, a budget of approximately $109 million, and over 20 divisions and teams. Through advocacy and direct legal representation, the Law Office seeks to protect the fundamental rights, liberties, and dignity of each person whose case it is assigned to defend. Each year, the Law Office represents tens of thousands of Cook County residents in criminal and juvenile proceedings, DCFS administrative hearings, immigration court, and other matters in and outside of county courtrooms.

3. Since January of 2025, Cook County and the City of Chicago have been a target of intense immigration enforcement. Specifically, since the beginning of September 2025, my employees have reported and received reports of numerous incidents of federal immigration agents entering or assembling near Cook County courthouses.

4. During these incidents our employees have observed federal agents have detained and arrested people attending court, both inside and outside of courthouses.

5. For example, during the first three weeks of September 2025, ICE agents have entered courthouses in at least four separate court locations: the Daley Center, the Leighton Criminal Court Building, the Domestic Violence Courthouse, and the branch courts at 111th Street. ICE agents have arrested people attempting to attend their civil or criminal court hearings. ICE agents have been observed at multiple Cook County courthouses in a single day. Employees of our office have witnessed the following ICE actions in Cook County courts in recent months:

    a. On July 24, 2025, at the suburban Maywood courthouse, a man was taken into custody by plainclothes ICE agents inside the courthouse after he left his court hearing. The agents never showed a warrant or identified themselves during the arrest.

    b. On September 2, 2025, at the Domestic Violence court located at 555 W. Harrison in Chicago, a man was detained and arrested outside of the courthouse building after attending his court hearing.

    c. On September 3, 2025, at the Domestic Violence court located at 555 W. Harrison in Chicago, a woman attempting to attend her misdemeanor court case was stopped inside the court building by ICE agents. ICE agents arrested her, and she missed her court hearing, during which her misdemeanor case was subsequently dismissed.

   d. On September 15, 2025, at the Domestic Violence court located at 555 W. Harrison in Chicago, a branded ICE SUV vehicle was parked prominently outside of the front of the courthouse.

   e. On September 23, 2025, at the Branch 38 courthouse located on 111th Street in Chicago, ICE agents detained and arrested a public defender client as they were attempting to enter the courthouse.

 6. During these incidents, our employees have observed agents operating without transparency: wearing masks or other face coverings, refusing to provide their names or agency affiliations, and not showing any valid judicial warrants or badges.

 7. In addition to entering Cook County courthouses and arresting people at and around the courthouses, our employees have observed and documented ICE agents parking their vehicles in prominent positions outside of court facilities.

 8. The Law Office's immigrant clients and their families seeking admission to court for any reason are being denied access to justice and forced to choose between missing court or being arrested by ICE.

 9. The presence of ICE inside and around courthouses in Cook County creates an atmosphere of fear and uncertainty and discourages people from showing up to court.

 10. The Cook County residents who the Law Office represents are required to appear in these courts, and they do so in an attempt to follow the court's orders and comply with the law. The rapid and significant increase in additional, federal law enforcement officers also leaves our clients vulnerable to the risk that impersonators or vigilantes could exploit the federal government's obfuscation to cause harm. The Law Office is already aware of one instance where this appeared to occur in July at the Rolling Meadows courthouse.

11. The presence of National Guard troops deployed in conjunction with ICE agents will exacerbate these harms to due process, access to justice, and open courts for our clients.

Respectfully submitted,

/s/ Sharone R. Mitchell, Jr.
Sharone R. Mitchell, Jr.
Public Defender of Cook County
Law Office of the Cook County Public Defender
69 West Washington Street, Suite 1600
Chicago, IL 60602

Dated: October 7, 2025