BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Director, Federal Programs Branch
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
MICHAEL J. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
KATHLEEN C. JACOBS (TX Bar No. 24091154)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
J. STEPHEN TAGERT (VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: 202 514-3716
jean.lin@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and the CITY OF CHICAGO,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*. | Case No. 1:25-cv-12174<br><br>**DEFENDANTS' UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES** |

Defendants respectfully move for leave to file a brief in excess of 15 pages in support of their opposition to Plaintiffs' motion for a temporary restraining order and preliminary injunction pursuant to Local Rule 7.1. Plaintiffs do not oppose the requested relief. Defendants request a

decision on this unopposed motion at the Court's earliest convenience, in anticipation of today's filing deadline. In support of their motion, Defendants state as follows:

1. On October 6, 2025, Plaintiffs filed a 52-page motion for temporary restraining order and preliminary injunction and almost 400 pages of exhibits. *See* ECF No. 3.

2. Plaintiffs noted that this case involves complex factual and legal arguments requiring 52 pages of briefing. *See* ECF No. 2. The Court granted that motion. ECF No. 30.

3. The Court has ordered Defendants to respond to Plaintiffs' motion for temporary restraining order and preliminary injunction by 10/8/2025 at 11:59 PM. Although Defendants recognize that the Court typically requests such motions to be noticed for presentment at least three days before a hearing on the motion, Defendants were given less than three business days to file their opposition to the motion, such that compliance with this rule was not possible.

4. Defendants request the Court to give leave to file an oversized brief of up to 52 pages, the same length as Plaintiffs' motion. There is good cause for the extension. Plaintiffs' briefing contains numerous arguments and factual assertions. Defendants believe the oversized brief, which will fully address those arguments and assertions, will assist the Court in its resolution of the matter.

5. Defendants have conferred with counsel for Plaintiffs regarding the requested relief and Plaintiffs stated that they do not oppose a page limit extension up to the same number of pages of Plaintiffs' filing.

\*\*\*

Defendants thus respectfully request the Court enter an order granting them leave to file a brief of up to 52 pages opposing Plaintiffs' motion for a temporary restraining order and preliminary injunction.

Dated: October 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
J. STEPHEN TAGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 514-3716
Email: jean.lin@usdoj.gov

*Counsel for Defendants*