IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; And the CITY OF CHICAGO, an Illinois municipal corporation, | |
| Plaintiffs, | No. 25-cv-12174 |
| v. | Hon. April M. Perry |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

**Declaration of Guy Lisuzzo**

I, Guy Lisuzzo, do hereby state as follows:

1. I am a Deputy Bureau Chief in the Criminal Prosecutions Bureau of the Cook County State's Attorney's Office. I have held this position since March 2025.

2. I supervise First Appearance Court, Preliminary Hearing Court, and the Felony Review Unit. In this role I review crime statistics.

3. The Chicago Police Department ("CPD") has provided us with data showing that the number of violent crimes has decreased in 2025 when compared to the same time period (January 1 – October 6) in 2024, as set forth in the chart below:

| Crime | 2025 YTD | 2024 YTD | +/- Diff. | % Change |
|---|---|---|---|---|
| Homicide | 335 | 460 | -125 | -27.2% |
| Crim. Sexual Assault | 1,464 | 1,514 | -50 | -3.3% |
| Robbery | 4,666 | 7,056 | -2,390 | -33.9% |
| Agg. Assault | 5,187 | 6,238 | -1,051 | -16.8% |
| Agg. Battery | 5,606 | 6,442 | -836 | -13% |

4. The Chicago Police Department has also provided us with data showing that their clearance rate is significantly higher in 2025 than it was in 2024. Using that data, the chart below sets forth the percentage of cases cleared in 2024 and 2025, showing a substantial increase in 2025.

| Crime | 2024 Clearance % | 2025 Clearance % |
|---|---|---|
| Homicide | 52.6% | 69.8% |
| Criminal Sexual Assault | 33.4% | 43.5% |
| Robbery | 28.7% | 50.8% |
| Non-Fatal Shootings | 15.6% | 44.1% |
| Motor Vehicle Theft | 4.1% | 5.3% |
| Vehicular Hijacking | 52.3% | 137.6% |

5. Cook County State's Attorney Office data demonstrates that the Cook County State's Attorney's Office has sought and obtained detention of violent offenders that pose a risk to the community or a flight risk at a higher rate in 2025 in cases involving attempt murder, domestic battery, weapons charges, and sex crimes. The chart below sets forth the relevant detention information:

SAO Community Dashboard Statistics
Date Range                  12/2/2024 - 10/6/2025

| Category | Requested | Detention Rate |
|---|---|---|
| Murder | 212 | 99% |
| Att. Murder | 210 | 93% |
| Domestic Battery | 3,071 | 56% |
| Weapons | 1,891 | 72% |
| Sex Crimes | 264 | 79% |

SAO Community Dashboard Statistics
Date Range                  12/2/2023 - 12/1/2024

| Category | Requested | Detention Rate |
|---|---|---|
| Murder | 242 | 98% |

| | | |
|---|---|---|
| Att. Murder | 281 | 85% |
| Domestic Battery | 1,678 | 43% |
| Weapons | 1,992 | 65% |
| Sex Crimes | 231 | 62% |

6. I declare that as of October 7, 2025, pursuant 28 U.S.C. 1746, the foregoing is a true and correct representation of the data I have received from the Chicago Police Department and a true and correct representation of the data that is available to me from the Cook County State's Attorney's Office's data dashboard that draws data from the Clerk of the Circuit Court of Cook County.

By: *s/Guy Lisuzzo*

Assistant State's Attorney
Deputy Bureau Chief
Criminal Prosecutions Bureau
Cook County State's Attorney's Office