IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | Case No. 1:25-cv-12174 District Court Judge April M. Perry Magistrate Judge Jeffrey T. Gilbert |

**MOTION OF AMERICA FIRST LEGAL FOUNDATION TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS**

Pursuant to Local Rule 5.6, America First Legal Foundation respectfully requests leave to file the attached brief in support of Defendants.

1. America First Legal Foundation is a nonprofit organization dedicated to promoting the rule of law in the United States and defending individual rights guaranteed under the Constitution and federal statutes. As part of *Amicus*'s commitment to the rule of law, it seeks to ensure that the President is not unlawfully prevented from exercising his authority to carry out federal law.

2. *Amicus* routinely files briefs in cases involving questions of executive power and the separation of powers. Counsel of record is also the Director of the Separation of Powers Clinic at The Catholic University of America's Columbus School of Law.

3. *Amicus* submits the attached brief to assist the Court in understanding why (1) Plaintiffs' claims are nonjusticiable; (2) even if they were justiciable, a federal statute, 10 U.S.C. § 12406, expressly authorizes the Presidential action that Plaintiffs seek to restrain and enjoin; and (3) the balance of harms and public interest disfavor a preliminary injunction.

1

4. *Amicus*'s contributions should be especially valuable to the Court given the short amount of time parties have had to brief the issues.

5. On October 7, Counsel for *Amicus* sought the positions of all parties. Defendants consent to this motion. Plaintiffs' counsel has not yet responded.

## CONCLUSION

For the foregoing reasons, America First Legal Foundation respectfully requests that the Court grant this motion to file the attached brief as *Amicus Curiae*.

Dated: October 8, 2025

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202.706.5488
tmccotter@boydengray.com

Counsel for *Amicus Curiae*

*Pro Hac Vice pending*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I served a copy of the foregoing document via CM/ECF to all parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER
