# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> *Defendants*. | Case No. 1:25-cv-12174 <br> Hon. April M. Perry |

## UNOPPOSED MOTION BY BIPARTISAN FORMER GOVERNORS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Governors Jerry Brown, Steve Bullock, Arne Carlson, Mark Dayton, Jim Doyle, Parris Glendening, Jennifer Granholm, Bill Graves, Christine Gregoire, Jay Inslee, Tony Knowles, Gary Locke, Terry McAuliffe, Janet Napolitano, Martin O'Malley, Deval Patrick, Marc Racicot, Bill Ritter Jr., Kathleen Sebelius, Steve Sisolak, Eliot Spitzer, Ted Strickland, Tom Vilsack, Bill Weld, Christine Todd Whitman, and Tom Wolf ("Amici") respectfully move this Court for leave to file the proposed amicus brief, attached hereto, in support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 13). Counsel for Amici conferred with counsel for all parties, and no party opposes this motion.

In deciding whether to accept an amicus brief, a court should consider whether the brief "will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not found in the briefs of the parties." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (quoting *Practitioner's Handbook for Appeals to the United States Court of Appeals for the Seventh Circuit*, XXII.B "Amicus Briefs" (2020 ed.)). An amicus brief is appropriate, in other words, where it is "additive" and "strive[s] to offer something different, new, and important." *Id.*; *see also Chamberlain Grp., Inc. v. Interlogix, Inc.*, No. 01-cv-6157, 2004 WL 1197258, at *1 (N.D. Ill. May 28, 2004) (permitting amicus brief because it offered a "unique perspective or specific information that can assist the court beyond what the parties can provide") (citation omitted).

Amici are a bipartisan group of former governors who collectively governed states—both large and small—through natural disasters, episodes of civil unrest, and public health emergencies. Amici have substantial experience exercising command over their states' National Guard while managing the sensitive and often complex interplay between state and federal authority in times of heightened need or domestic crisis. Amici are, as a result, able to offer a

unique and valuable perspective to the Court regarding the impact of federal authorities' recent decision to federalize the National Guard. In particular, Amici offer the views that the decision disturbs the constitutional balance of state and federal authority, disrupts state executives' authority to maintain intrastate law and order, deprives states of vital emergency response tools, and breaks the long tradition of cooperation between the federal government and the states on issues of public safety.

Amici submit that their proposed brief will assist the Court in resolving Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. They respectfully request the Court grant them leave to file the attached proposed amicus brief.

DATED: October 8, 2025

| | |
|---|---|
| Julia Spiegel | Carey R. Dunne |
| Emily Kirby | Kevin Trowel |
| Inbar Pe'er* | Mónica Folch |
| GOVERNORS ACTION ALLIANCE | Zack Goldberg |
| 2300 N. St., NW, Suite 501A | Martha Reiser |
| Washington, D.C. 20037 | FREE AND FAIR LITIGATION GROUP, INC. |
| | 266 W. 37th St., 20th Floor |
| *Bar admission pending | New York, NY 10018 |
| | |
| Allegra Chapman | Joseph T. Baio |
| Carlos Guevara | JOSEPH T. BAIO LLC |
| GOVERNORS SAFEGUARDING DEMOCRACY | 240 Centre Street |
| 2300 N. St., NW, Suite 501A | New York, NY 10013 |
| Washington, D.C. 20037 | |

s/*Julie B. Porter*
Julie B. Porter (#6243787)
Andrew C. Porter (#6209750)
SALVATORE PRESCOTT PORTER & PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@spplaw.com
aporter@spplaw.com

*Counsel for Bipartisan Former Governors*