UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants, | Case No.: 25-cv-12174<br><br>Judge April M. Perry |

**UNOPPOSED MOTION BY FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS FOR LEAVE TO FILE _AMICI CURIAE_ BRIEF IN SUPPORT OF NEITHER PARTY**

*Amici curiae* former secretaries of the Army and Navy and retired four-star admirals and generals seek leave to file an amicus brief in support of neither party regarding plaintiffs' motion for temporary restraining order and preliminary injunction. *Amici curiae* respectfully request that the Court grant this Motion and consider their brief attached as Exhibit 1 hereto in advance of the hearing on Plaintiffs' Motion for Temporary Restraining Order scheduled for Thursday, October 9, 2025, at 11:00 a.m. Counsel for *amici* conferred with counsel for all parties, and all parties consent to the filing of *amici*'s brief. In support of this Motion, *amici* state as follows:

**I. Interests of *Amici Curiae***

*Amici* are former secretaries of the Army and Navy and retired four-star admirals and generals. Collectively, they served under each president from John F. Kennedy to Barack Obama.

*Amici* are acutely interested in this case because presidential deployment of the National Guard to perform local law enforcement should be a rare and carefully considered occurrence that strictly complies with the Posse Comitatus Act. Domestic deployments that fail to adhere to these

1

long-established guardrails threaten the Guard's core national security and disaster relief missions; place deployed personnel in fraught situations for which they lack specific training, thus posing safety concerns for servicemembers and the public alike; and risk inappropriately politicizing the military, creating additional risks to recruitment, retention, morale, and cohesion of the force.

This submission is based on *amici*'s collective experience serving in and leading our military, their direct experience commanding active-duty service personnel, and their interest in preserving our military's apolitical role in safeguarding national security.

*Amici*'s short biographies listed below capture a measure of their distinguished service to our country, as well as their expertise and interest in matters encompassing the mission of the National Guard and armed services, and the well-being of all those who serve in uniform.

**Admiral Steve Abbot, United States Navy (Retired)**, graduated from the U.S. Naval Academy in 1966, after which he was deployed to Vietnam and began a 34-year career with the U.S. Navy. His final active-duty tour was as Deputy Commander-in-Chief, U.S. European Command from 1998 to 2000. Following his retirement, Admiral Abbot served as Deputy Homeland Security Advisor to President George W. Bush from 2001 to 2003.

**Admiral Thad Allen, United States Coast Guard (Retired**), retired in 2010 as the 23rd Commandant of the U.S. Coast Guard. Admiral Allen led the federal responses to Hurricanes Katrina and Rita and the Deepwater Horizon oil spill. He led Atlantic Coast Guard forces in response to the 9/11 attacks and coordinated the Coast Guard response to the Haitian earthquake of 2010.

**Former Secretary of the Army Louis Caldera** graduated from the U.S. Military Academy at West Point and served in the Army on active duty from 1978 to 1983. He served in two Senate-confirmed positions in the Clinton Administration, including Secretary of the Army,

and as an Assistant to the President and Director of the White House Military Office in the Obama Administration.

**General George Casey, United States Army (Retired)**, enjoyed a 41-year career in the U.S. Army. He is an accomplished soldier and an authority on strategic leadership. During his tenure as the Army Chief of Staff, he is widely credited with restoring balance to a war-weary Army and leading the transformation to keep it relevant in the 21st century. Prior to this, General Casey commanded the Multi-National Force – Iraq, a coalition of more than 30 countries.

**General Michael Hayden, United States Air Force (Retired)**, entered active military service in 1969. During his career, he rose to the rank of four-star general and served as Director of the Central Intelligence Agency and the National Security Agency. General Hayden also served as Commander of the Air Intelligence Agency and held senior staff positions at the Pentagon, Headquarters U.S. European Command, and the National Security Council.

**Admiral Samuel Jones Locklear, III, United States Navy (Retired)**, graduated from the U.S. Naval Academy in 1977. He served for 39 years and retired as commander of U.S. Pacific Command. His prior commands include Commander, U.S. Naval Forces Europe, U.S. Naval Forces Africa, and Allied Joint Force Command Naples; Commander, U.S. 3rd Fleet; and Commander, Nimitz Strike Group.

**General Craig McKinley, United States Air Force (Retired)**, retired as a four-star general in November 2012 after 38 years of service. His last assignment was as the Chief of the National Guard Bureau, where he also served as a member of the Joint Chiefs of Staff. In this capacity, he was a military adviser to the President, the Secretary of Defense, and the National Security Council, and he was the Department of Defense's official channel of communication to the Governors and to State Adjutants General on all matters pertaining to the National Guard.

**Former Secretary of the Navy Sean O'Keefe** began his public service career in 1978 at the Department of Defense and as U.S. Senate staff until his appointment as the Department of Defense Comptroller and Chief Finance Officer in 1989. President George H.W. Bush later named him the 69th Secretary of the Navy. Secretary O'Keefe also served in President George W. Bush's Administration as Deputy Director of the Office of Management and Budget and the 10th Administrator of NASA.

**Admiral Bill Owens, United States Navy (Retired)**, retired in 1996 as the Vice Chairman of the Joint Chiefs of Staff. He began his career as a nuclear submariner, spending a total of 4,000 days—or more than ten years—aboard submarines, including duty in Vietnam. Admiral Owens was a senior military assistant to two Secretaries of Defense and served as commander of the U.S. 6th Fleet during Operation Desert Storm.

In sum, *amici* have a strong interest in ensuring that domestic deployments are rare and in conformance with the law, thereby preserving the effectiveness of the military and safety of the American people.

## II. The Brief of *Amici* Will Assist the Court in Resolving Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

Given their experience, *amici* have unique knowledge and perspective that will aid the Court in considering plaintiffs' motion for a temporary restraining order and preliminary injunction against the federal defendants that seeks to enjoin federal defendants' federalization and deployment of members of the National Guard of the United States, including the Illinois and Texas National Guards.

*Amici* offer this brief in support of neither party, but to explain based on *amici's* extensive experience as military leaders the risks – both to the military and to the public – of violations of

4

the Posse Comitatus Act and framework of laws addressing military entanglement with law enforcement, the federalization of the National Guard, and the politicization of the military.

WHEREFORE, *amici curiae* former secretaries of the Army and Navy and retired four-star admirals and generals respectfully request that the Court grant them leave to file the brief that accompanies this Motion.

Dated: October 8, 2025           Respectfully Submitted,

/s/ Margaret E. Truesdale
Margaret E. Truesdale (mtruesdale@hsplegal.com)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St. Ste. 4000
Chicago, Illinois 60602
(312) 604-2630

Jane Bentrott* (jane.bentrott@protectdemocracy.org)
Protect Democracy United
2020 Pennsylvania Avenue NW, Ste. #163
(202) 579-4582

Beau Tremetiere* (beau.tremetiere@protectdemocracy.org)
Protect Democracy United
300 Center Drive, Ste. G-251
Superior, CO 80027
(202) 579-4582

*Applications for admission pro hac vice forthcoming*
*Counsel for* Amici Curiae