UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>           Plaintiff(s),<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>           Defendants, | Case No.: 25-cv-12174<br><br>Judge April M. Perry |

**UNOPPOSED MOTION OF *AMICI CURIAE* FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS TO FILE BRIEF IN EXCESS OF 15 PAGES *INSTANTER***

*Amici curiae* former secretaries of the Army and Navy and retired four-star admirals and generals respectfully move, pursuant to Local Rule 7.1, without opposition from counsel for plaintiffs or defendants, for leave to file *instanter* an *amicus* brief in excess of 15 pages in support of neither party regarding plaintiffs' motion for a temporary restraining order and preliminary injunction against the federal defendants. In support, *amici* state as follows:

    1.    This action concerns the weighty matter of the lawful and appropriate role of the military in peacetime American civilian life.

    2.    *Amici* have, collectively, direct experience serving in our military, commanding active-duty service personnel, and leading intelligence agencies, federal domestic disaster responses, and U.S. military commands around the world.

    3.    Collectively, they served under each president from John F. Kennedy to Barack Obama.

1

4. Given their experience, *amici* believe they have unique knowledge and perspective that will aid the Court in considering plaintiffs' motion for a temporary restraining order and preliminary injunction against the federal defendants that seeks to enjoin federal defendants' federalization and deployment of members of the National Guard of the United States, including the Illinois and Texas National Guards.

5. *Amici* offer this brief in support of neither party, but to explain based on *amici's* experience as military leaders the risks – both to the military and to the public – of violations of the Posse Comitatus Act and framework of laws addressing military entanglement with law enforcement, the federalization of the National Guard, and the politicization of the military.

6. To fully address the complex issues and risks involved, particularly as the Court considers "what the scope of the troops' activities will be once here," amici respectfully request leave to file an oversized brief not longer than 25 pages.

7. Because of the urgent nature of this action and the expedited schedule, there was no opportunity to seek and await a ruling from the court on the page limitation extension before filing the brief, which is being filed contemporaneously with this motion.

WHEREFORE, *amici* respectfully request that this Court enter an order granting Plaintiffs leave to file *instanter* a Brief of *Amici Curiae* that is up to 25 pages long.

Dated: October 8, 2025

Respectfully Submitted,

/s/ Margaret E. Truesdale
Margaret E. Truesdale (mtruesdale@hsplegal.com)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St. Ste. 4000
Chicago, Illinois 60602
(312) 604-2630

Jane Bentrott* (jane.bentrott@protectdemocracy.org)
Protect Democracy United
2020 Pennsylvania Avenue NW, Ste. #163
(202) 579-4582

Beau Tremetiere* (beau.tremetiere@protectdemocracy.org)
Protect Democracy United
300 Center Drive, Ste. G-251
Superior, CO 80027
(202) 579-4582

*Applications for admission pro hac vice forthcoming*
*Counsel for* Amici Curiae