# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-12174<br><br>Judge: April Perry<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* STATES IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* in Opposition to Plaintiffs' Motion for Temporary Restraining Order, it is hereby **ORDERED** that this Motion for Leave be and hereby is **GRANTED**, and that the brief submitted shall be accepted as filed.

**IT IS SO ORDERED**.

Dated: _____　　　　_____

　　　　　　　　　　　　　　　　　　　Hon. April Perry