**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

State of Illinois, et al.
                              Plaintiff,

v.                                                          Case No.: 1:25–cv–12174
                                                                   Honorable April M. Perry

Donald J. Trump, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable April M. Perry: Motions for leave to appear pro hac vice [50] and for leave to file amicus curiae [51][54][56][58] and to file an oversized brief [57] are all granted. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.