**IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

STATE OF ILLINOIS, et al.       )
                                       )
      *Plaintiff(s),*         )
                                       )    No. 25-cv-12174
v.                              )    Hon. April M. Perry
                                       )
DONALD TRUMP, et al.       )
                                       )
      *Defendant(s)*        )

## DECLARATION OF GENERAL STEVEN S. NORDHAUS

I, General Steven S. Nordhaus, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

**Relevant Personal History**

1.      This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

2.      This declaration is submitted in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order (TRO).

3.      I currently serve as the Chief of the National Guard Bureau and as a member of the Joint Chiefs of Staff. In these capacities, I serve as a military adviser to the President, Secretary of War, and the National Security Council.

4.      As the Chief of the National Guard Bureau, one of my duties is to assist the Secretary of War in facilitating and coordinating the use of National Guard personnel and resources. It is my job and the mission of our agency to coordinate with other Federal agencies, the combatant commands, and the adjutants general of the 54 National Guards pursuant to 10 U.S.C. § 10503.

1

5.     It is common practice that the Chief of the National Guard Bureau communicates directly with the adjutant general of a state to coordinate National Guard activity, including where coordination with the governor is needed. As Chief, I have typically engaged at this level with the state adjutants general, who are representatives of their respective governors in relation to National Guard activities. My staff, including my Director of Operations (J3), pursuant to Department of War (DoW) policy, obtain state support of federal missions by engaging officials at a state's Joint Forces Headquarters (JFHQ), which is composed of state NG leadership and a state's adjutant general, who in turn advise their governor. *See* Department of Defense Directive 5105.83.

6.     I previously served as the Director of Operations at the National Guard Bureau (J3) from fall of 2019 to August 2022. During this time, I gained extensive experience implementing the processes through which state National Guards are mobilized. Specifically, I was a primary point of contact with state National Guard officials to mobilize National Guardsmen to assist with the responses to events including: the coronavirus pandemic, the protests following the death of George Floyd in May 2020 and during the events at the U.S. Capitol on January 6, 2021. I also served as a primary point of contact on the mobilization of the National Guard to California in June 2025.

**National Guard Background**

7.     The National Guard Bureau is a federal agency under the DoW that is the "channel of communications on all matters pertaining to the National Guard, the Army National Guard of the United States, and the Air National Guard of the United States between the Department of the Army and Department of the Air Force…," and the fifty States, three

territories, and District of Columbia (54) in accordance with 10 U.S.C. § 10501(b) and DoD Directive 5105.77.

8.    A state National Guard is part of the state's militia and ordinarily operates under the command of the state's governor. Congress has also created the National Guard of the United States, which is composed of all the members of the State National Guards, and is a federal entity under the federal chain of command. A member of the National Guard serves simultaneously in the State National Guard and as a member of the National Guard of the United States, which is a reserve component of the U.S. Military. National Guard members serve under the command of their governor in a state status unless ordered to active duty under Title 10 of the U.S. Code. When ordered into federal service, members of the National Guard lose their status as members of the state militia and serve under the command of the President as the Commander-in-Chief. See *Perpich v. Dep't of Def.*, 496 U.S. 334, 338 (1990).

9.    There are numerous authorities upon which National Guard Service members can mobilize. When under state command and control, National Guardsmen can mobilize in a purely State Active-Duty status or in a federally funded status under the command and control of the Governor pursuant to Title 32 of the U.S. Code. When under Federal command and control, National Guardsmen will always be in a duty status under Title 10 of the U.S. Code.

10.    It is my understanding that section 12406 of Title 10 authorizes the President of the United States to mobilize the militia for the purposes enumerated in the statute.

**Factual Background**

11.    The structure of the Illinois National Guard includes a JFHQ and an Adjutant General who represents the Governor in dealings with the NGB on issues like federal mobilizations. The Governor is the Commander-in-Chief in State Active Duty or Title 32. The

Adjutant General is the Commander of the Illinois National Guard and serves as the Director of the Department of Military Affairs, which is "the channel of communication between the Federal Government and the State of Illinois on all matters pertaining to the State military forces," according to the Military Code of Illinois. 20 ILCS 1805/20. Orders of the Adjutant General of Illinois "shall be considered as emanating" from the governor. 20 ILCS 1805/22. The Illinois Adjutant General is responsible for "the planning, development and execution of the program of the military forces of the State" and is also "the preparation and execution of plans, for organizing, supplying, equipping and mobilizing the Organized Militia, for use in the national defense…." 20 ILCS 1805/22. Based on my experience, communication directly between the Chief of the National Guard Bureau and a state adjutant general is standard practice when communicating important Department of War policies and direction, especially during emergencies.

12.     On October 3, 2025, I became aware of a Request for Assistance (RFA) to the Department of War from the Department of Homeland Security (DHS) dated that same day. In this RFA, DHS "request[ed] immediate and sustained assistance from the DoW in order to safeguard federal personnel, facilities, and operation in the State of Illinois." *See* Ex. A. DHS issued this RFA because "[f]ederal facilities including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS) have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions." *See id.*

13.     DHS elaborated that "these groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations." *See id.*

DHS, therefore, specifically requested the "deployment of up to 300 DoW personnel, trained and equipped for mission security in complex urban environments." *See id.*

14.     I am also aware that this RFA follows a previous request for assistance from DHS for DoW support in Illinois dated September 26, 2025. *See* Ex. B. The September 26 RFA requested similar assistance. I understand that the October 3 RFA has increased urgency based upon changes to the situation on the ground in Illinois and requests 300 National Guard personnel, rather than 100, to respond to the increasingly hostile and dangerous conditions.

15.     Also on October 3, 2025, I was notified by the Department of War that the Secretary of War was considering the mobilization of the Illinois National Guard in response to the DHS RFA.

16.     On October 4, 2025, I became aware that President Trump had issued a presidential memorandum in which he determined that "the situation in the State of Illinois, particularly in and around the city of Chicago, cannot continue." *See* Ex. C. President Trump reiterated key points from the DHS RFA and "determined that these incidents, as well as the credible threat of continued violence, impede the execution of the laws of the United States." *See id.* He further "determined that the regular forces of the United States are not sufficient to ensure the laws of the United States are faithfully executed, including in Chicago." *See id.* Therefore, President Trump, pursuant to 10 U.S.C. § 12406, "call[ed] into Federal service at least 300 members of the Illinois National Guard, until the Governor of Illinois consents to a federally funded mobilization." *See id.* The President's memorandum also contained reference to a previous Presidential determination, issued on June 7, 2025, finding that "[n]umerous incidents of violence and disorder have recently occurred and threaten to continue" in response to ICE and other government officials' enforcement of federal law, which necessitated "call[ing] into

Federal service members and units of the National Guard under 10 U.S.C. § 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions . . . and to protect Federal property, at locations where protests against these functions are occurring[.]" *See* Ex. D.

17.     Following the President's determination, I was made aware that the Secretary of War had authorized the mobilization of 300 Illinois National Guard in Title 32 status, which would have kept them under the command and control of the Governor of Illinois.

18.     I prepared a memorandum directed to the Illinois Adjutant General requesting the Illinois National Guard be mobilized in Title 32 status within 2 hours to respond to the time-sensitive danger posed to federal personnel, property, and functions. *See* Ex. E.

19.     I transmitted this memorandum to the Illinois Adjutant General at 11:22am Eastern Time (ET) on October 4, 2025.

20.     The Illinois Adjutant General acknowledged receipt at 1:11pm ET. At 1:27pm, through a communication from the Illinois Adjutant General, the Illinois Governor denied the request to mobilize in Title 32 status.

21.     Following this denial, the Secretary of War issued a memorandum directing the mobilization of the Illinois National Guard in Title 10 status pursuant to President Trump's determination in the October 4 memorandum. *See* Ex. F.

22.     U.S. Northern Command (USNORTHCOM) is one of the Department of War's eleven unified combatant commands. Its missions include providing command and control of homeland defense efforts and coordinating defense support of civil authorities. U.S. Army North (ARNORTH) supports USNORTHCOM in its mission. When federalized, members of a state National Guard serve pursuant to Title 10 of the U.S. Code under the command of the President

and the Secretary of War. In this case, the Secretary of War authorized USNORTHCOM and ARNORTH to execute command and control of mobilized and federalized members of the Illinois National Guard. USNORTHCOM has retained control over the activated portions of the Illinois National Guard since this time.

23.     On October 5, 2025, the Secretary of War issued another memorandum calling 400 members of the Texas National Guard into federal service. *See* Ex. G. In this memorandum, the Secretary of War stated: "The President has authorized me to coordinate with you on the mobilization of up to 400 members of the Texas National Guard under section 12406 of title 10, U.S. Code." *Id.* The purpose of this mobilization is to "perform federal protection missions where needed, including in the cities of Portland and Chicago." *Id.* The mobilized members of the Texas National Guard will be under the command and control of USNORTHCOM. *See id.*

24.     In my experience at the National Guard Bureau, as its Director of Operations and Chief, I have become familiar with the procedure and policies of National Guard mobilizations to respond to crises. I have learned that it is imperative that the National Guard be prepared to deploy quickly and efficiently in such times to prevent the loss of life and destruction of property. I have also observed that it is not unusual for the National Guard of one state to deploy to another state to meet an immediate need. In my experience with National Guard mobilizations in response to crises across the country, many involving risk of serious bodily harm or death to members of the public and service members, I have found that a delayed or insufficient response can aggravate situations and prevent a proper and sufficient response. Therefore, in response to the mobilization orders requiring immediate action, and in close coordination with the Illinois Adjutant General, the National Guard will work quickly to ensure a swift and appropriate response.

25.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

NORDHAUS.STEVEN
.SCOTT.1075715478

Digitally signed by
NORDHAUS.STEVEN.SCOTT.1075
715478
Date: 2025.10.08 14:58:18 -04'00'

STEVEN S. NORDHAUS

GENERAL, U.S. AIR FORCE

CHIEF, NATIONAL GUARD BUREAU

Exhibit A

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE



*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

October 3, 2025

MEMORANDUM FOR:     COL Anthony Fuscellaro
                    Executive Secretary
                    U.S. Department of Defense

FROM:               Andrew J. Whitaker
                    Executive Secretary
                    U.S. Department of Homeland Security

SUBJECT:            **UPDATED Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois)**

---

### Overview

The Department of Homeland Security (DHS) requests immediate and sustained assistance from the Department of War (DoW) in order to safeguard federal personnel, facilities, and operations in the State of Illinois. Federal facilities, including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS), have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions. These groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent of past Executive Orders: (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

### DHS Overarching Goal

DHS seeks DoW support to ensure the continued protection of federal facilities in Illinois that are experiencing sustained unrest, thereby reinforcing the safety of federal personnel, safeguarding public property, and enabling uninterrupted execution of federal law enforcement missions.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**Subject: Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois)**
Page 2

<u>**Specific Topics for Request**</u>
DHS requests deployment element of up to 300 DoW personnel, trained and equipped for mission security in complex urban environments. These personnel would integrate with federal law enforcement operations, serving in direct support of federal facility protection, access control, and crowd control measures.

<u>**End of Mission**</u>
DHS requests that DoW-authorized support capabilities remain in place through the cessation of unrest and unlawful protests in Illinois.

<u>**Funding**</u>
DHS requests DoW provide support on a reimbursable basis.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Exhibit B

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE



*Executive Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

September 26, 2025

MEMORANDUM FOR:     COL Anthony Fuscellaro
Executive Secretary
U.S. Department of Defense

FROM:     Andrew J. Whitaker
Executive Secretary
U.S. Department of Homeland Security

SUBJECT:     **Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois)**

---

## Overview

The Department of Homeland Security (DHS) requests immediate and sustained assistance from the Department of War (DoW) in order to safeguard federal personnel, facilities, and operations in the State of Illinois. Federal facilities, including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS), have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions. These groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent of past Executive Orders: (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

## DHS Overarching Goal

DHS seeks DoW support to ensure the continued protection of federal facilities in Illinois that are experiencing sustained unrest, thereby reinforcing the safety of federal personnel, safeguarding public property, and enabling uninterrupted execution of federal law enforcement missions.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**Subject: Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Illinois)**
Page 2

## Specific Topics for Request

DHS requests deployment element of approximately 100 DoW personnel, trained and equipped for mission security in complex urban environments. These personnel would integrate with federal law enforcement operations, serving in direct support of federal facility protection, access control, and crowd control measures.

## End of Mission

DHS requests that DoW-authorized support capabilities remain in place through the cessation of unrest and unlawful protests in Illinois.

## Funding

DHS requests DoW provide support on a reimbursable basis.

Exhibit C

**THE WHITE HOUSE**

WASHINGTON

October 4, 2025

MEMORANDUM FOR THE SECRETARY OF WAR
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of War Security for the Protection
                of Federal Personnel and Property in Illinois


The situation in the State of Illinois, particularly in and
around the city of Chicago, cannot continue.  Federal facilities
in Illinois, including those directly supporting Immigration and
Customs Enforcement (ICE) and the Federal Protective Services
(FPS), have come under coordinated assault by violent groups
intent on obstructing Federal law enforcement activities.  These
groups have sought to impede the deportation and removal of
criminal aliens through violent demonstrations, intimidation,
and sabotage of Federal operations.  These violent activities
appear to be increasing, and the situation in the State of
Illinois, particularly in and around the city of Chicago, cannot
continue.

These activities are not occurring in isolation.  Instead, these
activities are similar to other ongoing efforts in multiple
States and cities around the country to disrupt the faithful
enforcement of Federal law.  On June 7, 2025, I determined that
similar activities warranted the mobilization of the National
Guard.  Likewise, at the end of September, I directed the
Secretary of War to mobilize the National Guard due to ongoing
violence and interference with Federal law enforcement in
Oregon.

In those prior directives and in this instance, I have
determined that these incidents, as well as the credible threat
of continued violence, impede the execution of the laws of the
United States.  I have further determined that the regular
forces of the United States are not sufficient to ensure the
laws of the United States are faithfully executed, including
in Chicago.

2

In light of both past incidents in Chicago and the credible threat of future incidents, and in light of my determinations, by the authority vested in me as President by the Constitution and the laws of the United States of America, including 10 U.S.C. 12406, I hereby call into Federal service at least 300 members of the Illinois National Guard, until the Governor of Illinois consents to a federally-funded mobilization, under Title 32 of the United States Code, of the Illinois National Guard under State control. The members of the Illinois National Guard called into Federal service shall protect ICE, FPS, and other United States Government personnel who are executing Federal law in the State of Illinois, and Federal property in the State of Illinois. They shall do so at any locations at which violent demonstrations prevent the execution of Federal law or are likely to prevent the execution of Federal law based on current threat assessments and planned operations. The duration of such Federal service shall be 60 days or at the discretion of the Secretary of War. Further, I direct and delegate actions as necessary for the Secretary of War to coordinate with the Governor of the State of Illinois and the Chief of the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the Illinois National Guard under this authority.

To carry out this mission, the deployed National Guard personnel may perform those protective activities that the Secretary of War determines are reasonably necessary to ensure the execution of Federal law in Illinois, and to protect Federal property in Illinois. Following the deployment of any National Guard personnel to any location in Illinois, the Secretary of War shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing the personnel from such location. The Secretary of War and the Secretary of Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.



Exhibit D

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

2

of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

DONALD J. TRUMP

Exhibit E



**NATIONAL GUARD BUREAU**
1636 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-1636

MEMORANDUM FOR THE ADJUTANT GENERAL, ILLINOIS NATIONAL GUARD

SUBJECT: Request for Illinois National Guard Federal Protection Mission

1. I am writing to inform you that the President has directed the mobilization of at least 300 members of the Illinois National Guard (ILNG) to protect federal personnel, functions, and property in Illinois. However, the Secretary of War has been authorized to first provide additional federal funding for 300 members of the ILNG under Title 32 United States Code, Section 502(f), and request that that they perform this mission in a non-federalized status under your command and control.

2. Due to the circumstances and immediate nature of this requirement, if ILNG forces are not mobilized under Title 32 in the next 2 hours, the Secretary of War will direct the mobilization of as many members of the ILNG as he may deem necessary under Title 10 United States Code.

3. The Department of War greatly appreciates your collaboration on this emergent situation. If your Governor agrees to a Title 32 mobilization of the ILNG, we will work with the Department of Homeland Security and other federal officials to coordinate mission details with you. To be clear, we believe time is of the essence and failure to mobilize sufficient forces quickly to address the situation may risk lives and property damage. I respectfully request that you inform me immediately if your Governor is unable or unwilling to mobilize the ILNG under Title 32 to perform the necessary protective functions.

NORDHAUS.STE
VEN.SCOTT.1075
715478
Digitally signed by
NORDHAUS.STEVEN.SCOTT.
1075715478
Date: 2025.10.04 10:57:53
-04'00'

STEVEN S. NORDHAUS
General, USAF
Chief, National Guard Bureau

Exhibit F

**SECRETARY OF WAR**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

OCT − 4 2025

MEMORANDUM FOR THE ADJUTANT GENERAL, ILLINOIS NATIONAL GUARD
THROUGH: THE GOVERNOR OF ILLINOIS

SUBJECT: Calling Members of the Illinois National Guard into Federal Service

On October 4, 2025, the President of the United States called forth at least 300 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to protect U.S. Immigration and Customs Enforcement, Federal Protective Service, and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where violent demonstrations against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

This memorandum further implements the President's direction. Up to 300 members of the Illinois National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with you, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness

Exhibit G



**SECRETARY OF WAR**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

OCT - 5 2025

MEMORANDUM FOR THE ADJUTANT GENERAL, TEXAS NATIONAL GUARD
THROUGH: THE GOVERNOR OF TEXAS

SUBJECT: Calling Members of the Texas National Guard into Federal Service

On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where violent demonstrations against these functions are occurring or are likely to occur based on current threat assessments and planned operations. On October 4, 2025, the President determined that violent incidents, as well as the credible threat of continued violence, are impeding the execution of the laws of the United States in Illinois, Oregon, and other locations throughout the United States.

The President has authorized me to coordinate with you on the mobilization of up to 400 members of the Texas National Guard under section 12406 of title 10, U.S. Code. The orders will be effective immediately for an initial period of 60 days, and be subject to extension, to perform federal protection missions where needed, including in the cities of Portland and Chicago. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with you, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness