**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et. al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD TRUMP, *et.al.*, <br><br> *Defendants*. | No. 25-cv-12174 |

**DECLARATION OF DEPUTY CHIEF PATROL AGENT DANIEL I. PARRA**

I, Daniel I. Parra, declare as follows:

1. I am employed by U.S. Border Patrol, an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with enforcing the Nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. As part of this mission, CBP Border Patrol agents are responsible for preventing the unlawful entry of individuals into the United States, apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with the Constitution and other applicable laws. Through these activities, CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States.

2. I am the Deputy Chief Patrol Agent of the El Centro Sector and have been in this position since May 8, 2022. In this role, I am responsible for managing U.S. Border Patrol

operations and administrative functions within the El Centro Sector, which encompasses 70 miles of land border, as well as inland areas of California extending to the Oregon State line. I oversee a workforce of over 1,200 employees and manage a multimillion-dollar budget.

3. I entered on duty with the U.S. Border Patrol on July 28, 2002. My first assignment as a Border Patrol Agent was at the El Centro Station, El Centro Sector. Across the span of my career with the U.S. Border Patrol, I have served in a variety of leadership positions ranging in scope and complexity. These assignments include Supervisory Border Patrol Agent and Field Operations Supervisor, Indio Station, El Centro Sector; Executive Officer of Operations, El Centro Sector; Assistant Chief, U.S. Border Patrol Headquarters, Law Enforcement Operations Directorate - Pacific Corridor; Deputy Patrol Agent in Charge of Operations, Ajo Station, Tucson Sector; Patrol Agent in Charge, Blythe Station, Yuma Sector; and Division Chief, Law Enforcement Operational Programs, Tucson Sector. As the Division Chief, I oversaw multiple law enforcement operational programs in Tucson Sector, the largest and one of the busiest sectors in the nation. On June 8, 2025, I served as the Incident Commander for Operation at Large in Los Angeles, California.

4. I have been assigned to be the Incident Commander for the current CBP operation in and around Chicago, Illinois since September 5, 2025. In this position, I have operational oversight and am responsible for all U.S. Border Patrol assets and operations in the greater Chicago area. Furthermore, I ensure that all personnel under my command have the proper resources, including the requisite training needed to operate in such a complex

and fluid environment. As the Incident Commander, I report directly to DHS Tactical Commander Gregory K. Bovino.

5. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order (TRO) and sets out the current conditions on the ground in the Chicago area with respect to immigration enforcement operations and the security of ICE and CBP personnel and property. I have reviewed Plaintiffs' application for a TRO and supporting exhibits.

6. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

7. Prior to arriving in Chicago, I discussed intelligence and operations with Chicago area federal agencies to better develop effective strategies to carry out CBP's mission in a safe and efficient manner. Additionally, I deployed a reconnaissance team two weeks prior to commencing operations to obtain real-time, in-person intelligence. Illinois law prevents state and local law enforcement agencies from sharing critical information with CBP that would have increased operational safety for CBP personnel, the public, and individuals identified for immigration enforcement action. Nevertheless, Tactical Commander Gregory Bovino met with local law enforcement to provide awareness of the operation.

8. On or about September 16, 2025, to support U.S. Immigration and Customs Enforcement (ICE), CBP agents and officers were deployed to Chicago, Illinois, as part of a national, multi-agency operation. The operation focuses on enhancing public safety and enforcing immigration law through law enforcement efforts. Due to the scope, complexity, and need for uniformed law enforcement presence, over 200 agents redeployed away from their patrol functions at the border to support this mission.

9. As part of this operation, CBP officers and agents, in coordination with other federal agencies, are involved in a variety of different law enforcement encounters and enforcement actions. Officers and agents regularly engage with members of the public, and effectuate investigative detentions, lawful warrantless arrests, and arrests pursuant to both immigration and criminal judicial warrants.

10. CBP officers and agents routinely bring individuals detained under the immigration laws during the ongoing operations to the ICE Broadview Service Station Area (BSSA) located at 1930 Beach Street, Broadview, Illinois for processing and temporary housing.

11. CBP officers and agents, and individuals within their legal custody, have faced escalating hostility and violence from rioters and other individuals in Chicago and nationwide. I have served as a Border Patrol Agent for over 23 years, and, in my experience, the current level of violence against agents and officers is the highest I have seen. The blatant disregard for law and order is unprecedented, which is why ICE asked for CBP's help. Individuals and large groups of people have been increasingly willing to threaten CBP personnel, damage government property, and assault officers and agents performing their lawful duties. Specifically, as Incident Commander, I have experienced and reviewed reports documenting the violent targeting of CBP personnel and government property in the Chicago area, and the intentional interference with their official law enforcement duties, including the following.

12. On September 19, 2025, protesters gathered outside of the BSSA and intentionally blocked the path of a Border Patrol vehicle transporting detainees to the facility. ICE agents responded to the scene to deter rioters from obstructing the path of the vehicle and protect the detainees, but the rioters refused to move. As a result, agents deployed less

lethal munitions to disperse the obstructing rioters and ensure the safety of agents and detainees. CBP personnel are trained in the deployment of less lethal munitions and only do so against assaultive subjects. CBP personnel issue warnings before deploying less lethal munitions.

13. On September 20, 2025, ICE discovered that tires of ten government vehicles parked at a General Services Administration parking lot adjacent to the BSSA had been slashed.

14. On September 26, 2025, rioters restricted vehicle access to the BSSA by blocking the nearby intersection of 25th Street and Harvard Street, just outside the BSSA, requiring the deployment of a specialized Border Patrol Tactical Unit (BORTAC) which was forced to use less lethal munitions to disperse the obstructing rioters and allow access to the BSSA. CBP deployed additional Special Response Team (SRT) and Mobile Field Force (MFF) officers to maintain control of the area thereafter as rioters refused to disperse.

15. On September 27, 2025, rioters again impeded CBP vehicles and personnel from entering and exiting the BSSA. As a result, dozens of officers and agents responded to allow access to the BSSA. On this occasion, agents arrested 11 individuals. Two arrestees were armed with loaded handguns.



16. On October 3, 2025, in the vicinity of 55th Street and Pulaski Road, Chicago, SRT operators, in rough duty SRT uniforms, with law enforcement identifiers clearly visible, were riding in an unmarked minivan when they were followed by four or five vehicles driven by civilians. The drivers were honking their horns, recording the minivan with their cell phones and shouting out the SRT operator's presence to the public. A pickup truck then accelerated to approach the minivan before striking its rear panel. After the collision, the truck continued to drive erratically and attempted to get in front of the minivan before falling back and striking the rear bumper. To prevent injury and further damage to the minivan, one SRT operator used a Pepper-ball Launching System against the windshield of the truck. The SRT operators drove to a Chicago Police Station to file a report. To date, I am not aware of the Chicago Police Department taking any action on this case.

17. On October 3, 2025, an alleged ranking member of a Chicago area street gang known as Latin Kings placed a $10,000 bounty on the Commander at Large of the U.S. Border Patrol Chief Gregory Bovino.[1] The gang member was subsequently charged with one count of murder-for-hire.

18. On October 3, 2025, two CBP officers arrived to relieve Border Patrol agents who were maintaining custody of an injured detainee at a hospital in Humboldt Park, Illinois. Upon arrival, a group of rioters confronted the officers, announced that "ICE" was present, blew whistles and yelled verbal threats. Given the volatile situation, the officers left the

---

[1] https://www.dhs.gov/news/2025/10/06/latin-kings-gang-member-arrested-illinois-after-placing-hit-commander-large-border. (Last visited Oct. 8, 2025).

scene, staged remotely, and then had to coordinate an alternate way to enter the hospital to resume their duties, causing extra work for both the hospital and CBP.

19. On October 4, 2025, a government vehicle used by Border Patrol agents assigned to a mobile response team was intentionally boxed in on a public road by approximately 10 civilian vehicles. A black GMC Envoy driven by a male driver and a silver Nissan Rogue driven by a female driver rammed the government vehicle on both the passenger and driver's side. Agents exited their vehicle to disperse civilians for safety and to prevent further assault. The female driver then drove her vehicle directly at a Border Patrol Agent. Faced with an imminent threat of death or great bodily harm given the high potential of being run over, an agent discharged his service-issued firearm at the Nissan Rogue, striking the female, who fled the scene but was eventually apprehended. A handgun was later found within the female driver's purse. Both drivers were criminally charged under 18 U.S.C. § 111(a) and (b).[2] Approximately 200 rioters converged near the scene of the shooting at three separate locations. Over the next four hours, rioters threw objects at agents, including glass bottles and traffic cones, and forcefully pushed the agents. The Chicago Police Department initially refused to assist, but over one hour later, they provided perimeter security. Again, based upon the situation, CBP personnel were forced to deploy less lethal munitions to disperse the rioters.

20. On October 6, 2025, in two separate incidents, drivers of two vehicles blocked Border Patrol vehicles and refused to move when given lawful commands to do so. Both drivers were arrested and charged under 18 U.S.C § 111. One driver had a loaded Glock 19 handgun with an additional loaded magazine in the passenger's seat.

---

[2] UPDATE: DHS Deploys Special Operations After Multiple Violent Attacks on Federal Law Enforcement by Domestic Terrorists in Chicago | Homeland Security.



21. CBP special operations teams are routinely needed to maintain crowd control in Chicago, given the size and activities of the rioters. Protestors routinely call for demonstrations outside the BSSA and other facilities that devolve into violent riots, where rioters seek to impede and obstruct law enforcement activities. During some protest events, Border Patrol agents have been surrounded and blocked from leaving, requiring the use of tear gas to disperse rioters. CBP's constant need to react and respond to the violent and obstructive actions of individuals and groups drain resources and impacts the Agency's ability to perform its law enforcement mission, especially given the lack of local law enforcement support.

22. The violence I have seen in Chicago is quickly eclipsing the violence experienced in Los Angeles. For example, we have arrested more individuals with semi-automatic weapons in Chicago that have assaulted, obstructed, or impeded agents over the last two weeks than in Los Angeles over the last four months. Never before have I witnessed ten vehicles coordinate an attack on law enforcement vehicles as I did on October 3, 2025. I

have never seen a bounty placed on a law enforcement officer simply for enforcing immigration law, nor have I seen street gangs organize to assault, obstruct, and impede operations.

23. State and local public officials have disparaged members of CBP and ICE in press conferences. On October 6, 2025, Chicago Mayor Brandon Johnson, as reported by WGN news, stated, "we have a rogue, reckless group of heavily armed and masked individuals roaming throughout our city that are not accountable to the people of Chicago."[3] Similarly, Illinois Governor JB Pritzker recently stated, "on a beautiful weekend, when families were out enjoying their day in Chicago, armed Border Patrol agents were downtown, marching up and down Michigan Avenue, harassing and intimidating residents and tourists. Meanwhile, ICE's chief offender Gregory Bovino, has been leading the disruption and causing mayhem while he gleefully poses for photo ops and TikTok videos."[4] [5] In another statement, Governor Pritzker stated that agents were "acting like jackbooted thugs."[6]

24. Due to the unprecedented level of political rhetoric against immigration enforcement, individuals and large groups have been increasingly willing to threaten CBP personnel, damage government property, and assault officers and agents performing their lawful duties. One Border Patrol Agent assigned to the Chicago operations was "doxed" on

---

[3] 'ICE-Free Zones': Chicago Mayor Brandon Johnson signs executive order prohibiting ICE agents from operating on city-owned property (last visited Oct. 8, 2025).

[4] Pritzker says Trump administration seeking to deploy 100 troops to protect ICE in Illinois - CBS Chicago (last visited Oct. 8, 2025)

[5] Chief Patrol Agent Gregory Bovino, contrary to Governor Pritzker's statement, is an employee of CBP, not ICE.

[6] Illinois Gov. JB Pritzker calls armed immigration officers in Chicago an 'attack on Americans' (last visited Oct. 8, 2025)

social media and his photograph, name, hometown and former employment positions was shared on social media under the banner "Warning Suspected Kidnapper/Terrorist." Social media responded to the "doxing" with such comments as: "find his home and family;" "next to off himself;" and; "time to find him."

25. CBP allocated additional resources to ensure the security of our agents while on patrol as a result of the threats and attacks. This includes, but is not limited to, providing dedicated security and medical teams, as well as armored vehicles to accompany our patrol teams. These added measures have placed a strain on the special operations community, impacting operations not only in Chicago and Los Angeles but also compromising the safety of agents protecting the border who now have less resources.

26. CBP is not the only federal agency to divert resources to address escalating violence—Department of Justice components have also diverted resources. Over the past two weeks, we have received additional special operations support from the ATF, the U.S. Marshals Service, the FBI, the Federal Bureau of Prisons, and the DEA. In addition, the FBI and the U.S. Attorney's Office have provided investigators and attorneys to prosecute those who impede, obstruct and attack officers and agents.

27. Based upon the above-mentioned incidents in Chicago, and violence directed against CBP personnel in other cities such as Los Angeles, California and Portland, Oregon, I anticipate that without additional resources, individuals will continue to target and injure CBP and Federal personnel, damage government property, and impede the performance of CBP's duties. Not only does the propensity for violence place CBP personnel at risk, it also places the lives of detainees under our care at risk.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

information, knowledge and belief.

Executed this 8th day of October, 2025, at North Chicago, Illinois.

                                                                         _____

                                                                               Daniel I. Parra