**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>Defendants. | Case No. 25-cv-12174<br><br>Judge Perry |

**INDEX OF EXHIBITS**
**TO PLAINTIFFS' SUPPLEMENT IN FURTHER SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| No. | Document Title |
|---|---|
| 22 | Supplemental Declaration of Bria Scudder |
| 22-A | Email from Director Brendan Kelly to Bria Scudder, Deputy Governor, State of Ill. (Oct. 8, 2025) |
| 23 | Declaration of Chicago Police Department Superintendent Larry Snelling |
| 24 | Supplemental Declaration of Sherief Gaber |
| 25 | October 6, 2025 Presidential Memorandum |