# EXHIBIT 22

**SUPPLEMENTAL DECLARATION OF BRIA SCUDDER**

I, Bria Scudder, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Deputy Governor for public safety, infrastructure, environment, and energy in the office of JB Pritzker, Governor of the State of Illinois.

2. On October 6, 2025, I submitted a declaration in support of Plaintiffs' motion for a temporary restraining order. *See* ECF 13-2.

3. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Success of the State/Local Unified Command in Broadview, IL**

4. At 2:12 p.m. on October 8, 2025, Director Brendan Kelly of the Illinois State Police (ISP) forwarded me an email chain that he had received, with the subject line "State/Local Broadview Unified Command." A true and correct copy of the email chain forwarded to me by Director Kelly on October 8 is attached hereto as Exhibit 22-A. The Broadview Unified Command is a collaboration between the ISP and the Cook County Sheriff's Office (CCSO), with assistance from the Cook County Department of Emergency Management and Regional Security and the Illinois Emergency Management Agency (IEMA), for the purpose of coordinating public safety measures in Broadview around the Immigration and Customs Enforcement (ICE) facility.

5. The first email of the chain was sent at 7:38 p.m. on October 5, 2025, from the Assistant Field Office Director of the Chicago Field Office, Broadview Service Staging Area, ICE, to persons with "@ice.dhs.gov" email addresses. The email provides "our perspective at BSSA," the Broadview Service Staging Area, on "the effectiveness of this Unified Command." It states, among other things, that:

- On October 4, "[w]ithin 5-10 minutes of us calling the ISP [about approximately 30 protestors at the fence], state and local law enforcement were on site and immediately pushed back the protesters to the designated area without DHS's need to intervene," and "we introduced the ISP colonel and the ICE SRT and BORTAC TL's to coordinate any necessary responses" but "none were needed."

- On October 5, there were only "a few dozen protesters . . . in the designated area and none on 25th street" in the early afternoon and "[a]s of this email, there are no protesters."

- "DHS did not have to intervene with any protesters Saturday or Sunday [October 4 and 5]. The support from this unified command, and the communication with their on-site incident commander, has been great thus far this weekend. It's clear that ISP is the difference maker in this scenario, and we are grateful for their leadership. Hopefully, we can keep it up for the long haul."

6. The second email of the chain was sent at 9:40 a.m. on October 7, 2025, from Russell Hott, who, upon information and belief, is the Chicago Field Office Director for ICE, to Major David Keltner of the Illinois State Police. In it, Director Hott states that he is "passing along the kudos from one of my onsite managers," that he "echo[es] the sentiment below," and that Major Keltner is "a valued partner in law enforcement" who "represent[s] the best of the badge."

**Deployment of the National Guard Within Illinois**

7. In my role as Deputy Governor for public safety, I routinely speak with leaders of the Illinois National Guard. Specifically, I regularly communicate with Major General Rodney

Boyd, the 41st Adjutant General of the State of Illinois and the Director of the Illinois Department of Military Affairs.

8. On October 6, 2025, at 5:54 p.m., I received an email from Major General Boyd in which he summarized his understanding of the status of both the Illinois National Guard and Texas National Guard forces that were deployed or were to be deployed in the Chicago area, including that:

- The Texas National Guard was expected to arrive in Peru, IN, at approximately 11:30 p.m. on October 6, 2025. From there, they would proceed directly to the Joliet Training Area (JTA).

- There was an "aggressive timeline" to conduct Civil Disturbance Operations (CDO) training with the Texas National Guard at the Joliet Training Area (JTA) on October 7-8, and deploy the first elements of the Texas National Guard on the evening of October 8 to Broadview, IL.

- The Illinois National Guard would also undergo CDO training at a different training center (MTC) in Marseilles, IL, beginning as early as October 9, 2025. This training would be provided by Federal Protective Services and members of the California National Guard. Following that training, the Illinois National Guard members would be moved to the JTA, which would serve as their housing and base of operations for the duration of the mobilization.

9. On October 6, 2025, I spoke with Major General Boyd and Colonel Matthew Garrison by phone. Colonel Garrison told me that the CDO training referenced above usually takes three to five days: five days for servicemembers training for the first time, and three days if the training is a refresher course for servicemembers who have already received prior training. Major

General Boyd and Colonel Garrison stated they did not know how many Texas National Guard members had up-to-date CDO training. They further stated that the plan was for the Texas National Guard CDO training to be compressed down to hours instead of days.

10. At 5:02 p.m. on Tuesday, October 7, I received an email from Major General Boyd in which he summarized his understanding of the status of both the Illinois National Guard and Texas National Guard forces that were deployed in the Chicago area, including that:

- The Illinois National Guard had 298 personnel on location at the MTC. They would begin in-processing at approximately 1:00 pm the next day (October 8). After completing in-processing and training, the Illinois National Guard personnel would move to the JTA.

- 200 Texas National Guard personnel had arrived at the JTA in Elwood at approximately 3:00 a.m. The Texas National Guard servicemembers were completing in-processing, and were expected to start CDO training the next day (October 8).

- Texas National Guard personnel were expected to be assigned to the Broadview ICE facility and provide security at the front gate of the JTA. The Texas National Guard leaders planned to conduct a site visit at the Broadview ICE facility that evening (October 7).

- Illinois National Guard personnel would be assigned site security missions at other locations and would be responsible for providing a Quick Reaction Force.

11. At midday today, October 8, 2025, I spoke with Major General Boyd and Colonel Garrison by phone. Colonel Garrison informed me that, as of this morning, the plan remained that the first Texas National Guard members would begin their assignment in Broadview this evening

– specifically, that the first platoon of Texas National Guard members would arrive in Broadview by 8:00 p.m. tonight.

**Recent Protest Activity Near ICE Facility in Broadview, IL**

12. In my role as Deputy Governor for public safety, I routinely communicate with the Illinois Emergency Management Agency (IEMA) about its activities. That includes receiving information from IEMA about locations it is monitoring, including the area near the ICE facility in Broadview, IL. In particular, I have received twice-daily updates from Christopher Dodd, IEMA's Chief of Operations, regarding protest activity and law enforcement activity near the facility.

13. On October 5, 2025, IEMA reported that there were an average of 10-20 protesters outside the ICE facility throughout the day. There were no arrests.

14. On October 6, 2025, at 9:00 a.m., IEMA reported that there were approximately 10 protesters outside the ICE facility throughout the morning. There were no arrests that morning. IEMA reported two arrests the night before by the Cook County Sheriff's Department, which a subsequent report corrected to one arrest.

15. On October 6, 2025, at 7:00 p.m., IEMA reported that there were an average of 10-20 protesters outside the ICE facility throughout the day. There were no arrests.

16. On October 7, 2025, at 12:00 p.m., IEMA reported that there were an average of 10-20 protesters outside the ICE facility through the morning. There was one arrest the previous evening, made by the Cook County Sheriff's Department.

17. On October 7, 2025, at 6:15 p.m., IEMA reported that there were an average of 10-20 protesters outside the ICE facility throughout the day. There were no arrests.

18. On October 8, 2025, at 12:00 p.m., IEMA reported that there were an average of 10-20 protesters outside the ICE facility throughout the day. There were no arrests.

19. On October 8, 2025, at 6:30 p.m., IEMA reported that there were an average of 1-20 protesters outside the ICE facility throughout the day. There were no arrests.

20. The facts in this declaration are accurate to the best of my knowledge as of 10:00 p.m. Central Time on Wednesday, October 8, 2025.

* * * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2025.

                                                BRIA SCUDDER
                                                Deputy Governor
                                                State of Illinois

# SUPPLEMENTAL SCUDDER DECLARATION

# EXHIBIT 22-A

**From:** Kelly, Brendan
**To:** Scudder, Bria
**Subject:** Fw: State/Local Broadview Unified Command
**Date:** Wednesday, October 8, 2025 2:12:03 PM

For your awareness, communication from federal points of contact at the Broadview facility regarding the effectiveness of ISP and the unified command at that location.

**From:** Hott, Russell <████████@ice.dhs.gov>
**Sent:** Tuesday, October 7, 2025 8:40 AM
**To:** Keltner, David <████████@illinois.gov>
**Subject:** [External] FW: State/Local Broadview Unified Command

Good morning, Major.

From our discussion yesterday afternoon, I'm passing along the kudos from one of my onsite managers. While I echo the sentiment below, I want to also add that I have enjoyed getting to know you and work with you. You are a tremendous ambassador for the brave women and men of ISP and a valued partner in law enforcement. Thank you for representing the best of the badge.

All the best,
Russ

**From:** Sukmanowski, Peter N <████████████@ice.dhs.gov>
**Date:** Sunday, Oct 05, 2025 at 7:38 PM
**To:** Hott, Russell <████████@ice.dhs.gov>, Marich, Tammy <████████@ice.dhs.gov>, Byers, Shawn L <████████@ice.dhs.gov>, Bahena, Jimmy <████████@ice.dhs.gov>, Hernandez, Raymond <████████████@ice.dhs.gov>, Woemmel, Dennis <██████████@ice.dhs.gov>, Cata, Angel A <████████@ice.dhs.gov>
**Subject:** State/Local Broadview Unified Command

Good evening,

I just wanted to pass along the effectiveness of this Unified Command, from our perspective at BSSA.

Friday morning, everyone saw that, and I don't need to elaborate on it.

Saturday, we had about 30 or so protesters up at the fence in the late afternoon. Within about 5-10 minutes of us calling the ISP, state and local law enforcement were onsite and

immediately pushed back the protesters to the designated area without DHS's need to intervene. The protesters did not approach the fence again. I was told by HSI that later that evening, ISP declared an unlawful assembly and moved everyone out (I did not verify this with ISP). When Angel and I left BSSA around 10pm, there were no protesters and state/local police had the entire area (Beach Street and 25th) secure and empty, and 25th street was closed in both directions. Earlier in the evening, we introduced the ISP colonel and the ICE SRT and BORTAC TL's, to coordinate any necessary responses (none were needed).

Today (Sunday), state and local law enforcement were onsite early in the afternoon. On our way out, Dennis and I observed a few dozen protesters on Beach Street in the designated area and none on 25th street. On our way back, we were stopped and identified by ISP entering off 25th (through gate 4), due to a vehicle earlier in the afternoon getting up to the gate 4 to take pictures (according to ISP). So ISP began to ID everyone driving through after that "breach" (which was a welcomed process by us). As of this e-mail, there are no protesters on Beach and state/local law enforcement have about a dozen or so patrol cars in the area still.

To my knowledge, DHS did not have to intervene with any protesters Saturday or Sunday. The support from this unified command, and the communication with their on-site incident commander, has been great thus far this weekend. It's clear that ISP is the difference maker in this scenario, and we are grateful for their leadership. Hopefully, we can keep it up for the long-haul.

**Peter Sukmanowski**
Assistant Field Office Director
Chicago Field Office, Broadview Service Staging Area (TDY)
**Enforcement & Removal Operations**
**U.S. Immigration & Customs Enforcement**

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.