# EXHIBIT 23

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | Case No. 25-cv-12174 <br><br> Judge April M. Perry |

## DECLARATION OF CHICAGO POLICE DEPARTMENT SUPERINTENDENT LARRY SNELLING

I, Larry Snelling, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am over the age of 18 and understand the obligations of an oath.

2. I base this declaration on personal knowledge, consultation with my staff, and records maintained in the ordinary course of Chicago Police Department operations. If called as a witness, I could and would testify competently to the matters set forth below.

3. I graduated from DePaul University with a degree in adult education. I joined the Chicago Police Department (CPD) in 1992 as a patrol officer in my home community of Englewood.

1

4.     I currently serve as the Superintendent of Police, the highest-ranking member of CPD. I was sworn in in September 2023 and serve at the pleasure of Mayor Brandon Johnson. As the Superintendent, I oversee the entire Department, which is the second largest police agency in the country. I manage a workforce of approximately 13,000 people and an operating budget of around $2 billion. Each year, I prepare the Department's annual budget and review its annual goals and objectives. I am responsible for critical functions such as facilitating and coordinating law enforcement services, planning and implementing the Community Policing Strategy, planning police coverage at public gatherings, addressing legal and legislative matters, administering labor agreements, and providing a liaison to the news media. I am responsible for CPD's relationship with the municipal government, outside agencies, and the entire community.

5.     Before becoming the Superintendent, I was the Chief of the Bureau of Counterterrorism. In that role, I was responsible for more than 20 units and teams, including the Intelligence Section, Special Weapons and Tactics (SWAT), Firearms Investigation Team, Canine Unit, Public Transportation Unit, Airport Operations Unit, Marine Operations Unit, Mounted Unit, Gang Investigations Division, and Bomb Squad. There are over 1,000 sworn officers comprising these units. In addition, I served as the Incident Commander for all major events, such as protests, festivals, and concerts. On a day-to-day basis, I supervised the operations of these units, managed administrative duties, and helped plan and coordinate Chicago's safety plans and responses to large-scale special events.

## I.     CPD SPECIAL ORDER S06-14-03

6.     CPD Special Order S06-14-03,[1] titled "Responding to Incidents Involving Citizenship Status," states: "Department members will **not** participate in civil immigration

---

[1] This directive is available online at https://directives.chicagopolice.org/#directive/public/6495.

enforcement operations or assist the civil enforcement of federal immigration law." Special Order S06-14-03 § IV(C). However, "This does **not** preclude Department members from responding and taking police action should a contemporaneous public safety concern arise or in response to alleged violations of the Illinois Compiled Statutes or Municipal Code of Chicago." *Id.*

7.     The Special Order explains: "If the Department receives a call for service or responds to an incident that indicates or includes a request from an immigration or other law enforcement agency to provide assistance with a civil immigration enforcement operation, the responding Department member will request a supervisor from the district of occurrence to respond to the scene." *Id.* § V(A).

8.     The notified supervisor from the district where the incident is taking place will then "respond to the scene, assume command and oversight of the incident, and will notify:" (1) "the watch operations lieutenant (WOL) of the district of occurrence, who will respond to the scene"; (2) "the district commander of the district of occurrence"; and (3) the Crime Prevention Information Center. *Id.* § V(B).

9.     Accordingly, pursuant to CPD Special Order S06-14-03, CPD officers will respond to reported crimes or threats to public safety, including reports by federal immigration agents. Responding officers will then take the necessary steps to protect the safety of people at the scene, including the safety of federal immigration agents.

## II.     The October 4 Brighton Park Incidents

10.     On Saturday, October 4, 2025 at 10:32 a.m., CPD received a call about a shooting at 39th and Kedzie in the Brighton Park neighborhood.

11.     By 10:36 a.m., CPD officers responded and located a woman who reported that she had been shot by federal agents.

3

12.     CPD officers coordinated with the Chicago Fire Department, and the woman was taken to the hospital to have her gunshot wounds treated. By 11:06 a.m., CPD officers were at the hospital with the injured woman.

13.     In the meantime, CPD officers controlled and preserved the scene where the woman's vehicle was located. At 11:36 a.m., CPD officers turned the scene over to federal authorities to conduct their investigation.

14.     At 12:12 p.m., in a separate incident, CPD received a report that a vehicle had collided with a vehicle driven by federal agents around 3200 West 35th Street. CPD officers went to the scene of the collision and documented the incident.

15.     At 12:28 p.m., federal agents requested additional CPD assistance due to a crowd gathering at 39th and Kedzie.

16.     By 1:09 p.m., additional CPD units from around the City were en route to 39th and Kedzie.

17.     At 1:15 p.m., at 39th and Kedzie, where CPD was already on scene, federal agents deployed tear gas.

18.     CPD officers established a perimeter at the scene, placing themselves in between the protesters and the federal agents.

19.     At 2:56 p.m., members of the public were throwing objects at CPD. Federal agents again deployed tear gas. Federal agents subsequently left the scene.

20.     By 3:48 p.m., the crowd had disbursed.

21.     In short, CPD officers were present and worked to maintain public safety in Brighton Park on October 4, 2025. As CPD officers always do, they put their physical safety at

4

jeopardy to keep the City safe. Indeed, 27 CPD officers reported sustaining injuries due to chemical agents deployed by federal agents.

22.     Contrary to some public reporting, at no time during the Brighton Park incidents on October 4 did CPD leadership instruct officers to refuse to help federal agents whom leadership believed to be in danger. CPD works to protect the safety of all individuals in Chicago—including federal immigration agents—and will continue to do so.

23.     On October 4, 2025, I spoke with someone in leadership at U.S. Customs and Border Protection. He expressed his appreciation for CPD's success in protecting federal agents during the Brighton Park incidents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2025

Chicago, Illinois

5