# EXHIBIT 24

**DECLARATION OF SHERIEF GABER**

I, Sherief Gaber, declare under penalty of perjury, and under 28 U.S. Code § 1746, as follows:

1. I am an Assistant Attorney General in the Office of the Attorney General of the State of Illinois. The Attorney General is counsel to plaintiff the State of Illinois. I submit this declaration in further support of the State of Illinois and City of Chicago's motion for a temporary restraining order and preliminary injunction.

2. I have reviewed statements made by Defendants and their appointees or other senior federal employees, since Plaintiffs filed this action on the morning of Monday, October 6, 2025. I have also reviewed websites for the White House and other federal agencies.

**President Donald J. Trump**

3. In a telephone interview with Greg Kelly on October 6, 2025, when asked if the Insurrection Act was going to be formally invoked, and whether it was a way to "get around all this opposition" referring to orders of U.S. District Courts proscribing the deployment of the National Guard in American cities, Trump said:

> Well, it is a way to get around it. If we don't have to use it I wouldn't use it. If you take a look at what's been going on in Portland, it's been going on for a long time and that's insurrection -- I mean that's pure insurrection. And then you have a governor get up and say there's absolutely nothing wrong. And you see these places are burning down. Like in Chicago with Pritzker.

Available at https://rollcall.com/factbase/trump/transcript/donald-trump-interview-greg-kelly-newsmax-october-6-2025/. Mr. Trump went on to allege several unsupported claims about crime in the Chicago area and concluded saying "[Pritzker] gets up on television and tells everyone how safe it is. It's not safe. And we'll make it safe; I can make it safe. We can make it safe easily and it won't even take that long. And the biggest problem we have is that they fight, they just

1

fight, I guess. I don't know what it is. It's a sickness. They don't want -- why would you not let the military come in, meaning National Guard or whatever?" *Id.*

4. Asked on October 7, 2025, during a press event with Canadian P.M. Carney about the potential to invoke the Insurrection Act in Portland, Trump instead gave lengthy remarks about Chicago, saying in part:

> Yeah. Well, it's been invoked before as you know. Uh, if you look at Chicago, Chicago's a great city where there's a lot of crime. And if the governor can't do the job, we'll do the job. It's all very simple.

Available at: https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-bilat-mark-carney-canada-october-6-2025

5. At a few minutes past midnight, Eastern Time, on October 8, 2025, Donald Trump posted three posts in the same minute to his Truth Social account concerning his deployment of the National Guard to Chicago.

   a. First, a link to an article titled, "7 Times Presidents Have Activated US Troops on American Soil," with the comment: "My goal is very simple. STOP CRIME IN AMERICA!"



Available at: https://truthsocial.com/@realDonaldTrump/115336547657622506.

2

b. Trump also posted a link to a Chicago Tribune article detailing the history of deployments of the National Guard to Chicago with the caption "MAKE CHICAGO SAFE AGAIN!"



Available at: https://truthsocial.com/@realDonaldTrump/posts/115336552194960046.

c. Finally, Trump posted, without any commentary, the following image of a 1963 letter from Attorney General Robert Kennedy concerning the 1963 invocation of the Insurrection Act to federalize Alabama National Guard members in response to active obstruction of a federal District Court order by Alabama governor George Wallace:

3



Available at https://truthsocial.com/@realDonaldTrump/posts/115336554670437446.

6. On October 8, 2025, Trump posted to his official Truth Social account: "Chicago Mayor should be in jail for failing to protect Ice Officers! Governor Pritzker also!"

4



Available at: https://truthsocial.com/@realDonaldTrump/posts/115338509988551290.

7. I have reviewed what I believe to be all of the President's social media statements or remarks to press since the issuance of the Secretary of War's memorandum deploying federal troops to Chicago to the date of the execution of this declaration. In none of them has the President referred to protection of federal facilities. All his statements, on information and belief, have been concerned with using troops for policing crime or his perceived authority under the Insurrection Act.

**White House Deputy Chief of Staff Stephen Miller**

8. In an interview with CNN in the afternoon of October 6, 2025, when asked if the administration would abide by the order of Judge Immergut in the District of Oregon, Miller equivocated, saying, "insofar as it affects the covered parties, but there are also many other options the President has to deploy federal resources and assets under the U.S. military to Portland." Available at https://youtu.be/vWudXaj60rU.

9. Referring to the Ninth Circuit's decision in *Newsom v. Trump*, 141 F.4th 1032 (9th Cir. 2025), Miller said with respect to federalization of the National Guard under Title 10, "the President has plenary authority," then immediately cut himself off mid-sentence and looked silently at the camera for more than ten seconds. *Id.*

5

10. Asked about his statement about "many other options" later in the day by press assembled at the White House, Miller said "Well, if I told you [what options] right now, they would just start pre-drafting their next motion for a TRO. So I would just say that the president has a very broad range and set of authorities when it comes to deploying federal assets. And again, as you know, we went through this in California with Newsom. He made a total fool of himself pretending He had the authority to defy a lawful presidential command of the National Guard, be one of the very liberal Ninth circuit and a portion of the California National Guard has remained federalized to this day." Available at https://rollcall.com/factbase/trump/transcript/donald-trump-press-briefing-stephen-miller-the-white-house-october-6-2025

11. Speaking with Fox News, also on October 6, Miller made a number of remarks concerning the deployment of military forces to Chicago. The links below go to the timestamps in the video of the interview at which each remark was made.

    a. "This fool, Governor Pritzker, uses the term 'invasion force' to describe federal law enforcement? He is adopting the language and the narrative of the paid insurrectionists and the antifa mobs."
Available at https://youtu.be/wUm8WUNVin0?t=115.

    b. "Governor Pritzker is providing aid and comfort to the riotous mob assaulting, obstructing, impeding, and attacking ICE officers. And his latest act, declaring no-go zones[1] where federal law enforcement is not permitted, is truly an act of insurrection against the federal government."
Available at https://youtu.be/wUm8WUNVin0?t=165.

    c. Miller was asked, "Do you anticipate the federal government will cite the Insurrection Act in order to ramp up federal presence… in a city like Chicago," , and answered as follows:

> Well, the President has numerous authorities to ensure public safety and order in our communities. The President has the authority to

---

[1] Miller appears to be referring to Mayor Brandon Johnson—not Governor Pritzker—who had that same day signed an executive order providing that City-owned parking lots, garages, or vacant lots could not be used as staging areas, processing locations or operations bases for civil immigration enforcement.

send in the National Guard. The President has authority to surge in federal law enforcement, the President has the authority under [Section] 287(g) [of the Immigration and Nationality Act] to deputize officials across the country to engage in immigration and customs enforcement work. And many other tools and, of course, the Insurrection Act is one lawful statutory tool at the President's disposal. … We're not going to leave our citizens at the mercy of a Democrat criminal justice system…President Trump is not going to stand for it, that's the bottom line.

Available at https://youtu.be/wUm8WUNVin0?t=175.

**Attorney General Pamela Bondi**

12. In testimony before a Senate Judiciary panel oversight hearing on October 7, 2025, Attorney General Pamela Bondi responded to questions from Senator Dick Durbin concerning her understanding of the National Guard's mission in Chicago by suggesting she understood their mission to be concerned with civil law enforcement: "Currently the National Guard are on their way to [Chicago] and if you won't protect your citizens, President Trump will."

Available at https://www.youtube.com/watch?v=5lthjCc6JM0.

13. Later in the hearing, responding to Senator Thom Tillis's expression of concern about the National Guard "wad[ing] into local law enforcement…almost a sense that [the National Guard] become an arm of local law enforcement, I don't consider that a best practice," Bondi conceded that the National Guard was, in fact, engaging in law enforcement activities where President Trump has deployed them: "Well, I don't believe our National Guard want to be doing that, but they are going to be where they have to be to keep Americans safe." She went on to speak about the deployment of the National Guard to Memphis as an example, and how National Guard members were "working hand in hand with the Memphis Police Department." *Id.*

**FBI Director Kash Patel**

7

14. In an interview with Fox News alongside Deputy Attorney General Todd Blanche, FBI Director Kash Patel admitted that the National Guard's Chicago mission would be to engage in law enforcement activities:

> On the National Guard [in Chicago], just to add…it's needed and for an operational purpose of setting up perimeters. That's the clarity that the National Guard provides. We don't have the men and women in law enforcement in both setting up perimeters, securing the zones, riot gear, and also do the criminal investigative work that's necessary to prosecute those that are breaking the law. And that is exactly what the National Guard is for.

Available at https://www.foxnews.com/video/6382230019112.

**White House Website**

15. I have also reviewed the White House web page where, on October 6, 2025, a new Presidential Memorandum was posted titled: "Department of War Security for the Protection of Federal Personnel and Property in Illinois" ("Illinois Memorandum"), available at: https://www.whitehouse.gov/presidential-actions/2025/10/department-of-war-security-for-the-protection-of-federal-personnel-and-property-in-illinois/.

16. I also reviewed the RSS (Really Simple Syndication) feed for White House Presidential Actions, available at https://www.whitehouse.gov/presidential-actions/feed. RSS is a standardized, computer-readable format meant for websites "to publish frequently updated information" and "includes full or summarized metadata." Reviewing the RSS feed for the White House Presidential Actions shows an entry for the Illinois Memorandum with a metadata field showing it was published "Monday, October 6 2025 21:53:26 +0000 [4:53:26 PM Central Time]."

17. Viewing the HTML source of the Illinois Memorandum's web page shows a property titled "article:published_time" with a value "2025-10-06T21:53:26+00:00".

***

8

18. The facts in this declaration are accurate to the best of my knowledge as of 11:00 p.m. Central Time on Wednesday, October 8, 2025.

I declare under penalty of perjury that the foregoing is true and correct on October 8, 2025

                 /s/ Sheref Gaber

                    Sherief Gaber