**State Court Admissions**
Washington, DC: Bar No. 1029681, Admitted 12/7/2015
California: Bar No. 323562, Admitted 12/5/2018

**Federal Court Admissions**
SCOTUS: Admitted 4/4/2022
Ninth Circuit: Admitted 5/25/2018
Federal Circuit: Admitted 7/2/2025
D.C. Circuit: Admitted 8/4/2025
E.D. Mich.: Admitted 1/19/2016
D.D.C.: Admitted 9/22/2016
C.D. Cal.: Admitted 2/1/2021
N.D. Cal.: Admitted 7/23/2025

I voluntarily transferred to inactive status in the Virginia State Bar (referred to in Virginia as "associate status"), where I remain in good standing in associate status. My Virginia state bar number is 87903, first admitted 10/16/2014.