# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and the CITY OF CHICAGO,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*. | Case No. 1:25-cv-12174 |

## NOTICE OF FILING IN RESPONSE TO COURT'S ORDER OF OCTOBER 9, 2025

Defendants respectfully submit the attached Declaration of Major General Knell in response to the Court's order requiring Defendants to respond with respect to paragraph nine of Major General Knell's first declaration, ECF No. 62-3. The attached declaration of Major General Knell responds to the Court's order.

Dated: October 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

1

/s/ *Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
J. STEPHEN TAGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*