# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

State of Illinois, et al.

                    Plaintiff,

v.                                             Case No.: 1:25–cv–12174

                                                          Honorable April M. Perry

Donald J. Trump, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2025:

      MINUTE entry before the Honorable April M. Perry: In court hearing held on 10/9/2025. Motion for temporary restraining order [3] is granted in part, for the reasons stated on the record in open court, and for the reasons in the full written opinion to follow by 5:00 p.m. on 10/10/2025. Telephonic hearing set for 10/22/2025 at 9:00 a.m. Enter temporary restraining order. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.