UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>Defendants. | Case No. 25-cv-12174<br><br>**Judge April M. Perry** |

## **TEMPORARY RESTRAINING ORDER**

This Court GRANTS Plaintiffs' Motion for a Temporary Restraining Order, Doc. 3, and ORDERS as follows:

1. Defendants,[1] their officers, agents, assigns entered, and all persons acting in concert with them, are temporarily enjoined from ordering the federalization and deployment of the National Guard of the United States within Illinois.

2. This Temporary Restraining Order is at 5:55 P.M. central time on this 9th day of October 2025 and expires on October 23, 2025 at 11:59 P.M.

---

[1] President Trump, one of the name Defendants, is not enjoined by this Order.

3. Within two (2) calendar days of entry of this Temporary Restraining Order, Plaintiffs shall post a nominal bond of $100. The bond shall be filed in the Clerk's Office and be deposited into the registry of the Court.

4. Defendants' Request to Stay or Administratively Stay the Temporary Restraining Order, Doc. 62 at 58, is DENIED.

5. A telephone hearing will be held on October 22, 2025, at 9:00 A.M. to address whether this Temporary Restraining Order should be extended for an additional fourteen (14) calendar days.

Dated: October 9, 2025

_____
APRIL M. PERRY
United States District Judge