# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 10, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2798
>
> Caption:
> STATE OF ILLINOIS and CITY OF CHICAGO,
>     Plaintiffs - Appellees
>
> v.
>
> DONALD J. TRUMP, et al.,
>     Defendants - Appellants
>
> ---
>
> District Court No: 1:25-cv-12174
> Clerk/Agency Rep Thomas G. Bruton
> District Judge April M. Perry
>
> Date NOA filed in District Court: 10/09/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)