UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and the CITY OF CHICAGO,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br>　　　　　　　　*Defendants*. | Case No. 1:25-cv-12174 |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's October 9, 2025, Order Granting Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. ECF No. 67.

Dated: October 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ J. Stephen Tagert*
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
J. STEPHEN TAGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-5486
Email: stephen.tagert@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>Defendants. | Case No. 25-cv-12174<br><br>**Judge April M. Perry** |

**TEMPORARY RESTRAINING ORDER**

This Court GRANTS Plaintiffs' Motion for a Temporary Restraining Order, Doc. 3, and ORDERS as follows:

1. Defendants,[1] their officers, agents, assigns entered, and all persons acting in concert with them, are temporarily enjoined from ordering the federalization and deployment of the National Guard of the United States within Illinois.

2. This Temporary Restraining Order is at 5:55 P.M. central time on this 9th day of October 2025 and expires on October 23, 2025 at 11:59 P.M.

---

[1] President Trump, one of the name Defendants, is not enjoined by this Order.

3. Within two (2) calendar days of entry of this Temporary Restraining Order, Plaintiffs shall post a nominal bond of $100. The bond shall be filed in the Clerk's Office and be deposited into the registry of the Court.

4. Defendants' Request to Stay or Administratively Stay the Temporary Restraining Order, Doc. 62 at 58, is DENIED.

5. A telephone hearing will be held on October 22, 2025, at 9:00 A.M. to address whether this Temporary Restraining Order should be extended for an additional fourteen (14) calendar days.

Dated: October 9, 2025

*April M Perry*
APRIL M. PERRY
United States District Judge

APPEAL,GILBERT

# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.4) (Chicago)
# CIVIL DOCKET FOR CASE #: 1:25-cv-12174
# Internal Use Only

| | |
|---|---|
| State of Illinois et al v. Trump et al | Date Filed: 10/06/2025 |
| Assigned to: Honorable April M. Perry | Jury Demand: None |
| Case in other court: 25-02798 | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| Cause: 05:551 Administrative Procedure Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**State of Illinois**      represented by     **Christopher Graham Wells**
Illinois Attorney General's Office
Public Interest Division
115 S. LaSalle St.
Chicago, IL 60603
312-814-1134
Email: christopher.wells@ilag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah J. North**
Office of the Illinois Attorney General
Public Interest Division
115 S. LaSalle St.
Chicago, IL 60603
312-814-2683
Email: sarah.north@ilag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cara A Hendrickson**
Impact for Equity
25 East Washington St.
Suite 1515
Chicago, IL 60602
312-759-8250
Email: cara.hendrickson@ilag.gov
*ATTORNEY TO BE NOTICED*

**Katharine Roller**
115 South LaSalle Street
Ste 35th Floor
Chicago, IL 60603
773-519-1842
Fax: Not a member
Email: katharine.roller@ilag.gov
*ATTORNEY TO BE NOTICED*

        **Katherine Pannella**
Illinois Attorney General's Office
Civil Rights Bureau
115 S. LaSalle St.
Chicago, IL 60603
773-590-7083
Email: katherine.pannella@ilag.gov
*ATTORNEY TO BE NOTICED*

**Michael M. Tresnowski**
Illinois Attorney General's Office
Special Litigation
115 S LaSalle St
Ste 35th Floor
Chicago, IL 60603
773-758-4496
Email: Michael.Tresnowski@ilag.gov
*ATTORNEY TO BE NOTICED*

**Sarah Ann Hunger**
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(312) 814-5202
Fax: Not a member
Email: sarah.hunger@ilag.gov
*ATTORNEY TO BE NOTICED*

**Sherief Gaber**
Illinois Office Of The Attorney General
115 South Lasalle
Chicago, IL 60603
(773) 519-3015
Fax: Not a member
Email: sherief.gaber@ilag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City Of Chicago**     represented by    **Stephen J Kane**
City of Chicago
121 N. LaSalle Street
Room 600
Chicago, IL 60602
(312) 744-6934
Fax: Not a member
Email: Stephen.Kane@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chelsey Blaire Metcalf**
City Of Chicago Law Department
121 N. Lasalle St.
Suite 600

        Chicago, IL 60602
        (312) 744-9484
        Fax: Active
        Email: chelsey.metcalf@cityofchicago.org
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**      represented by      **Christopher David Edelman**
        U.S. Department of Justice, Civil Division,
        Federal Programs
        1100 L St. NW
        Washington, DC 20005
        (202) 305-8659
        Fax: US Govt Attorney
        Email: christopher.edelman@usdoj.gov
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Eric Hamilton**
        DOJ-Civ
        Civil Division
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        202-514-3301
        Fax: Not a member
        Email: eric.hamilton@usdoj.gov
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jean Lin**
        DOJ-Civ
        1100L St., N.W.
        Washington, DC 20005
        202-514-3716
        Email: jean.lin@usdoj.gov
        *ATTORNEY TO BE NOTICED*

        **John Stephen Tagert**
        U.S. Department of Justice, Civil Division
        1100 L Street NW
        Washington, DC 20005
        (202) 305-5486
        Fax: US Govt Attorney
        Email: stephen.tagert@usdoj.gov
        *ATTORNEY TO BE NOTICED*

        **Kathleen Carr Jacobs**
        DOJ-Civ
        1100 L Street NW
        District of Columbia, DC 20005
        202-305-3654

                    Fax: Not a member
                    Email: kathleen.c.jacobs@usdoj.gov
                    *ATTORNEY TO BE NOTICED*

                    **Michael J Gerardi**
                    US Department of Justice, Civil Division,
                    Federal Programs B
                    1100 L St., NOW
                    No. 12002
                    Washington, DC 20005
                    (202) 616-0680
                    Fax: US Govt Attorney
                    Email: michael.j.gerardi@usdoj.gov
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Homeland Security**    represented by **Christopher David Edelman**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Eric Hamilton**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Jean Lin**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **John Stephen Tagert**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Kathleen Carr Jacobs**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Michael J Gerardi**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**KRISTI NOEM**            represented by **Christopher David Edelman**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Eric Hamilton**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Jean Lin**

        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **John Stephen Tagert**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kathleen Carr Jacobs**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Michael J Gerardi**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Defense**     represented by     **Christopher David Edelman**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Eric Hamilton**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jean Lin**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **John Stephen Tagert**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kathleen Carr Jacobs**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Michael J Gerardi**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Hegseth**     represented by     **Christopher David Edelman**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Eric Hamilton**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jean Lin**

        (See above for address)
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Carr Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Gerardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Army**    represented by    **Christopher David Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Stephen Tagert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Carr Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Gerardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Driscoll**    represented by    **Christopher David Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Lin**

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John Stephen Tagert**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kathleen Carr Jacobs**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Michael J Gerardi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| <u>Amicus</u><br>**State of California** | represented by | **Barbara Horne-Petersdorf**<br>Office of the Attorney General for California<br>300 S. Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6667<br>Fax: Pro Hac Vice<br>Email: barbara.hornepetersdorf@doj.ca.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| <u>Amicus</u><br>**Governor Newsom in his Official Capacity as Governor of California** | represented by | **Barbara Horne-Petersdorf**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| <u>Amicus</u><br>**Cook County, Illinois** | represented by | **Jessica Megan Scheller**<br>Office of the Cook County States Attorney<br>500 Richard J. Daley Center<br>Chicago, IL 60602<br>312-603-6934<br>Fax: Active<br>Email: jessica.scheller@cookcountysao.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>Amicus</u><br>**Bipartisan Former Governors** | represented by | **Julie B. Porter**<br>Salvatore Prescott Porter & Porter PLLC<br>1010 Davis Street<br>Evanston, IL 60201<br>312-283-5711<br>Fax: Active |

Email: porter@spplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Porter**
Salvatore Prescott Porter & Porter
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
Fax: Active
Email: aporter@spplaw.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Amicus** | | |
| **Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals** | represented by | **Margaret Emily Truesdale**<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>70 West Madison Street<br>Suite 4000<br>Chicago, IL 60602<br>(312) 604-2630<br>Fax: Not a member<br>Email: mtruesdale@hsplegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Beau Cameron Tremitiere**<br>Protect Democracy United<br>300 Center Drive<br>Suite G-251<br>Superior, CO 80027<br>(202) 579-4582<br>Fax: Pro Hac Vice<br>Email: beau.tremitiere@protectdemocracy.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jane Petersen Bentrott**<br>Protect Democracy United<br>2020 Pennsylvania Avenue NW<br>Suite #163<br>Washington, DC 20006<br>(202) 579-4582<br>Fax: Pro Hac Vice<br>Email: jane.bentrott@protectdemocracy.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**State of Iowa, The**


V.

**Movant**

| | |
|---|---|
| **AMERICA FIRST LEGAL FOUNDATION** | represented by **R. Trent McCotter**<br>Boyden Gray PLLC<br>800 Connecticut ave. NW<br>Suite 900<br>Washington, DC 20006<br>202-706-5488<br>Email: tmccotter@boydengray.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/06/2025 | 1 | ☐ | COMPLAINT filed by City Of Chicago, State of Illinois ; Filing fee $ 405, receipt number AILNDC-24160860.(North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 2 | ☐ | MOTION by Plaintiffs City Of Chicago, State of Illinois for leave to file excess pages *UNOPPOSED* (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 3 | ☐ | MOTION by Plaintiffs City Of Chicago, State of Illinois for temporary restraining order *and preliminary injunction* (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 4 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Donald J. Trump by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 5 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Department of Homeland Security by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 6 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Kristi Noem by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 7 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Department of Defense by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 8 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Peter Hegseth by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 9 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) United States Army by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 10 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Daniel P. Driscoll by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |

| 10/06/2025 | 11 | ☐ | CIVIL Cover Sheet (North, Sarah) (Entered: 10/06/2025) |
|---|---|---|---|
| 10/06/2025 | | | CASE ASSIGNED to the Honorable April M. Perry. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. Case assignment: Random assignment. (Civil Category 2). (khg, ) (Entered: 10/06/2025) |
| 10/06/2025 | | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (khg, ) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒 | | SUMMONS - ERROR UNPROCESSED due to multiple parties listed on summons form in "to" section. Please only list one defendant per summons. Additionally, please submit a summons for the U.S. Attorney and U.S. Attorney General per F.R.C.P. Rule 4. (axk, ) (Entered: 10/06/2025) |
| 10/06/2025 | 12 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Christopher Graham Wells (Wells, Christopher) (Entered: 10/06/2025) |
| 10/06/2025 | 13 | ☐ | MEMORANDUM by City Of Chicago, State of Illinois in support of motion for temporary restraining order 3 (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21)(North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 14 | ☐ | ATTORNEY Appearance for Plaintiff City Of Chicago by Chelsey Blaire Metcalf (Metcalf, Chelsey) (Entered: 10/06/2025) |
| 10/06/2025 | 15 | ☐ | ATTORNEY Appearance for Plaintiff City Of Chicago by Stephen J Kane (Kane, Stephen) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒 🔒 16 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Donald J. Trump by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒 🔒 17 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Department of Homeland Security by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒 🔒 18 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Kristi Noem by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒 🔒 19 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Department of Defense by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |

| 10/06/2025 | 🔒🔒 | 20 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Peter Hegseth by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
|---|---|---|---|---|
| 10/06/2025 | 🔒🔒 | 21 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) United States Army by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒🔒 | 22 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Daniel P. Driscoll by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒🔒 | 23 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) United States Attorney, Andrew S. Boutros by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒🔒 | 24 | ☐ | SUMMONS Submitted (Court Participant) for defendant(s) Pamela Bondi by Plaintiff State of Illinois (North, Sarah) (Entered: 10/06/2025) |
| 10/06/2025 | | 25 | ☐ | MINUTE entry before the Honorable April M. Perry: Status hearing to be held 10/6/2025 at 2pm in person in Courtroom 1725. Mailed notice. (jcc,) (Entered: 10/06/2025) |
| 10/06/2025 | | 26 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Sherief Gaber (Gaber, Sherief) (Entered: 10/06/2025) |
| 10/06/2025 | 🔒 | 27 | ☐ | SUMMONS Issued (Court Participant) as to Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army, U.S. Attorney, and U.S. Attorney General (Attachments: # 1 summons, # 2 summons, # 3 summons, # 4 summons, # 5 summons, # 6 summons, # 7 summons, # 8 summons)(axk, ) (Entered: 10/06/2025) |
| 10/06/2025 | | 28 | ☐ | ATTORNEY Appearance for Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army by Jean Lin (Lin, Jean) (Entered: 10/06/2025) |
| 10/06/2025 | | 29 | ☐ | ATTORNEY Appearance for Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army by Christopher David Edelman (Edelman, Christopher) (Entered: 10/06/2025) |
| 10/06/2025 | | 30 | ☐ | MINUTE entry before the Honorable April M. Perry: Status hearing held 10/6/2025. Defendants are given until 10/8/2025 at 11:59 p.m. to file any written response to Plaintiffs' motion for a temporary restraining order and preliminary injunction 3 . The Court expects that the written response will include evidence about: (1) when National Guard troops will arrive in Illinois; (2) what municipalities within Illinois troops will be sent to; and (3) what the scope of the troops' activities will be once here. Oral argument will be held 10/9/2025 at 11:00 a.m. in person in Courtroom 1725. To the extent there are additional factual developments between now and 10/9/2025 at 11:00 a.m., the parties may supplement their filings with additional evidence, or request that Thursday's oral argument be converted to an |

| | | | |
|---|---|---|---|
| | | | evidentiary hearing. Plaintiffs' motion for leave to file excess pages 2 is granted. Mailed notice. (jcc,) (Entered: 10/06/2025) |
| 10/06/2025 | 31 | ☐ | CERTIFICATE of Service by Plaintiff State of Illinois regarding complaint 1 , summons issued as to USA (Court Participant), 27 (Gaber, Sherief) (Entered: 10/06/2025) |
| 10/07/2025 | 32 | ☐ | ENTERED IN ERROR. (Entered: 10/07/2025) |
| 10/07/2025 | 33 | ☐ | MINUTE entry before the Honorable April M. Perry: For the attorneys' planning purposes, Thursday's oral argument will proceed as follows: (1) Plaintiffs will be permitted 10 minutes for an opening argument, after which Defendants will be permitted 10 minutes for an opening argument; (2) the Court will ask the parties questions regarding the evidence and the law; (3) based upon the Court's questions and presentations by the opposing party, each side will be permitted to make a 15-minute closing argument. Plaintiffs may reserve up to 5 minutes of their closing argument time for rebuttal. Mailed notice. (jcc,) (Entered: 10/07/2025) |
| 10/07/2025 | 34 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Michael M. Tresnowski (Tresnowski, Michael) (Entered: 10/07/2025) |
| 10/07/2025 | 35 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Katherine Pannella (Pannella, Katherine) (Entered: 10/07/2025) |
| 10/07/2025 | 36 | ☐ | MOTION for Leave to Appear Pro Hac Vice on behalf of State of California, Governor Newsom in his Official Capacity as Governor of California by Barbara Horne-Petersdorf; Filing fee $ 150, receipt number AILNDC-24168161. (Horne-Petersdorf, Barbara) (Entered: 10/07/2025) |
| 10/07/2025 | 37 | ☐ | ATTORNEY Appearance for Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army by Kathleen Carr Jacobs (Jacobs, Kathleen) (Entered: 10/07/2025) |
| 10/07/2025 | 38 | ☐ | ATTORNEY Appearance for Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army by John Stephen Tagert (Tagert, John) (Entered: 10/07/2025) |
| 10/07/2025 | 39 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Katharine Roller (Roller, Katharine) (Entered: 10/07/2025) |
| 10/07/2025 | 40 | ☐ | MOTION by Amicus Parties Governor Newsom in his Official Capacity as Governor of California, State of California for leave to file *Amici Curiae Brief (filed on behalf of the State of California and Governor Newsom, in his official capacity as Governor of California) in Support of Plaintiffs' Motion for Temporary Restraining Order (Unopposed)* (Attachments: # 1 Brief for the State of California and Governor Newsom as Amici Curiae in Support of Plaintiffs' Motion for Temporary Restraining Order)(Horne-Petersdorf, Barbara) (Entered: 10/07/2025) |

| Date | # | | Description |
|---|---|---|---|
| 10/07/2025 | 41 | ☐ | ATTORNEY Appearance for Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army by Michael J Gerardi (Gerardi, Michael) (Entered: 10/07/2025) |
| 10/07/2025 | 🔒 42 | ☐ | TRANSCRIPT OF PROCEEDINGS held on 10/06/2025 before the Honorable April M. Perry. Order Number: 53178. Court Reporter Contact Information: Noreen Resendez, noreen_resendez@ilnd.uscourts.gov,312.582.5267.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/28/2025. Redacted Transcript Deadline set for 11/7/2025. Release of Transcript Restriction set for 1/5/2026. (Resendez, Noreen) (Entered: 10/07/2025) |
| 10/07/2025 | 43 | ☐ | ATTORNEY Appearance for Amicus Cook County, Illinois by Jessica Megan Scheller (Scheller, Jessica) (Entered: 10/07/2025) |
| 10/07/2025 | 44 | ☐ | MOTION by Amicus Cook County, Illinois for leave to file<br><br>(Attachments: # 1 PROPOSED BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION BY AMICUS CURIAE COOK COUNTY, ILLINOIS, # 2 Exhibit 1, Declaration of Guy Lisuzzo, # 3 Exhibit 2. Declaration of Jose Villarrael, # 4 Exhibit 3. Declaration of Sharone Mitchell, Jr.)(Scheller, Jessica) (Entered: 10/07/2025) |
| 10/08/2025 | 45 | ☐ | MINUTE entry before the Honorable April M. Perry: Motions for leave to appear pro hac vice 36 and to file an amici curiae brief 40 are granted. Cook County's motion for leave to file an amicus curiae brief 44 is also granted. Mailed notice. (jcc,) (Entered: 10/08/2025) |
| 10/08/2025 | 46 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Cara A Hendrickson (Hendrickson, Cara) (Entered: 10/08/2025) |
| 10/08/2025 | 47 | ☐ | MOTION by Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army for leave to file excess pages *opposition to motion for TRO or preliminary injunction, ECF No. 13 (unopposed)*<br><br>(Gerardi, Michael) (Entered: 10/08/2025) |
| 10/08/2025 | 48 | ☐ | MINUTE entry before the Honorable April M. Perry: Defendants' motion for leave to file a response brief of up to 52 pages 47 is granted. Mailed notice. (jcc,) (Entered: 10/08/2025) |
| 10/08/2025 | 49 | ☐ | MEMORANDUM by Cook County, Illinois in support of motion for temporary restraining order 3 *BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION BY AMICUS CURIAE COOK COUNTY, ILLINOIS* (Attachments: # 1 Exhibit 1. Declaration of Guy |

| | | | |
|---|---|---|---|
| | | | Lisuzzo, # 2 Exhibit 2. Declaration of Jose Villarrael, # 3 Exhibit 3. Declaration of Sharone Mitchell, Jr.)(Scheller, Jessica) (Entered: 10/08/2025) |
| 10/08/2025 | 50 | ☐ | MOTION for Leave to Appear Pro Hac Vice on behalf of AMERICA FIRST LEGAL FOUNDATION by R. Trent McCotter; Filing fee $ 150, receipt number AILNDC-24174778.<br><br>(McCotter, R. Trent) (Entered: 10/08/2025) |
| 10/08/2025 | 51 | ☐ | MOTION by Movant AMERICA FIRST LEGAL FOUNDATION for leave to file *Amicus Curiae Brief in Support of Defendants*<br><br>(Attachments: # 1 Exhibit Proposed Amicus Brief)(McCotter, R. Trent) (Entered: 10/08/2025) |
| 10/08/2025 | 52 | ☐ | ATTORNEY Appearance for Defendants Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army by Eric Hamilton (Hamilton, Eric) (Entered: 10/08/2025) |
| 10/08/2025 | 53 | ☐ | ATTORNEY Appearance for Amicus Bipartisan Former Governors by Julie B. Porter (Porter, Julie) (Entered: 10/08/2025) |
| 10/08/2025 | 54 | ☐ | MOTION by Amicus Bipartisan Former Governors for leave to file *Amici Curiae Brief*<br><br>(Attachments: # 1 Brief in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction)(Porter, Julie) (Entered: 10/08/2025) |
| 10/08/2025 | 55 | ☐ | ATTORNEY Appearance for Amicus Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals by Margaret Emily Truesdale (Truesdale, Margaret) (Entered: 10/08/2025) |
| 10/08/2025 | 56 | ☐ | MOTION by Amicus Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals for leave to file *Amici Curiae Brief in Support of Neither Party*<br><br>(Attachments: # 1 Exhibit 1-Brief of Amici Curiae)(Truesdale, Margaret) (Entered: 10/08/2025) |
| 10/08/2025 | 57 | ☐ | MOTION by Amicus Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals to file instanter *Brief in Excess of 15 Pages*<br><br>(Truesdale, Margaret) (Entered: 10/08/2025) |
| 10/08/2025 | 58 | ☐ | MOTION by Amicus State of Iowa, The for leave to file *AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS*<br><br>(Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Amicus Brief)(Wessan, Eric) (Entered: 10/08/2025) |
| 10/08/2025 | 59 | ☐ | ATTORNEY Appearance for Amicus Bipartisan Former Governors by Andrew C. Porter (Porter, Andrew) (Entered: 10/08/2025) |
| 10/08/2025 | 60 | ☐ | MINUTE entry before the Honorable April M. Perry: Motions for leave to appear pro hac vice 50 and for leave to file amicus curiae 51 |

| | | | |
|---|---|---|---|
| | | | 54 56 58 and to file an oversized brief 57 are all granted. Mailed notice. (jcc,) (Entered: 10/08/2025) |
| 10/08/2025 | 61 | ☐ | MEMORANDUM *of Bipartisn Former Governors as amici curiae in support of plaintiffs' motion for a temporary restraining order and preliminary injunction* (Porter, Andrew) (Entered: 10/08/2025) |
| 10/08/2025 | 62 | ☐ | MEMORANDUM by Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army in Opposition to motion for temporary restraining order 3 (Attachments: # 1 Nordhaus Decl., # 2 Hott Decl., # 3 Knell Decl., # 4 Parra Decl.)(Gerardi, Michael) (Entered: 10/08/2025) |
| 10/08/2025 | 🔒 | | (Court only) Entered in error (daj, ) Modified on 10/9/2025 (daj, ). (Entered: 10/09/2025) |
| 10/09/2025 | 63 | ☐ | SUPPLEMENT to memorandum in support of motion,, 13 (Attachments: # 1 Index of Exhibits, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25)(Tresnowski, Michael) (Entered: 10/09/2025) |
| 10/09/2025 | 64 | ☐ | MOTION for Leave to Appear Pro Hac Vice on behalf of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals by Jane Petersen Bentrott; Filing fee $ 150, receipt number AILNDC-24181752. (Attachments: # 1 Supplement list of court admissions)(Bentrott, Jane) (Entered: 10/09/2025) |
| 10/09/2025 | 65 | ☐ | NOTICE by All Defendants *of Filing in Response to Court's Order of October 9, 2025* (Attachments: # 1 Declaration of Major General Knell)(Edelman, Christopher) (Entered: 10/09/2025) |
| 10/09/2025 | 66 | ☐ | MINUTE entry before the Honorable April M. Perry: In court hearing held on 10/9/2025. Motion for temporary restraining order 3 is granted in part, for the reasons stated on the record in open court, and for the reasons in the full written opinion to follow by 5:00 p.m. on 10/10/2025. Telephonic hearing set for 10/22/2025 at 9:00 a.m. Enter temporary restraining order. Mailed notice. (jcc,) (Entered: 10/09/2025) |
| 10/09/2025 | 67 | ☐ | TEMPORARY Restraining Order. Signed by the Honorable April M. Perry on 10/9/2025. Mailed notice. (jcc,) (Entered: 10/09/2025) |
| 10/09/2025 | 68 | ☐ | NOTICE of appeal by Department of Defense, Department of Homeland Security, Daniel Driscoll, Peter Hegseth, KRISTI NOEM, Donald J. Trump, United States Army regarding orders 67 Receipt number: y (Tagert, John) (Entered: 10/09/2025) |
| 10/10/2025 | 69 | ☐ | ATTORNEY Appearance for Plaintiff State of Illinois by Sarah Ann Hunger (Hunger, Sarah) (Entered: 10/10/2025) |
| 10/10/2025 | | | check BOND in the amount of $ 100.00 Rcpt. No: 100025242 posted by State of Illinois (khg, ) (Entered: 10/10/2025) |
| 10/10/2025 | 70 | ☐ | OPINION and Order. Signed by the Honorable April M. Perry on 10/10/2025. Mailed notice. (jcc,) (Entered: 10/10/2025) |

| | | | |
|---|---|---|---|
| 10/10/2025 | 71 | ☐ | MOTION for Leave to Appear Pro Hac Vice on behalf of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals by Beau Cameron Tremitiere; Filing fee $ 150, receipt number AILNDC-24188761. (Tremitiere, Beau) (Entered: 10/10/2025) |
| 10/10/2025 | 73 | ☐ | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 68 ; USCA Case No. 25-2798. (jh, ) (Entered: 10/14/2025) |
| 10/14/2025 | 72 | ☐ | MINUTE entry before the Honorable April M. Perry: Motions for Leave to Appear Pro Hac Vice 64 and 71 are granted. Mailed notice. (jcc,) (Entered: 10/14/2025) |
| 10/14/2025 | 74 | ☐ | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 68 . (jh, ) (Entered: 10/14/2025) |

[View Selected]

or

[Download Selected]