


UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**State of Illinois, et al**, Plaintiffs, v. **Donald J. Trump, et al**, Defendants.

**Case No. 1:25-cv-12174 MOTION TO INTERVENE AS PLAINTIFF**

**TO THE HONORABLE APRIL M. PERRY:**

Plaintiff **Jacob Valine**, proceeding pro se, respectfully moves to intervene in the above-captioned matter pursuant to Rule 24(a)(2) and (b) of the Federal Rules of Civil Procedure.

Plaintiff is the named pro se litigant in *Valine v. Trump et al*, Case No. 1:25-cv-08317-LTS (S.D.N.Y.), which raises substantially similar constitutional claims arising from the same federal conduct challenged in this action. Plaintiff seeks declaratory and injunctive relief to preserve judicial authority, state sovereignty, and constitutional structure.

Plaintiff's interests are not adequately represented by the existing parties, and disposition of this case may impair Plaintiff's ability to protect those interests. Intervention will promote judicial economy and reinforce the national significance of the constitutional questions presented.

Plaintiff respectfully requests leave to file an intervenor complaint and participate in briefing on any pending motions for injunctive relief.

**Respectfully submitted,** Jacob Valine

