BC PJJ

FILED
10/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

**Jacob Valine**, Proposed Intervenor-Plaintiff, v. **Donald J. Trump, Department of Defense, Department of Homeland Security, Kristi Noem, Peter Hegseth, United States Army, Daniel Driscoll, U.S. Attorney General**, Defendants.

**Case No. 1:25-cv-12174 INTERVENOR COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE FOURTEENTH AMENDMENT**

## I. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. Venue is proper under 28 U.S.C. § 1391(b) as the defendants' conduct directly affected the State of Illinois and other jurisdictions through discriminatory enforcement and deployment practices.

This action arises under:

- **Fourteenth Amendment – Equal Protection Clause**
- **42 U.S.C. § 1983 – Civil Rights Violation**
- **28 U.S.C. § 2201 – Declaratory Judgment**

## II. PARTIES

**Intervenor-Plaintiff**: Jacob Valine, a resident of Windsor, Colorado, and the named plaintiff in *Valine v. Trump et al*, SDNY Case No. 1:25-cv-08317-LTS.

**Defendants**:

- **Donald J. Trump** – President of the United States
- **Department of Defense**
- **Department of Homeland Security**
- **Kristi Noem** – Secretary of Homeland Security
- **Peter Hegseth** – Secretary of Defense
- **United States Army**
- **Daniel Driscoll** – Military official
- **U.S. Attorney General**

## III. STATEMENT OF CLAIM

In September and October 2025, federal officials—including President Trump and senior agency heads—ordered National Guard deployments and enforcement actions that disproportionately targeted states with opposing political leadership, including Illinois.

These actions were not neutral. They reflected **discriminatory intent** and **retaliatory enforcement**, violating the Equal Protection Clause of the Fourteenth Amendment.

Plaintiff alleges that:

- Federal deployments were used to punish states that challenged executive authority.
- Enforcement actions were concentrated in jurisdictions with active litigation or dissent.
- These actions created a chilling effect on lawful dissent and violated Plaintiff's right to equal protection under the law.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests:

1. A declaratory judgment affirming that federal enforcement actions must comply with the Equal Protection Clause.
2. An injunction prohibiting discriminatory deployments or enforcement targeting specific states or political groups.
3. A declaratory judgment affirming that retaliatory use of federal power violates civil rights under § 1983.
4. An injunction requiring federal agencies to cease enforcement actions in jurisdictions where such actions reflect discriminatory intent.
5. Any further relief the Court deems just and proper to prevent irreparable harm and preserve constitutional equality.

**Respectfully submitted,** Jacob Valine

*Jacob Valine*