**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

State of Illinois, et al.
                            Plaintiff,

v.                                                       Case No.: 1:25−cv−12174
                                                          Honorable April M. Perry

Donald J. Trump, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable April M. Perry: Prior to the hearing 10/22/2025, the parties are asked to meet and confer regarding proposed next steps for this litigation, including: (1) expedited discovery that may be appropriate to further develop the factual record; (2) additional briefing that the parties may want to present; and (3) whether there is any value to an early settlement conference. To the extent the parties agree any of the above would be appropriate, they should also discuss whether they would entertain an agreed extension of the TRO beyond 14 additional days (without prejudice to continuing to pursue appellate relief). The parties are asked to submit a joint status report by 12:00 pm CST 10/21/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.