UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | Case No. 25 Cv 12174 <br><br> Judge Perry |

**PLAINTIFF STATE OF ILLINOIS' UNOPPOSED MOTION TO STRIKE AND WITHDRAW ECF 87**

Plaintiff the State of Illinois respectfully moves to strike and withdraw docket entry ECF 87, which was filed inadvertently. In support of its motion, plaintiff states as follows:

1. Shortly after noon on October 21, 2025, undersigned counsel filed the parties' Joint Status Report through the Court's ECF system. ECF 87.

2. Within minutes, the undersigned was informed by opposing counsel that the document filed as ECF 87 contained a marginal comment by opposing counsel. The comment should have been deleted by the undersigned prior to filing but was inadvertently overlooked.

3. Subsequently, the State filed a corrected version of the Joint Status Report that does not contain the extraneous material. ECF 88.

4. The State now moves to strike and withdraw ECF 87.

5. Counsel for defendants does not oppose this motion. Counsel for plaintiff the City of Chicago does not oppose this motion.

WHEREFORE, the State respectfully asks this Court to strike ECF 87 and remove it from the Court's docket.

Dated: October 21, 2025 Respectfully submitted,

/s/ Gretchen Helfrich
Deputy Bureau Chief
Special Litigation Bureau
Office of the Illinois Attorney General
115 South Lasalle Street
35th Floor
Chicago, Illinois 60603
(312) 814-3000
Gretchen.Helfrich@ilag.gov

*Counsel for the State of Illinois*