# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>             Defendants. | Case No. 25 Cv 12174<br><br>Judge Perry |

## NOTICE OF PRESENTMENT

TO:     ALL COUNSEL OF RECORD

     YOU ARE HEREBY NOTIFIED that at 10:00 a.m. on October 28, 2025, I shall appear before the Honorable April M. Perry, or any judge sitting in her stead, in Courtroom 1725 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff State Of Illinois' Unopposed Motion to Strike and Withdraw ECF 87, a copy of which was served upon you via the Court's ECF system (ECF 90).


Dated: October 22, 2025                    Respectfully submitted,


                                           /s/   Gretchen Helfrich
                                           Deputy Bureau Chief
                                           Special Litigation Bureau
                                           Office of the Illinois Attorney General

115 South LaSalle Street
35th Floor
Chicago, Illinois 60603
(312) 814-3000
Gretchen.Helfrich@ilag.gov

*Counsel for the State of Illinois*