# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

State of Illinois, et al.
                    Plaintiff,

v.                                       Case No.: 1:25−cv−12174
                                                       Honorable April M. Perry

Donald J. Trump, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable April M. Perry: Status hearing held 10/22/2025 at 9:00 a.m. via telephone, to discuss next steps in this matter. Status hearing to resume at 3:00 p.m. CST after the parties have consulted with their clients and conferred with each other. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.