UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

State of Illinois, et al.
                          Plaintiff,

v.                                                   Case No.: 1:25−cv−12174
                                                      Honorable April M. Perry

Donald J. Trump, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable April M. Perry: Continued status hearing held 10/22/2025 at 3:00 p.m. Defendants propose an extension of the TRO until a final decision on the merits is reached, without prejudice to Defendants' continued pursuit of appellate relief and subject to any relief granted on appeal. Plaintiff accepts Defendants' proposal. The Court will enter an order consistent with the agreement of the parties on 10/23/2025, because extending the TRO will allow Defendants to allocate their legal resources in the way they feel is most appropriate and give the parties time to conduct fact discovery and submit well−reasoned legal briefs and motions on the complex and weighty topics raised in this matter. Defendants to answer or otherwise plead to the complaint consistent with the timeframes set forth in the Federal Rules of Civil Procedure. The parties are asked to meet and confer about a discovery schedule and file a joint status report regarding discovery by 11/4/2025. The parties agree that should the Supreme Court issue any ruling in this case, they will submit a joint status report within 24 hours. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.