UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>        Defendants. | Case No. 25-cv-12174<br><br>Judge April M. Perry |

## AGREED EXTENSION OF TEMPORARY RESTRAINING ORDER

In a hearing on October 22, 2025, the parties reached agreement to have the Temporary Restraining Order, entered on October 9, 2025, extended until a final judgment on the merits is reached in this case. Defendants proposed and consented to this extension in part due to their interest in allocating their legal resources most effectively given pending litigation in other venues. The Court also concludes that there is good cause to extend the TRO, consistent with the factual findings and legal reasoning set forth in its Opinion and Order of October 10, 2025. Doc. 70. Accordingly, upon consent of the parties and with good cause shown, the Court ORDERS as follows:

1. Defendants,[1] their officers, agents, assigns entered, and all persons acting in concert with them, continue to be temporarily enjoined from ordering the federalization and deployment of the National Guard of the United States within Illinois until a final judgment on the merits is reached in this case.

2. The injunction against federalization of the National Guard contained in paragraph 1, above, is stayed pending appeal consistent with the Seventh Circuit's Opinion of October 16, 2025, in Case No. 25-2798.

3. This Order is entered without prejudice to Defendants' right to pursue appellate relief and is subject to any relief granted on appeal.

4. Nothing in this Order abridges the right of any party to seek its modification by this Court in the future.

5. The $100 bond posted by Plaintiffs shall remain with the Court until a final disposition of this case, or until this Order is terminated.

Dated: October 23, 2025 at 2:42 p.m.

*April M. Perry*
APRIL M. PERRY
United States District Judge

---

[1] President Trump, one of the named Defendants, is not enjoined by this Order.