UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | Case No. 25 Cv 12174 <br><br> Judge Perry |

**JOINT INITIAL DISCOVERY PLAN**

Pursuant to this Court's order of October 22, 2025, *see* ECF No. 96, Federal Rule of Civil Procedure 26(f), and this Court's individual practices, the parties met and conferred and now propose the following joint discovery plan:

I.     **Scope of Discovery**

The parties expect to engage in written and testimonial fact discovery, as well as expert discovery, related to their respective claims and defenses. Plaintiffs intend to seek discovery relating to the facts and process underlying the decision to federalize and deploy National Guard of the United States into Illinois for the purposes set forth in the various applicable memoranda.

Each side reserves the right to object to any requested discovery, including the scope of any request.

II. **Discovery Schedule**

Rule 26(a)(1) disclosures: November 12, 2025

First date by which to issue written discovery: November 18, 2025

Responses to first set of written discovery due: December 18, 2025

Fact discovery completion date: February 27, 2026

Joint Status Report Deadline to include Expert Discovery Schedule: March 6, 2026

Dispositive motions: The parties agree to propose a schedule for briefing dispositive motions near completion of expert discovery and reserve the right to file a dispositive motion while discovery is in progress.

III. **Trial**

The parties anticipate that a bench trial in this matter, if one proves necessary, would take approximately four days.

Dated: November 4, 2025

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois<br><br>by:<br><br>/s/ Gretchen Helfrich<br><br>CARA HENDRICKSON<br>Executive Deputy Attorney General<br>CHRISTOPHER WELLS<br>Division Chief, Public Interest Division<br>SARAH J. NORTH<br>Deputy Division Chief, Public Interest Division<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>GRETCHEN HELFRICH<br>Deputy Chief, Special Litigation Bureau<br>KATHERINE PANNELLA<br>Senior Assistant Attorney General<br>SHERIEF GABER<br>MICHAEL TRESNOWSKI<br>Assistant Attorneys General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>31st Floor<br>Chicago, Illinois 60603<br>(312) 814-3000<br>Cara.Hendrickson@ilag.gov<br>Christopher.Wells@ilag.gov<br>Sarah.North@ilag.gov<br>Katharine.Roller@ilag.gov<br>Gretchen.Helfrich@ilag.gov<br>Katherine.Pannella@ilag.gov<br>Sherief.Gaber@ilag.gov<br>Michael.Tresnowski@ilag.gov<br><br>*Counsel for the State of Illinois* | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>*/s/ Jody D. Lowenstein*<br>CHRISTOPHER D. EDELMAN<br>(DC Bar No. 1033486)<br>Senior Counsel<br>BENJAMIN S. KURLAND<br>(DC Bar No. 1617521)<br>JODY D. LOWENSTEIN<br>(MT Bar No. 55816869)<br>KATHLEEN C. JACOBS<br>(TX Bar No. 24091154)<br>J.STEPHEN TAGERT<br>(VA Bar No. 99641)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 598-9280<br>Email:<br>jody.d.lowenstein@usdoj.gov<br><br>*Attorneys for Defendants* |

3

MARY B. RICHARDSON-LOWRY

Corporation Counsel of the City of Chicago

By: /s/ Stephen J. Kane
STEPHEN J. KANE
CHELSEY B. METCALF
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
stephen.kane@cityofchicago.org
chelsey.metcalf@cityofchicago.org

*Counsel for the City of Chicago*