**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

State of Illinois, et al.
                              Plaintiff,

v.                                                       Case No.: 1:25−cv−12174
                                                         Honorable April M. Perry

Donald J. Trump, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

    MINUTE entry before the Honorable April M. Perry: The Court appreciates the Joint Initial Discovery Plan submitted by the parties [99] and adopts their proposed schedule: Rule 26(a)(1) disclosures are due by 11/12/2025; written discovery to be issued 11/18/2025; responses to first set of written discovery due by 12/18/2025. Fact discovery is to be completed by 2/27/2026. The parties will submit a joint status report which includes proposed expert discovery dates by 3/6/2026. This case is referred to the Magistrate Judge for discovery supervision, including the authority to adjust and extend all deadlines, and to conduct a settlement conference if requested by the parties. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.