**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

State of Illinois, et al.

Plaintiff,

v.                                                      Case No.: 1:25−cv−12174

Honorable April M. Perry

Donald J. Trump, et al.

Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: Discovery Supervision, including the authority to adjust and extend all deadlines, and to conduct a settlement conference if requested by the parties. (jcc,) Mailed notice.

Dated: November 5, 2025

/s/ April M. Perry

United States District Judge