**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

State of Illinois, et al.
                          Plaintiff,

v.                                                     Case No.: 1:25−cv−12174
                                                        Honorable April M. Perry

Donald J. Trump, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for the purposes of discovery supervision, including the authority to adjust and extend all deadlines, and to conduct a settlement conference if requested by the parties. The parties shall file a short joint status report by 11/24/25 confirming that Rule 26(a)(1) disclosures were made by 11/12/25 and written discovery was served by 11/18/25 per their proposal [99] and the District Judge's order [101]. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.