# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

State of Illinois, et al.

                              Plaintiff,

v.                                              Case No.: 1:25−cv−12174
                                                Honorable April M. Perry

Donald J. Trump, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 26, 2025:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the
parties' Joint Status Report [106]. The parties shall file an updated joint status report on
12/30/25 that addresses the parties' progress with written discovery including production
of documents. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.