# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>　　　　　　　　　　　*Plaintiffs*,<br>　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, States, *et al.*,<br>　　　　　　　　　　　*Defendants*. | Case No. 1:25-cv-12174<br><br>**Consent Motion to Extend Deadline to Respond to the Complaint** |

Defendants respectfully request that the Court grant an extension of Defendants' deadline to respond to the complaint from December 5, 2025 to **January 5, 2026**. In support, Defendants state as follows:

1. Plaintiffs filed a complaint against Defendants on October 6, 2025. *See* Compl. (ECF No. 1). The U.S. Attorney for the Northern District of Illinois was served on October 6, 2025. *See* Proof of Service (ECF No. 31).

2. Under Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to respond is December 5, 2025.

3. Due to competing responsibilities in other cases, Defendants request additional time to respond to the complaint and respectfully request that their deadline be extended until Monday, January 5, 2026. Undersigned counsel conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to the requested relief.

4. The extension will not affect any other existing deadlines or otherwise cause undue delay.

Therefore, Defendants respectfully request that their deadline to respond to the complaint be extended until **January 5, 2026**.

| | |
|---|---|
| Dated: November 27, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | ERIC J. HAMILTON<br>(NE Bar No. 25886)<br>Deputy Assistant Attorney General<br>Federal Programs Branch |
| | ALEXANDER K. HAAS<br>(CA Bar No. 220932)<br>Branch Director<br>Federal Programs Branch |

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel
Federal Programs Branch

TIBERIUS DAVIS
(DC Bar No. 90020605)
JOHN BAILEY
(Ohio Bar No. 104260)
Counsel to Assistant Attorney General

/s/ *Kian K. Azimpoor*
 MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
JODY D. LOWENSTEIN
(MT Bar No. 55816869)
J. STEPHEN TAGERT
(VA Bar No. 99641)
KIAN K. AZIMPOOR
(DC Bar No. 90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 598-0860
kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*