**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-12174 |

**[PROPOSED] ORDER**

Having considered Defendants' consent motion to extend the deadline to respond to the Complaint, the Court hereby **ORDERS** that Defendants' motion is **GRANTED**. Defendants shall respond to the Complaint on or before January 5, 2026.

**IT IS SO ORDERED.**


Date: _____, 2025

_____
April M. Perry
United States District Judge