**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>       Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>       Defendants. | Case No. 25-cv-12174<br><br>Judge April M. Perry<br><br>Mag. Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

      The parties submit this joint status report in accordance with the Court's October 22, 2025 minute order (ECF 96). At the parties' request, the Court directed the parties to submit a joint status report within 24 hours of a ruling by the U.S. Supreme Court on Defendants' stay request in their interlocutory appeal. Yesterday, December 23, 2025, the Supreme Court denied Defendants' motion to stay this Court's October 9, 2025 temporary restraining order (ECF 67, 70), which was extended by agreement as modified by the Seventh Circuit on October 22, 2025 (ECF 96).

      Counsel for Plaintiffs and Defendants have conferred and agree that, in light of the imminent holidays, the parties would benefit from more time to review the Supreme Court's ruling

and confer about next steps in this litigation. The parties respectfully propose that the Court allow them up to and including January 9, 2026, to submit an updated joint status report.

Date: December 24, 2025

Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| By: /s/ Christopher G. Wells<br>CARA HENDRICKSON<br>Executive Deputy Attorney General<br>CHRISTOPHER WELLS<br>Division Chief, Public Interest Division<br>SARAH J. NORTH<br>Deputy Division Chief, Public Interest Division<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>GRETCHEN HELFRICH<br>Deputy Chief, Special Litigation Bureau<br>KATHERINE PANNELLA<br>Senior Assistant Attorney General<br>SHERIEF GABER<br>MICHAEL TRESNOWSKI<br>Assistant Attorneys General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>31st Floor<br>Chicago, Illinois 60603<br>(312) 814-3000<br>Cara.Hendrickson@ilag.gov<br>Christopher.Wells@ilag.gov<br>Sarah.North@ilag.gov<br>Katharine.Roller@ilag.gov<br>Gretchen.Helfrich@ilag.gov<br>Katherine.Pannella@ilag.gov<br>Sherief.Gaber@ilag.gov<br>Michael.Tresnowski@ilag.gov<br><br>*Counsel for the State of Illinois* | ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>*/s/ J. Stephen Tagert*<br>CHRISTOPHER D. EDELMAN<br>(DC Bar No. 1033486)<br>Senior Counsel<br>BENJAMIN S. KURLAND<br>(DC Bar No. 1617521)<br>JODY D. LOWENSTEIN<br>(MT Bar No. 55816869)<br>KATHLEEN C. JACOBS<br>(TX Bar No. 24091154)<br>J. STEPHEN TAGERT<br>(VA Bar No. 99641)<br>JOHN BAILEY<br>MICHAEL J. GERARDI<br>KIAN K. AZIMPOOR<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 598-9280<br>Email: jody.d.lowenstein@usdoj.gov<br><br>*Attorneys for Defendants* |

MARY B. RICHARDSON-LOWRY

Corporation Counsel of the City of Chicago

By: /s/ Stephen J. Kane
STEPHEN J. KANE
CHELSEY B. METCALF
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
stephen.kane@cityofchicago.org
chelsey.metcalf@cityofchicago.org
Counsel for the City of Chicago

*Counsel for the City of Chicago*