UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>Defendants. | Case No. 25 Cv 12174<br><br>Judge April M. Perry<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to this Court's order of November 26, 2025 (ECF 107), the parties submit this Joint Status Report to report on the progress of written discovery, as follows:

1. All parties exchanged their responses and objections to written discovery on December 18, 2025.

2. On the same date, plaintiffs the State of Illinois and the City of Chicago each made an initial production of documents. Plaintiffs also asked to meet and confer with defendants to discuss electronic search protocols that will allow for further collection and production, as well as the proposed confidentiality order discussed below.

3. Defendants have not yet produced any documents.

4.      On December 15, 2025, defendants furnished plaintiffs with a draft confidentiality order, stating they would need such an order in place before producing any confidential documents. On December 17, 2025, the State of Illinois responded and requested that defendants, in accordance with this Court's standing order, provide a redline of their draft showing how their proposal deviated from the Northern District's Model Confidentiality Order, as well as their reasons for any substantive deviations from the model.

5.      On December 18, 2025, defendants provided a revised draft of their proposed order in redline format, as well as a document explaining defendants' reasoning. Defendants updated their draft on December 19, 2025, with additional proposed categories of confidential information.

6.      On December 27, 2025, plaintiffs responded to defendants' proposed confidentiality order with a counterproposal and asked to meet and confer on the issue in the first week of January. In that email, the State of Illinois also asked that the defendants produce documents not warranting a protective order under applicable law. The parties have scheduled a meet and confer on this subject for January 7, 2026.

7.      Defendants intend to begin to produce non-confidential information prior to the parties' meet and confer.

Dated: December 30, 2025

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois<br><br>by:<br><br> /s/    Gretchen Helfrich  <br>CARA HENDRICKSON<br>Executive Deputy Attorney General<br>CHRISTOPHER WELLS<br>Division Chief, Public Interest Division<br>SARAH J. NORTH<br>Deputy Division Chief, Public Interest Division<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>GRETCHEN HELFRICH<br>Deputy Chief, Special Litigation Burean<br>KATHERINE PANNELLA<br>Senior Assistant Attorney General<br>SHERIEF GABER<br>MICHAEL TRESNOWSKI<br>Assistant Attorneys General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>31st Floor<br>Chicago, Illinois 60603<br>(312) 814-3000<br>Cara.Hendrickson@ilag.gov<br>Christopher.Wells@ilag.gov<br>Sarah.North@ilag.gov<br>Katharine.Roller@ilag.gov<br>Gretchen.Helfrich@ilag.gov<br>Katherine.Pannella@ilag.gov<br>Sherief.Gaber@ilag.gov<br>Michael.Tresnowski@ilag.gov<br><br>*Counsel for the State of Illinois* | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br><br>JEAN LIN<br>Special Litigation Counsel<br>Federal Programs Branch<br><br>JOHN BAILEY<br>TIBERIUS DAVIS<br>Counsel to the Assistant Attorney General<br><br>*/s/ Kian K. Azimpoor*                    <br>MICHAEL J. GERARDI<br>(DC Bar No. 1017949)<br>Senior Trial Counsel<br>CHRISTOPHER D. EDELMAN<br>(DC Bar No. 1033486)<br>Senior Counsel<br>JODY D. LOWENSTEIN<br>(MT Bar No. 55816869)<br>KATHLEEN C. JACOBS<br>(TX Bar No. 24091154)<br>(DC Bar No. 1617521)<br>J. STEPHEN TAGERT<br>(VA Bar No. 99641)<br>KIAN K. AZIMPOOR<br>(DC Bar No. 90024613)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 598-0860<br>Email: kian.k.azimpoor@usdoj.gov<br><br>*Attorneys for Defendants* |

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

by:
/s/ Stephen J. Kane
STEPHEN J. KANE
CHELSEY B. METCALF
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
stephen.kane@cityofchicago.org
chelsey.metcalf@cityofchicago.org

*Counsel for the City of Chicago*