**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN
DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, | |
| *Plaintiffs,* | Case No. 1:25-cv-12174 |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, States, *et al.*, | |
| *Defendants.* | |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants respectfully move for a 14-day extension of their deadline to respond to the complaint from January 5, 2026, to **January 19, 2026**. In support, Defendants state as follows:

1. On October 6, 2025, Plaintiffs filed a complaint challenging Defendants' federalization and deployment of the National Guard to Illinois. *See* Compl. (ECF No. 1).

2. Pursuant to the Court's Order of December 1, 2025, Defendants' deadline to respond is January 5, 2026.

1

3. Due to competing responsibilities in other matters as well as the holidays, Defendants have been unable to prepare a response to the complaint and require additional time to do so. Moreover, the parties intend to confer on January 7, 2026, regarding other upcoming deadlines and any potential extensions, which may further affect all deadlines. Accordingly, Defendants respectfully request that their deadline to respond to the complaint be extended until Monday, January 19, 2026.

4. This request is not made for purposes of delay, and the extension will not affect any other existing deadlines.

5. Undersigned counsel conferred with counsel for Plaintiffs who indicated that Plaintiffs consent to the requested relief.

Therefore, Defendants respectfully request that their deadline to respond to the complaint be extended until **January 19, 2026**.

Dated: December 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Branch Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

TIBERIUS DAVIS
JOHN BAILEY
Counsel to Assistant Attorney General

/s/ *Kian K. Azimpoor*
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
JODY D. LOWENSTEIN
(MT Bar No. 55816869)
J. STEPHEN TAGERT
(VA Bar No. 99641)
KIAN  K.  AZIMPOOR
(DC Bar No. 90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 598-0860
kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*