# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.
                        Plaintiff,

v.                                           Case No.: 1:25–cv–12174
                                                            Honorable April M. Perry

Donald J. Trump, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 31, 2025:

      MINUTE entry before the Honorable April M. Perry: Defendants' unopposed motion for an extension of time to file an answer [113] is granted. Defendants are to answer or otherwise plead in response to the complaint by 1/19/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.