# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

State of Illinois, et al.
                        Plaintiff,

v.                                        Case No.: 1:25−cv−12174
                                                           Honorable April M. Perry

Donald J. Trump, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 12, 2026:

      MINUTE entry before the Honorable April M. Perry: his matter is set for a status hearing 1/14/2026 at 10:00 a.m. in person in Courtroom 1725. Out−of−town counsel are given permission to appear via phone and may contact the Courtroom Deputy for dial−in information. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.