UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

State of Illinois, et al.
                              Plaintiff,

v.                                                     Case No.: 1:25−cv−12174
                                                     Honorable April M. Perry

Donald J. Trump, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report [112] on discovery matters. If the parties have not agreed on a confidentiality order to be entered in this case by 1/20/26 and sent that order to Judge Gilbert's Proposed Order link on his webpage, then Defendants shall file by 1/26/26 a motion for entry of their proposed confidentiality order if they still want such an order entered before they produce the bulk of their documents. Plaintiffs shall respond to any such motion by 2/2/26 and Defendants may reply by 2/9/26. In addition, the parties shall file a joint status report by 1/29/26 that addresses their progress on an electronic search protocol and next steps in that regard. That status report also should indicate whether Defendants have begun to produce non−confidential documents and information as they said they intended to do beginning in early January 2026 and when production(s) of that material will be complete. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.