# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.
                        Plaintiff,

v.                                                   Case No.: 1:25−cv−12174
                                                          Honorable April M. Perry

Donald J. Trump, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2026:

      MINUTE entry before the Honorable April M. Perry: Status hearing held 1/14/2026. Based upon the parties' representations that they are engaged in settlement negotiations, the Court agrees to stay this matter and all previously−set deadlines until 1/30/2026. By 1/28/2026, the parties are to file a joint status report that updates the Court on whether the settlement negotiations have been productive and whether they request that the case be stayed for an additional period of time. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.