UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

State of Illinois, et al.
                    Plaintiff,
v.                                      Case No.: 1:25−cv−12174
                                        Honorable April M. Perry
Donald J. Trump, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

MINUTE entry before the Honorable April M. Perry: It appears from the status report submitted by the parties [124] that further settlement discussions at this time would not be productive. Accordingly, the stay in this matter is lifted. Defendants believe that this matter is moot, and may file a brief in support of that argument by 2/6/2026. Plaintiffs' Response is due by 3/10/2026; Reply to be filed by 3/17/2026. This matter is set for a status hearing 2/12/2026 at 10:00 a.m. in person in Courtroom 1725 to discuss the proposed motion for summary judgment. Out−of−town counsel may appear remotely and request dial−in information from the Courtroom Deputy. Although a motion for summary judgment may be brought at any time, the Court must and will resolve the question of its jurisdiction before ruling on any motion for summary judgment. The Court notes that discovery supervision has been referred to Magistrate Judge Gilbert, and any requests for a continued stay of discovery while motion practice proceeds should be presented before Judge Gilbert. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.