**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.
                          Plaintiff,

v.                                                 Case No.: 1:25−cv−12174
                                                            Honorable April M. Perry

Donald J. Trump, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the parties' agreement in their Joint Status Report [124], the stay of discovery entered on 1/14/26 [120] shall remain in effect until at least 3/18/26. The parties shall file a joint status report by 3/16/26 that contains their respective views on whether discovery should continue to be stayed in whole or in part. If the parties disagree, the status report should contain the views of all parties. If any party wants to seek relief from the stay before 3/18/26, then they may do so with an appropriate motion after completing the Local Rule 37.2 conferral process. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.