# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.
       Plaintiff,

v.                Case No.: 1:25−cv−12174
               Honorable April M. Perry

Donald J. Trump, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

  MINUTE entry before the Honorable April M. Perry: At Plaintiffs' request, the status hearing previously scheduled for February 12, 2026, is reset to February 19, 2026, at 10:00 a.m. The hearing will be held in person in Courtroom 1725. Out−of−town counsel may appear remotely and must request dial−in information from the Courtroom Deputy. All other deadlines set in the Court's January 29, 2026, Minute Order [Doc. 125] remain in effect. Mailed notice. (jcc,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.