UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and the CITY OF CHICAGO,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>      *Defendants*. | Case No. 1:25-cv-12174<br><br>**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER RULE 12(b)(1)** |

  Defendants respectfully move under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' claims in this action for the reasons stated in Defendants' accompanying memorandum. The case is moot, so the Complaint should be dismissed with prejudice.

Dated: February 6, 2026

                     Respectfully submitted,

                     BRETT A. SHUMATE
                     Assistant Attorney General
                     Civil Division

                     ERIC J. HAMILTON
                     Deputy Assistant Attorney General
                     Federal Programs Branch

                     ALEXANDER K. HAAS
                     Director
                     Federal Programs Branch

                     JEAN LIN
                     Special Litigation Counsel

                     */s/ J. Stephen Tagert*
                     MICHAEL J. GERARDI
                     Senior Trial Counsel
                     CHRISTOPHER D. EDELMAN
                     Senior Counsel
                     KATHLEEN C. JACOBS
                     J. STEPHEN TAGERT
                     KIAN K. AZIMPOOR

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-5486
Email: stephen.tagert@usdoj.gov

*Counsel for Defendants*