# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.
                      Plaintiff,

v.                                                Case No.: 1:25−cv−12174
                                                       Honorable April M. Perry

Donald J. Trump, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable April M. Perry: Status hearing held 2/19/2026. The parties are asked to meet and confer about a potential summary judgment briefing schedule and to file a joint proposed briefing schedule if and when Plaintiffs want to move forward with a summary judgment motion. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.