UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS and the CITY OF CHICAGO,<br><br>      *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br>      *Defendants*. | Case No. 1:25-cv-12174<br><br>Judge April M. Perry<br><br>Mag. Judge Jeffrey T. Gilbert |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

 PLEASE TAKE NOTICE that Christopher D. Edelman hereby withdraws his appearance as counsel of record for Defendants in this matter pursuant to Local Rule 83.17. Defendants will continue to be represented by other counsel at the U.S. Department of Justice, Civil Division.

1

2

Dated: February 20, 2026　　　　　　　　　Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

/s/ Christopher D. Edelman
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*