# EXHIBIT 2

**DECLARATION OF MICHAEL M. TRESNOWSKI**

I, Michael M. Tresnowski, declare under penalty of perjury, and under 28 U.S.C. § 1746, as follows:

1. I am an Assistant Attorney General in the Office of the Attorney General of the State of Illinois. The Attorney General is counsel to plaintiff the State of Illinois. I make this declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1).

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. I have reviewed the U.S Northern Command website, https://www.northcom.mil, which states that it is an official website of the United States government, specifically the "Department of War," a defendant in this case. Under the tab "Missions" and the subheading, "Homeland Defense," there is a webpage titled "Federal Protection Mission," which I understand is a page on which the U.S. Northern Command has posted mission updates for its "Federal Protection Mission." That website is available at the following address: https://www.northcom.mil/Missions/Homeland-Defense/Federal-Protection-Mission/.

4. On the Federal Protection Mission page, the U.S. Northern Command provided the following updates: "Update as of Jan. 21, 2026: All Title 10 troops in Portland, Los Angeles, and Chicago have completed demobilizing activities. Update as of Jan. 6, 2026: All Title 10 troops in Portland, Los Angeles, and Chicago are conducting demobilizing activities. They will return to their home units once their demobilization is complete. Update as of Dec. 15, 2025: 100 California

National Guard troops remain activated in the Los Angeles area. Our soldiers are conducting planning and training but not engaging in Federal Protection Mission operational activities. Update as of Nov. 19, 2025: Our Title 10 footprint in Portland, Los Angeles, and Chicago has shifted to ensure a constant, enduring, and long-term presence in each city."

     5.    This is a true and accurate image from that webpage:

**Federal Protection Mission Updates**

**Update as of Jan. 21, 2026:** All Title 10 troops in Portland, Los Angeles, and Chicago have completed demobilizing activities.

**Update as of Jan. 6, 2026:** All Title 10 troops in Portland, Los Angeles, and Chicago are conducting demobilizing activities. They will return to their home units once their demobilization is complete.

**Update as of Dec. 15, 2025:** 100 California National Guard troops remain activated in the Los Angeles area. Our soldiers are conducting planning and training but not engaging in Federal Protection Mission operational activities.

**Update as of Nov. 19, 2025:** Our Title 10 footprint in Portland, Los Angeles, and Chicago has shifted to ensure a constant, enduring, and long-term presence in each city. Below is a summary of those changes:

*Illinois*
- Status:
  - 300 **Illinois National Guard troops** are done with demobilization activities.

*Oregon*
- Status:
  - 100 **Oregon National Guard troops** are done with demobilization activities.

*California*
- Status:
  - 100 **California National Guard troops** are done with demobilization activities.

*Texas*
- Status:
  - 200 **Texas National Guard** troops remain in Texas on standby.

*Available at*: https://www.northcom.mil/Missions/Homeland-Defense/Federal-Protection-Mission/ (last visited March 9, 2026)

     6.    I also reviewed a social media post made by defendant President Donald J. Trump, via his verified account @realDonaldTrump, on his own social media platform, Truth Social, as detailed below.

     7.    On December 31, 2025, @realDonaldTrump posted on Truth Social: "We are removing the National Guard from Chicago, Los Angeles, and Portland, despite the fact that CRIME has been greatly reduced by having these great Patriots in those cities, and ONLY by that fact. Portland, Los Angeles, and Chicago were GONE if it weren't for the Federal Government

stepping in. We will come back, perhaps in a much different and stronger form, when crime begins to soar again - Only a question of time! It is hard to believe that these Democrat Mayors and Governors, all of whom are greatly incompetent, would want us to leave, especially considering the great progress that has been made??? President DJT."

8. Below is a true and accurate copy of how that post appears on that website.



Donald J. Trump
@realDonaldTrump

We are removing the National Guard from Chicago, Los Angeles, and Portland, despite the fact that CRIME has been greatly reduced by having these great Patriots in those cities, and ONLY by that fact. Portland, Los Angeles, and Chicago were GONE if it weren't for the Federal Government stepping in. We will come back, perhaps in a much different and stronger form, when crime begins to soar again - Only a question of time! It is hard to believe that these Democrat Mayors and Governors, all of whom are greatly incompetent, would want us to leave, especially considering the great progress that has been made??? President DJT

7.77k ReTruths  31.4k Likes                                Dec 31, 2025, 2:55 PM

9. Available at: https://truthsocial.com/@realDonaldTrump/posts/115816171466225987 (last visited Mar. 9, 2026)

10. I additionally reviewed other televised statements and remarks by Donald J. Trump. Below is a true and accurate recitation of their content, along with a link to video or a transcript of the statement or remarks as appropriate.

11. On January 4, 2026, Trump spoke to reporters on Air Force One about returning to Illinois, stating: "We brought down crime by 25%. [Governor Pritzker] didn't do anything. He's not doing anything. But they want us to leave. He had a day where they had 17 murders not too long ago . . . 17 murders and 77 people shot. But 17 died. And then he talks about, 'Oh, we can

3

handle it.' He can't handle it. But we pull back, and we'll go in at the appropriate time." *See* Roll Call, *Press Gaggle: Donald Trump Speaks to Reporters on Air Force One – January 4, 2026*, remarks by Pres. Trump, at 21:52–22:22, *available at*: https://rollcall.com/factbase/trump/transcript/donald-trump-press-gaggle-air-force-one-january-4-2026/ (last visited Mar. 9, 2026).

12. On January 20, 2026, Trump took questions at a press briefing at the White House, where he discussed the use of military in American cities, stating, "To me, a town looks better when you have military people. These are big, strong guys, and bad guys look at them and they say 'we're not going to mess around.' * * * We brought Chicago down 25%, even though we just had a minimal crew there." Roll Call, *Press Conference: Donald Trump Leads the Press Briefing at the White House – January 20, 2026*, remarks by Pres. Trump, at 47:50-48:00, 48:43-48:51, *available at*: https://rollcall.com/factbase/trump/transcript/donald-trump-press-conference-briefing-room-january-20-2026/ (last visited Mar. 9, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2026.

_____
Michael M. Tresnowski

4