# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | Case No. 25 CV 12174 <br><br> Judge April M. Perry <br><br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To:   ALL COUNSEL OF RECORD

YOU ARE HEREBY NOTIFIED that at 10:00 a.m. on March 17, 2026, I shall appear before the Honorable April M. Perry, or any judge sitting in her stead, in Courtroom 1725 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' Agreed Motion for Leave to File Corrected Brief, a copy of which was served upon you via the Court's ECF system (ECF 136).

Date: March 11, 2026                          Respectfully submitted,

**KWAME RAOUL**
*Attorney General of Illinois*

 By: /s/ Michael M. Tresnowski

CARA HENDRICKSON
Executive Deputy Attorney General
CHRISTOPHER G. WELLS
Division Chief, Public Interest Division
SARAH J. NORTH
Deputy Division Chief, Public Interest Division
GRETCHEN HELFRICH
Deputy Bureau Chief, Special Litigation Bureau
KATHARINE ROLLER
Complex Litigation Counsel
KATHERINE PANNELLA
Senior Assistant Attorney General
SHERIEF GABER
MICHAEL TRESNOWSKI
Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Christopher.Wells@ilag.gov
Sarah.North@ilag.gov
Gretchen.Helfrich@ilag.gov
Katharine.Roller@ilag.gov
Katherine.Pannella@ilag.gov
Sherief.Gaber@ilag.gov
Michael.Tresnowski@ilag.gov

*Counsel for the State of Illinois*