# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.
                                Plaintiff,

v.                                                      Case No.: 1:25−cv−12174
                                                      Honorable April M. Perry

Donald J. Trump, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion for extension of time [135] is granted. Defendants' deadline to file a reply to the motion to dismiss [129] is extended to 3/20/2026. Plaintiffs' motion to file a corrected brief [136] is also granted. Plaintiffs are asked to file the corrected response brief as a separate docket entry within two business days. There is no need for the parties to appear at the motion hearing scheduled for 3/17/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.