# EXHIBIT 1

## DECLARATION OF BRIA SCUDDER

I, Bria Scudder, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Deputy Governor for public safety, infrastructure, environment, and energy in the office of JB Pritzker, Governor of the State of Illinois. I make this declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1).

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. In my role as Deputy Governor for public safety, I routinely speak with leaders of the Illinois National Guard. Specifically, I regularly communicate with Major General Rodney Boyd, the 41st Adjutant General of the State of Illinois and the Director of the Illinois Department of Military Affairs.

4. At 4:25 p.m. on Tuesday, December 23, 2025, Major General Boyd sent me an email and attached a memorandum dated December 22, 2025 from Secretary of Defense Pete Hegseth (the "Dec. 22 Hegseth Memo."). A true and correct copy of the Dec. 22 Hegseth Memo is attached hereto as Exhibit 1-A.

5. The Dec. 22 Hegseth Memo was sent to the Secretary of the Army, the Secretary of the Air Force, the Chief of the National Guard Bureau, and the Commander of U.S. Northern Command. The subject of the Dec. 22 Hegseth Memo. was "Force Structure Decisions for the Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in Illinois and Oregon." The memorandum stated that "All 300 Illinois National Guard personnel will remain in Federal service, with an initial extension of their orders to April 15, 2026."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2026.

*[signature]*

BRIA SCUDDER
Deputy Governor
State of Illinois

# EXHIBIT 1-A



**SECRETARY OF WAR**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

DEC 2 2 2025

MEMORANDUM FOR SECRETARY OF THE ARMY
SECRETARY OF THE AIR FORCE
CHIEF OF THE NATIONAL GUARD BUREAU
COMMANDER, U.S. NORTHERN COMMAND

SUBJECT: Force Structure Decisions for the Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in Illinois and Oregon

At the direction of the President, I called California, Illinois, Oregon, and Texas National Guard units into Federal service under 10 U.S.C. § 12406 to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions and to protect Federal property, at locations where violent demonstrations prevent the execution of federal law or are likely to prevent the execution of federal law based on current threat assessments and planned operations.

Given ongoing domestic unrest, on November 25, 2025, I verbally authorized the following actions:

- Redeploy the California National Guardsmen now deployed in Oregon to California. Of the 300 total California National Guardsmen, 150 have volunteered to remain in Federal service. Their orders will be extended through April 15, 2026. The remaining 150 California National Guardsmen will be demobilized.

- Demobilize 100 of the 200 Oregon National Guardsmen now deployed in Oregon. The remaining 100 are extended on orders to support this enduring mission, with an initial extension to April 15, 2026.

- Redeploy the Texas National Guardsmen now deployed in Illinois to Texas. Of the 400 total Texas National Guardsmen, 200 have volunteered to remain in Federal service. Their orders will be extended through April 15, 2026. The remaining 200 Texas National Guardsmen will be demobilized.

- All 300 Illinois National Guard personnel will remain in Federal service, with an initial extension of their orders to April 15, 2026.

I appreciate the hard work of our Service members in the protection of our Nation and of the rule of law.

*[Signature: PB]*

cc:
CJCS
USW(P)
USW(P&R)



OSD014101-25/CMD017807-25