UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | No. 25 Cv 12174 <br><br> Judge April M. Perry <br><br> Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' AGREED MOTION TO SET
<u>SUMMARY JUDGMENT BRIEFING SCHEDULE AND EXTEND PAGE LIMITATION</u>**

Plaintiffs the State of Illinois and City of Chicago intend to move for partial summary judgment on Count I of the complaint and, with the consent of the defendants, move the court to set an agreed briefing schedule for that motion and extend the LR 7.1 page limitation for the summary judgment moving and response memoranda by five pages each, as follows:

1. Plaintiffs intend to file their partial summary judgment motion on April 10, 2026, seeking judgment in their favor on Count I of the complaint, the claim that defendants' federalization and deployment of the National Guard was in excess of their authority under 10 U.S.C. § 12406.

2. Plaintiffs propose that the remaining briefing proceed as follows: defendants' response to the partial summary judgment motion should be due on May 8, with plaintiffs' reply due on May 22, 2026. Counsel for plaintiffs conferred by email with counsel for defendants who agreed to the above briefing schedule.

3. Primarily because of the lengthy procedural history in this case and prior Supreme Court ruling, plaintiffs need five extra pages in excess of the 15-page limit for their brief in support of summary judgment. Counsel for plaintiffs conferred by email with counsel for defendants, who agreed to that page limit extension and also seek the same page limit extension for their response brief.

WHEREFORE, with the agreement of defendants, plaintiffs ask this court to: (1) enter the following briefing schedule for their motion for partial summary judgment: motion and supporting papers to be filed by April 10; response to be filed by May 8; with reply to be filed by May 22, 2026; and (2) extend by five pages the page limitation for the summary judgment moving and response briefs.

Date: March 16, 2026

Respectfully submitted,

| | |
|---|---|
| **MARY B RICHARDSON-LOWRY** | **KWAME RAOUL** |
| *Corporation Counsel of the City of Chicago* | *Attorney General of Illinois* |
| | |
| By: /s/ Stephen J. Kane | By: /s/ Sarah J. North |
| | |
| STEPHEN J. KANE | CARA HENDRICKSON |
| JOHN HENDRICKS | Executive Deputy Attorney General |
| CHELSEY B. METCALF | CHRISTOPHER G. WELLS |
| LAURA GEARY | Division Chief, Public Interest Division |
| City of Chicago Department of Law | SARAH J. NORTH |
| 121 North LaSalle Street, Room 600 | Deputy Division Chief, Public Interest Division |
| Chicago, Illinois 60602 | GRETCHEN HELFRICH |
| 312-744-6934 | Deputy Bureau Chief, Special Litigation Bureau |
| Stephen.Kane@cityofchicago.org | KATHARINE ROLLER |
| John.Hendricks@cityofchicago.org | Complex Litigation Counsel |
| Chelsey.Metcalf@cityofchicago.org | KATHERINE PANNELLA |

Laura.Geary@cityofchicago.org

*Counsel for the City of Chicago*

Senior Assistant Attorney General
SHERIEF GABER
MICHAEL TRESNOWSKI
Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Christopher.Wells@ilag.gov
Sarah.North@ilag.gov
Gretchen.Helfrich@ilag.gov
Katharine.Roller@ilag.gov
Katherine.Pannella@ilag.gov
Sherief.Gaber@ilag.gov
Michael.Tresnowski@ilag.gov

*Counsel for the State of Illinois*