**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the Department of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | Case No. 1:25-cv-12174 <br><br> Judge April M. Perry <br><br> Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to Judge Gilbert's January 29, 2026 minute entry (ECF No. 126), the parties jointly report the following:

1. The current stay of discovery ends on March 18, 2026.

2. On February 6, Defendants filed a motion to dismiss pursuant to Rule 12(b)(1), arguing that this case is moot. The briefing on that motion will be completed on March 20, 2026.

3. Plaintiffs have informed Judge Perry of their intention to file a motion for partial summary judgment on April 10, 2026, and have sought an agreed briefing schedule in which briefing of that motion completes on May 22, 2026.

4. The parties agree that the discovery stay should continue at least until the Court rules on the pending motion to dismiss, although either side may seek relief from the stay by bringing an appropriate motion after complying with Local Rule 37.2.

Dated: March 16, 2026

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois<br><br>by: /s/ Sarah J. North<br>CARA HENDRICKSON<br>Executive Deputy Attorney General<br>CHRISTOPHER WELLS<br>Division Chief, Public Interest Division<br>SARAH J. NORTH<br>Deputy Division Chief, Public Interest Division<br>KATHARINE ROLLER<br>Complex Litigation Counsel<br>GRETCHEN HELFRICH<br>Deputy Chief, Special Litigation Bureau<br>KATHERINE PANNELLA<br>Senior Assistant Attorney General<br>SHERIEF GABER<br>MICHAEL TRESNOWSKI<br>Assistant Attorneys General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>31st Floor<br>Chicago, Illinois 60603<br>(312) 814-3000<br>Cara.Hendrickson@ilag.gov<br>Christopher.Wells@ilag.gov<br>Sarah.North@ilag.gov<br>Katharine.Roller@ilag.gov<br>Gretchen.Helfrich@ilag.gov<br>Katherine.Pannella@ilag.gov<br>Sherief.Gaber@ilag.gov<br>Michael.Tresnowski@ilag.gov<br><br>*Counsel for the State of Illinois* | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>JOHN BAILEY<br>Counsel to the Assistant Attorney General<br><br>/s/ Kian K. Azimpoor<br>MICHAEL J. GERARDI<br>Senior Trial Counsel<br>CHRISTOPHER D. EDELMAN<br>Senior Counsel<br>KATHLEEN C. JACOBS<br>J. STEPHEN TAGERT<br>KIAN K. AZIMPOOR<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 305-5486<br>Email: stephen.tagert@usdoj.gov<br><br>*Attorneys for Defendants* |

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: /s/ Stephen J. Kane
STEPHEN J. KANE
JOHN HENDRICKS
CHELSEY B. METCALF
LAURA GEARY
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
Stephen.Kane@cityofchicago.org
John.Hendricks@cityofchicago.org
Chelsey.Metcalf@cityofchicago.org
Laura.Geary@cityofchicago.org

*Counsel for the City of Chicago*