## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

                         Plaintiff,

v.                                          Case No.: 1:25–cv–12174
                                            Honorable April M. Perry

Donald J. Trump, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

          MINUTE entry before the Honorable April M. Perry: Plaintiff's motion to set a briefing schedule and extend page limitations [140] is granted as follows: Plaintiffs' partial motion for summary judgment is to be filed by 4/10/2026; Defendants' response to be filed by 5/8/2026; any reply is to be filed by 5/22/2026. Both the opening and response briefs may be up to 20 pages in length. There is no need for the parties to appear at the motion presentment date set for 3/19/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.