## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

                      Plaintiff,

v.

Donald J. Trump, et al.

                      Defendant.

Case No.: 1:25–cv–12174

Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 20, 2026:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [142]. At the parties' joint request, the Court stays all discovery pending a ruling on the Motion to Dismiss [129] currently being briefed before the assigned District Judge. The parties reserve the right to seek relief from the stay in an appropriate motion after complying with Local Rule 37.2. If the case is not dismissed, then the parties shall file an updated joint status report within 7 days of the District Judge's ruling with a proposed discovery schedule. If the parties disagree, then their joint status report should contain the views of both sides. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.