**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br> Defendants. | No. 25 Cv 12174 <br><br> Judge April M. Perry <br><br> Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF STATE OF ILLINOIS'S AGREED MOTION
TO EXTEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff the State of Illinois, with the consent of co-plaintiff City of Chicago and the defendants, respectfully moves the court to reset the briefing schedule for plaintiffs' partial motion for summary judgment (ECF No. 143), extending relevant deadlines by one week as follows:

1.     Currently, plaintiffs' partial motion for summary judgment is to be filed by April 10, 2026, with defendants' response to be filed by May 8, 2026, and any reply to be filed by May 22, 2026.

2.     The State requests leave to extend those deadlines by one week, such that plaintiffs would file their partial summary judgment motion on April 17, 2026; defendants' response to the motion would be due on May 15, 2026; and plaintiffs' reply would be due on May 29, 2026.

3. Counsel for the State conferred by email with counsel for the City of Chicago and for defendants, who both agreed to the requested extension and the above revised briefing schedule.

4. The State requests this extension due to competing case work and deadlines, as well as to complete preparation of the Joint Statement of Undisputed Material Facts, in accordance with the court's standing order on summary judgment.

5. This is the State's first request for an extension of time.

WHEREFORE, with the agreement of co-plaintiff City of Chicago and defendants, the State of Illinois asks this court to enter the requested relief and extend the briefing schedule for plaintiffs' motion for summary judgment by one week as described herein.

Date: April 9, 2026

Respectfully submitted,

**KWAME RAOUL**
*Attorney General of Illinois*

By: */s/ Sherief Gaber*

CARA HENDRICKSON
Executive Deputy Attorney General
CHRISTOPHER G. WELLS
Division Chief, Public Interest Division
SARAH J. NORTH
Deputy Division Chief, Public Interest Division
GRETCHEN HELFRICH
Deputy Bureau Chief, Special Litigation Bureau
KATHARINE ROLLER
Complex Litigation Counsel
KATHERINE PANNELLA
Senior Assistant Attorney General
SHERIEF GABER
MICHAEL TRESNOWSKI
Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
*Counsel for the State of Illinois*

2