**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation, <br><br>       Plaintiffs, <br><br>       v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of Defense; UNITED STATES ARMY; DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, <br><br>       Defendants. | No. 25 Cv 12174 <br><br> Judge April M. Perry <br><br> Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE that, at 10:00 a.m. on Tuesday, April 14, 2026, or as soon thereafter as counsel may be heard, Plaintiff State of Illinois's Agreed Motion to Extend the Summary Judgment Briefing Schedule will be presented to Judge April M. Perry, or any other judge sitting in her stead, in Room 1725 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604.

Dated April 9, 2026

**KWAME RAOUL**
*Attorney General of Illinois*

By: */s/ Sherief Gaber*____

CARA HENDRICKSON
Executive Deputy Attorney General
CHRISTOPHER G. WELLS
Division Chief, Public Interest Division

SARAH J. NORTH
Deputy Division Chief, Public Interest
Division
GRETCHEN HELFRICH
Deputy Bureau Chief, Special Litigation
Bureau
KATHARINE ROLLER
Complex Litigation Counsel
KATHERINE PANNELLA
Senior Assistant Attorney General
SHERIEF GABER
MICHAEL TRESNOWSKI
Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
*Counsel for the State of Illinois*