**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.

                        Plaintiff,

v.                                      Case No.: 1:25–cv–12174

                                       Honorable April M. Perry

Donald J. Trump, et al.

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion for extension of time [146] is granted. At the Court's discretion, all deadlines are extended by two weeks as follows: Plaintiffs' partial motion for summary judgment is due by 4/24/2026; Defendants' response is due by 5/22/2026; and Plaintiffs' reply is due by 6/5/2026. There is no need for the parties to appear at the motion hearing scheduled for 4/14/2026. The parties are asked to provide the Courtroom Deputy with information about their availability on 4/16 or 4/20 for a hearing on the motion to dismiss. Mailed notice. (jcc,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.