**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.

                              Plaintiff,

v.                                                              Case No.: 1:25–cv–12174
                                                                Honorable April M. Perry

Donald J. Trump, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 13, 2026:

     MINUTE entry before the Honorable April M. Perry: The motion to dismiss is set for oral hearing on 4/20/2026 at 9:00 a.m. Central Time in person in Courtroom 1725. Out–of–town counsel may contact the Courtroom Deputy to receive dial–in information to appear by phone. The parties should come prepared to address: (1) to what extent a Presidential Memorandum is time–bound, and/or capable of being rescinded (and, if capable of being rescinded, what process is followed in rescinding such memoranda); (2) to the extent the President has delegated authority to implement his order in a Presidential Memorandum to the Secretary of Defense, what time limits (if any) are placed upon the Secretary for implementation of the President's order; (3) whether the 12/22/2025 Memorandum from the Secretary of Defense, which directed that the Illinois National Guard would remain in federal service "with an initial extension of their orders to April 15, 2026" has been extended either orally or in writing since that time, or whether it has been formally rescinded in any way; and (4) under what order was the Illinois National Guard demobilized. To the extent the Defendants would like to supplement the record with additional orders or affidavits that answer these questions, they may do so by 4/17/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.