**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.

                              Plaintiff,

v.                                                     Case No.: 1:25–cv–12174
                                                       Honorable April M. Perry

Donald J. Trump, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 20, 2026:

        MINUTE entry before the Honorable April M. Perry: Hearing held 4/20/2026 on Defendants' motion to dismiss for lack of jurisdiction [129]. For the reasons stated in open court, the Court finds that this case is moot, and therefore dismisses the matter with prejudice. Defendants are directed to file by 4/23/2026 either a publicly–available redacted version of the memorandum relied upon by the Court in its ruling (including the header information, references, and GENTEXT/Remarks paragraph 1) along with a motion to seal the remaining portions of the memo explaining why sealing is justified, or a fully publicly–available copy of the memorandum. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.