ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

State of Illinois, et al,

Plaintiff(s),

v.

Donald J. Trump, et al,

Defendant(s).

Case No. 1:25-cv-12174
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $             ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Hearing held 4/20/2026 on Defendants' motion to dismiss for lack of jurisdiction 129 . For the reasons stated in open court, the Court finds that this case is moot, and therefore dismisses the matter with prejudice. Defendants are directed to file by 4/23/2026 either a publicly-available redacted version of the memorandum relied upon by the Court in its ruling (including the header information, references, and GENTEXT/Remarks paragraph 1) along with a motion to seal the remaining portions of the memo explaining why sealing is justified, or a fully publicly-available copy of the memorandum. Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge   April M. Perry on a motion

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Date: 4/21/2026

Thomas G. Bruton, Clerk of Court

J. Capparelli, Deputy Clerk