**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| STATE OF ILLINOIS and the CITY OF CHICAGO, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, in their official capacities, <br><br> *Defendants*. | Case No. 1:25-cv-12174 |

**NOTICE OF FILING PUBLICLY AVAILABLE MEMORANDUM**

Pursuant to the Court's April 20, 2026 Minute Order, Defendants attach an unredacted and decontrolled version of the document entitled "Demobilization of Federal Protective Mission (FPM) Forces" that was referenced in the Court's decision on April 20, 2026.

Dated: April 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ Kian K. Azimpoor*
J. STEPHEN TAGERT
KATHLEEN C. JACOBS

1

KIAN K. AZIMPOOR
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-0860
Email: kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*

2