~~CUI~~

# DEMOBILIZATION OF FEDERAL PROTECTIVE MISSION (FPM) FORCES

**Originator:** JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC//JOD AMERICAS//

**TOR:** 01/01/2026 23:09:20

**DTG:** 012308Z Jan 26

**Prec:** Routine

**DAC:** General

**To:** CDR USNORTHCOM PETERSON AFB CO

**CC:** CDR USSOUTHCOM MIAMI FL, CDR USSTRATCOM OFFUTT AFB NE, CDR USSTRATCOM OFFUTT AFB NE, CDR USTRANSCOM SCOTT AFB IL, CDR USSOCOM MACDILL AFB FL, HQDA CSA WASHINGTON DC, CMC WASHINGTON DC, CMC WASHINGTON DC, CMC PPO WASHINGTON DC, CMC PPO WASHINGTON DC, CDR USAFRICOM STUTTGART GE, CDR USAFRICOM STUTTGART GE, CDR USEUCOM VAIHINGEN GE, CDR USPACOM HONOLULU HI, CDR USCENTCOM MACDILL AFB FL, CSAF WASHINGTON DC, USCYBERCOM FT GEORGE G MEADE MD, USCYBERCOM FT GEORGE G MEADE MD, HQ USSPACECOM COLORADO SPRINGS CO, HQ USSPACECOM COLORADO SPRINGS CO, CJCS WASHINGTON DC, VCJCS WASHINGTON DC, CJCS DJS WASHINGTON DC, JOINT STAFF DOM SJS WASHINGTON DC, JOINT STAFF DJ1 WASHINGTON DC, JOINT STAFF DJ2 WASHINGTON DC, JOINT STAFF DJ3 WASHINGTON DC, JOINT STAFF J4 WASHINGTON DC, JOINT STAFF DJ5 WASHINGTON DC, JOINT STAFF DJ6 WASHINGTON DC, JOINT STAFF DJ7 WASHINGTON DC, JOINT STAFF DJ8 WASHINGTON DC, DIA WASHINGTON DC, CNO WASHINGTON DC, ARMY HQ, DIRNSA FT GEORGE G MEADE MD, NGA WASHINGTON DC, JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC, NGB WASHINGTON DC, CSO WASHINGTON DC

```
RAAUZYUW RUEKJCS3459 0012309-UUUU--RUIPAAA RUIBAAA.
ZNR UUUUU ZUI RUEWMCM2045 0012309
R 012308Z JAN 26
FM JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC//JOD AMERICAS//
TO RUIFAAA/CDR USNORTHCOM PETERSON AFB CO
INFO RUIDAAA/CDR USSOUTHCOM MIAMI FL
RUIPAAA/CDR USSTRATCOM OFFUTT AFB NE
RUCUSTR/CDR USSTRATCOM OFFUTT AFB NE
RUIHAAA/CDR USTRANSCOM SCOTT AFB IL
RUIEAAA/CDR USSOCOM MACDILL AFB FL
RUEADWD/HQDA CSA WASHINGTON DC
RUJIAAA/CMC WASHINGTON DC
RUIQAAA/CMC WASHINGTON DC
RUJIAAA/CMC PPO WASHINGTON DC
RUIQAAA/CMC PPO WASHINGTON DC
RUIPAAA/CDR USAFRICOM STUTTGART GE
RUZEFAA/CDR USAFRICOM STUTTGART GE
RUIPAAA/CDR USEUCOM VAIHINGEN GE
RUICAAA/CDR USPACOM HONOLULU HI
RUIBAAA/CDR USCENTCOM MACDILL AFB FL
RUEAHQA/CSAF WASHINGTON DC
RUIAAAA/USCYBERCOM FT GEORGE G MEADE MD
RUETICC/USCYBERCOM FT GEORGE G MEADE MD
RUIPAAA/HQ USSPACECOM COLORADO SPRINGS CO
RHEFWZD/HQ USSPACECOM COLORADO SPRINGS CO
RUEKJCS/CJCS WASHINGTON DC
RUEKJCS/VCJCS WASHINGTON DC
RUEKJCS/CJCS DJS WASHINGTON DC
RUEKJCS/JOINT STAFF DOM SJS WASHINGTON DC
RUEKJCS/JOINT STAFF DJ1 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ2 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ3 WASHINGTON DC
RUEKJCS/JOINT STAFF J4 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ5 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ6 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ7 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ8 WASHINGTON DC
RHEFDIA/DIA WASHINGTON DC
RUOIAAA/CNO WASHINGTON DC
```

 ~~CUI~~

**CUI**

RAYUA/ARMY HQ
RUETIAA/DIRNSA FT GEORGE G MEADE MD
RUGIAAA/NGA WASHINGTON DC
RUEKJCS/JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC
RUIAAAA/NGB WASHINGTON DC
RUCXCSO/CSO WASHINGTON DC
BT
UNCLAS CUI
SUBJ/DEMOBILIZATION OF FEDERAL PROTECTIVE MISSION (FPM) FORCES
MSGID/GENADMIN/DJ-3//

REFS:

A. MEMO/POTUS/7Jun25
B. MEMO/SECWAR/4Oct25
C. 10 USC 12406
D. VOCO/SECWAR/31Dec25

GENTEXT/Remarks:

1. (CUI) Directive: Demobilize National Guard personnel on Title 10
(T-10) status assigned to Federal Protective Missions (FPMs) in
Portland, Los Angeles, and Chicago per SECWAR's verbal order of
31 December 2025.

1.A. (CUI) Los Angeles FPM: Demobilize the remaining 104 (+)
Soldiers on T-10 status.

1.B. (CUI) Portland FPM: Demobilize the remaining 109 (+) Soldiers
on T-10 status.

1.C. (CUI) Chicago FPM: Demobilize the remaining 314 (+) Soldiers
on T-10 status.

2. (CUI) Demobilization planning:

2.A. (CUI) USNORTHCOM will coordinate with 1st Army to execute the
demobilization of FPM forces in Los Angeles, Portland, and Chicago
IAW SECWAR's VOCO and receipt of this GENADMIN.

2.B. (CUI) Guard personnel sourced from Texas will remain on T-10
status until further notice.

3. (CUI) Acknowledgment and reporting:

3.A. (CUI) Acknowledge receipt of this GENADMIN to the Joint Staff
points of contact listed below.

3.B. (CUI) Submit demobilization planning updates to Joint Staff J-3
and as directed.

4. U) Points of Contact:

4.A. (U) Joint Staff J-35 POC: Joint Operations Division - Americas.
Comm: (703) 697-9400

4.B. (U) Email: js.pentagon.j3.list.j35-ddro-jod-americas@mail.mil

GENTEXT/AUTHENTICATION: AKNLDG/YES//

BT
#3459

**CUI**

~~CUI~~

PAGE 3 OF 3

NNNN
Received from AUTODIN 012309Z Jan 26



~~CUI~~