**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

State of Illinois, et al.

                        Plaintiff,

v.                                       Case No.: 1:25–cv–12174
                                       Honorable April M. Perry

Donald J. Trump, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the District Judge's order [150], all matters relating to the referral of this case having been resolved, this matter is being returned to the assigned District Judge. Referral terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.